# EXHIBIT 16

# S. C. Continent Corporation

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel (562) 941-7878   Fax (562) 946-9915

FAX NO
DATE        6/12/2008
TO          Asst. General Manager Jong-gi Chun
FROM        Sr. Manager Woon-bae Yeo
SUBJECT     Work communication



1.    Our company is submitting order as below, so please ship them.
P.O. No. 08-054 (Hosan Trading ORDER)

P.O. No. 08-055 (Ship in 3 weeks)            DESTN: S.C
Samyang Ramen 3250CT   Changgu 200 CT   Sattobap 200CT
                       Total 3650CT          40HQ x 1VAN   CBM86.00

P.O. No. 08-056 (Ship in 4 weeks)            DESTN: S.C
Samyang Ramen(multi) 1050CT   Chacharoni(multi) 500 CT   Sutamyun(multi) 600CT
                       Total 2150CT          40HQ x 1VAN   CBM67.32

P.O. No. 08-057 (Ship in 4 weeks)            DESTN: S.C
Samyang Ramen 1000CT   Unfried Ramen(multi) 500 CT   Yeolmu Bibimmyun(multi) 200CT   Miso
Ramen(multi) 200CT   Changgu 200CT   Sattobap 200CT   Wang Changgu 100CT
                       Total 2400CT          40HQ x 1VAN   CBM67.54

P.O. No. 08-058 (Ship in 5 weeks)            DESTN: S.C
Potato Ramen(multi) 200CT   Beef Ramen(multi) 200 CT   Pojangmacha Udon(multi) 200CT
Yibaekyang(multi) 200CT   Suta Big Cup 200CT   Samyang Cup Ramen(6) 2000CT   Suta Cup Ramen(6)
1350CT   Changgu 200CT   Sattobap 150CT
                       Total 4700CT          40HQ x 1VAN   CBM87.74

2.    Regarding import of product for domestic consumption.

Recently, there have been large volumes of products for domestic consumption being imported into the
eastern region of U.S., so there has been severe COMPLAINs from our customers (RHEE BROS, SEOUL SHIK
POOM, HANMI WASHINGTON) and we're having a lot of difficulty selling ramen. If domestic-use products
continue to be imported indiscriminately, we will be in a very difficult situation since we won't be able to
guarantee the business with our company's existing customers in the eastern region. Aside from products
that our company is currently importing and selling in the U.S., large volumes of new products (Jangsu
Ramen, Tasty Ramen, etc.) are being imported and sold, so there are especially strong complaints from
existing customers.
We've already informed you via phone about this, but nothing has been done about it even now.
We understand that it may be difficult, but we ask that your company's overseas sales team to send a strong,
official cooperation notice to each sales department (agency, discount stores, distribution headquarters, etc.)
to remedy this situation. We ask for your cooperation on this matter, and please notify the results to our
company.

SAMYANG0022586T

Confidential

JUN-13-2008 15:58 From:                          To:02 919 6100          P.1/1

EXHIBIT
1051C
tabbies

# S. C. Continent Corporation

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel (562) 941-7879  Fax (562) 946-9915.

FAX NO
DATE      6/12/2008
TO        전중기차장
FROM      어윤매무장
SUBJECT   영업

| CLERK | A-MGR | MGR | EXEC | PRES |
|-------|-------|-----|------|------|
|       |       |     |      |      |

1. 당사에서 아래와같이 ORDER 하오니 선적바랍니다.
P.O.NO.:08-054(호신컨선 ORDER)

P.O.NO.:08-055(3주 우선적)                    OESTN:S.C
삼양라면3250CT 칼구200CT 사또밥200CT          기3650CT        40HQ X 1VAN        CBM86.00

P.O.NO.:08-056(3주 우선적)                    OESTN:S.C
삼양라면(일티)1050CT 짜짜로니(일티)500CT 수타면(일티)600CT   40HQ X 1VAN        CBM57.32
                                            기2150CT

P.O.NO.:08-057(4주 우선적)                    OESTN:S.C
삼양라면1000CT 안위간면(일티)500CT 업무비빔면(일티)200CT 동장라면(일티)200CT 칼구200CT 사또밥200CT 완향구100CT
                                            기2400CT        40HQ X 1VAN        CBM67.54

P.O.NO.:08-058(5주 우선혜)                    OESTN:S.C
김치라면(일티)200CT 쇠고기면(일티)200CT 포장마자우동(일티)200CT 이쁘냥(일티)200CT 수타컵2200CT
삼양컵라면(6)2000CT 수타컵라면(6)1350CT 칼구200CT 사또밥150CT
                                            기4700CT        40HQ X 1VAN        CBM57.74

2. 내수덤체들 수입 관련 상황입니다.

최근들에 미 남부지역에 내수복제품이 대량 수입되고 있어, 당 거래선이(RHEE BROS, SEOUL SHIK POOM, HANMI WASHINGTON)
COMPLAIN 이 무척 심함, 당사 라면 판매에 큰 어려움이 많습니다.
이런 상태로 내수품 제품이 꾸쥬로 수입이 계속될경우, 현재 엄무지역 기존 당사 거래선과의 거래도 장담할수 없는 실정으로
상당한 어려운 입장입니다.
당사에서 현재 미주지역에 수입 판매하고 있는 제품외에 신제품(장수면,맛있는라면등)이 대량으로 수입 판매되고 있어
기존 거래선 판매를 더더욱 심합니다.
이런 내용은 몇번상 읍청드렸었지만, 현재까지 전혀 시정되고 있지 않을 실정입니다.
어려우시겠지만
귀사 해외영업부에서 각 영업부(대리점,따민비,유경본무분)에 강력한 항조 공문을 보내셔 시정될수 있도록 부탁드리고
협조하여주시기바라며, 결과를 당사로 공보하여 주시기 바랍니다.

SAMYANG0022586

# EXHIBIT 17

Confidential

AUG-22-2008 15:37 From:                                  To:919 6100                    P.1/2



# S. C. Continent Corporation

10816 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel.(562) 941-7879  Fax (562) 946-9916

| | CLERK | A-MGR | MGR | EXEC | PRES |
|---|---|---|---|---|---|
| | | | | | |

FAX NO
DATE        8/22/2008
TO          Sr. Manager Jong-gi Chun
FROM        Sr. Manager Woon-bae Yeo
SUBJECT     Work communication

1.     Our company is submitting order as below, so please ship them.

P.O. No. 08-078 (Ship in 3 weeks)                    DESTN: S.C
Kalguksu (Bajirak) 500CT   Pojangmacha Udon 500CT   Kimchi Ramen(20) 500CT   Beef Ramen 450CT
Chacharoni 500CT   Sutamyun 500CT   Changgu 300CT   Sattobap 100CT   Wang Changgu 100CT
                              Total 3450CT          40HQ x 1VAN   CBM67.70

P.O. No. 08-079 (Ship in 3 weeks)                    DESTN: S.C
Samyang Ramen(multi) 1050CT   Seafood Party(multi) 200CT   Miso Ramen(multi) 200CT   Changgu
300CT   Sattobap 100CT   Wang Changgu 100CT
                              Total 1950CT          40HQ x 1VAN   CBM67.86

P.O. No. 08-080 (Ship in 4 weeks)                    DESTN: S.C
Samyang Ramen(multi) 1000CT   Kalguksu(multi) 500 CT   Miso Ramen 500CT   Changgu 330CT
                              Total 2330CT          40HQ x 1VAN   CBM67.47

P.O. No. 08-081 (Ship in 4 weeks)                    DESTN: S.C
Samyang Ramen 2950CT   Changgu 300CT   Sattobap 100CT   Wang Changgu 100CT
                              Total 3450CT          40HQ x 1VAN   CBM67.70

※※ P.O. No. 08-082 (Ship in 3 weeks)                    DESTN: S.C
Samyang Ramen 1600CT   Samyang Ramen(multi) 800CT   Sutamyun(multi) 200CT   Chacharoni(multi)
150CT   Samyang Cup Ramen(6) 1000CT
                              Total 3750CT          40HQ x 1VAN   CBM67.82

※※ P.O. No. 08-083 (Ship in 3 weeks after shipment of P.O. No. 08-82 )   DESTN: S.C
Samyang Ramen 1500CT   Samyang Ramen(multi) 400CT   Sutamyun(multi) 150CT   Chacharoni(multi)
200CT   Samyang Cup Ramen(6) 2600CT
                              Total 4850CT   40HQ x 1VAN   CBM67.58
                                    5,050

* Above ORDER with P.O. No. 08-082, 083 are ORDERs by HK GALLERIA WHOLESALE (HK Market).

2.     Please see below for the ORDER for "C J FOOD". Please ship.  FOB
P.O. No. 08-084 (Ship in 4 weeks)                    DESTN: LA
Samyang Ramen 2000CT   Chacharoni 200CT   Sutamyun 600CT   Kimchi Ramen(20) 75CT   Seafood Party
75 CT   Miso Ramen 50CT   Samyang Ramen(multi) 100CT   Chacharoni(multi) 50CT   Unfried Ramen(multi)
50 CT   Miso Ramen(multi)80CT   Seafood Party(multi) 50CT   Samyang Cup Ramen(6) 500CT   Suta Cup
Ra men(6) 200CT   Changgu 80CT   Sattobap 50CT
                              Total 4180CT          40HQ x 1VAN   CBM67.88

SAMYANG0022607T

Confidential

To:919 6188

02-2008 15:37 From:

Please see below for the ORDER for "SEOUL TRADING". Please ship. *FOB*
P.O. No. 08-085 (Ship in 4 weeks)                    DESTN: TACOMA
Samyang Ramen 450CT    Yibaekyang 20CT    Kalguksu (Bajirak) 30CT    Pojangmacha Udon 30CT
Sutamyun 40CT    Chacharoni 30CT    Seafood Party 40CT    Samyang Ramen(multi) 400CT    Kimchi
Ramen(multi) 50CT    Yibaekyang(multi) 30CT    Bajirak Kalguksu(multi) 100CT    Pojangmacha Udon(multi)
40CT    Sutamyun(multi) 300CT    Chacharoni(multi) 60CT    Beef(multi) 30CT    Seafood Party(multi) 40CT
Unfried Ramen(multi) 100CT    Miso Ramen(multi) 60CT    Pojangmacha(//illegible//) 30T    Samyang Cup
Ramen(6) 300CT    Suta Cup Ramen(6) 300CT    Samyang Big Cup 20CT    Suta Seafood 20CT    Changgu
100CT    Sattobap 30CT    Wang Changgu 180CT
                              Total 2830CT          40HQ x 1VAN       CBM67.59

Please see below for the ORDER for "KOHA FOOD". Please ship.
P.O. No. 08-086                              DESTN: HONOLULU
Samyang Ramen 800CT    Kimchi Ramen(20) 1850CT    Chacharoni 700CT    Beef Ramen 300CT
Pojangmacha Udon 50CT    Yibaekyang 100CT    Sutamyun 500CT    Seafood Party 50CT    Miso Ramen 30CT
Unfried Ramen(multi) 20CT    Pojangmacha(//illegible//) 300CT    Kimchi Ramen(12) 250CT
                              Total 4300CT          40HQ x 1VAN       CBM87.18

5.     Please see below for the ORDER for "PALAMA SUPER". Please ship.
P.O. No. 08-087                              DESTN: HONOLULU
Samyang Ramen 800CT    Chacharoni 150CT    Sutamyun 50CT    Yibaekyang 50CT    Kimchi Ramen(20)
1000CT    Kalguksu(Bajirak) 200CT    Pojangmacha Udon 200CT    Beef Ramen 100CT    Seafood Party
100CT    Unfried Ramen(multi) 100CT    Seafood Party(multi) 50CT    Kimchi Ramen(multi) 100CT
Pojangmacha Udon(multi) 50CT    Chacharoni(multi) 220CT    Samyang Ramen(multi) 100CT    Samyang
Cup Ramen(6) 100CT    Suta Cup Ramen(6) 50CT    Changgu 50CT    Sattobap 50CT    Wang Changgu 50CT
                              Total 3570CT          40HQ x 1VAN       CBM67.88

6.     Regarding "RHEE BROS".
1) As previously mentioned over the phone, among products received from P.O. No. 08-041, the BOX for
Pojangmacha(multi) 200CT and Yibaekyang(multi) 100CT (Total 300CT) is marked with the same CODE NO.
as the existing Yibaekyang and Pojangmacha Udon, and therefore have been notified that it cannot be sold.
Please remedy with STIKER [sic] as below.

2) Remedy: P.O No. 08-041: Produce STICKER for 300CT of received products and send to our company.
           P.O No. 08-064: Please ship after marking the BOX with No. below.

3) Yibaekyang(multi): 08045K        Pojangmacha Udon(multi): 08059K

4) Please refer to CODE No. for the products below.
Samyang Ramen(multi) 08050K    Sutamyun(multi) 08051K    Unfried Ramen(multi) 08042K
Miso Ramen(multi) 08031K    Seafood Party(multi) 08048K    Beef Ramen(multi) 08058K    Bajirak
Kalguksu(multi) 08071K    Yibaekyang(multi) 08045K    Pojangmacha Udon(multi) 08059K

7.     Regarding lack of CONTR shipment quantity.
P.O. No. 08-57: Changgu 35CT short (165CT received)
There is a big discrepancy in quantity. Please check for future shipments.

SAMYANG0022608.01T

8.      Regarding sending SAMPLE.

For your reference, we are sending via DHL the SAMPLE of the domestic-use products for Korea that have been imported to the eastern regions of the U.S. (New York, Washington). (New York region: DY IMPORT Washington region: CONTR being imported by Seohae Fishery.)

SAMYANG0022608.02T

AUG-22-2008 15:37 From:                                    To:919 6100              P.1/2



## *S. C. Continent Corporation*

10116 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel. (562) 941-7879   Fax (562) 946-9915

FAX NO
DATE       8/22/2008
TO         신흥기무역
FROM       이후애무역
SUBJECT    입편

| CLERK | A-MGR | MGR | EXEC | PRES |
|-------|-------|-----|------|------|



1.   당사에서 아래와같이 ORDER 하오니 선적바랍니다.
P.O.NO.08-078(3주후선적)                DESTN:S.C
밥국수(바지락)500CT 포장마차우동500CT 김치라면(20)500CT 쇠고기면450CT 짜짜로니500CT 수타만500CT 쌍구300CT
샤브밥100CT 왕쌍구100CT
                                        계3450CT     40HQ X 1VAN    CBW67.70

P.O.NO.08-079(3주후선적)                DESTN:S.C
삼양라면(멀티)1050CT 해물파티(멀티)200CT 땅장라면(멀티)200CT 쌍구300CT 샤뵤밥100CT 왕쌍구100CT
                                        계1950CT     40HQ X 1VAN    CBW67.88

P.O.NO.08-080(4주후선적)                DESTN:S.C
삼양라면(멀티)1000CT 밥국수(멀티)500CT 땅장라면500CT 쌍구330CT
                                        계2330CT     40HQ X 1VAN    CBW67.47

P.O.NO.08-081(4주후선적)                DESTN:S.C
삼양라면2950CT 쌍구300CT 샤뵤밥100CT 왕쌍구100CT
                                        계3450CT     40HQ X 1VAN    CBW67.70

HK  P.O.NO.08-082(3주후선적)            DESTN:S.C
삼양라면1600CT 삼양라면(멀티)600CT 수타면(멀티)200CT 짜짜로니(멀티)150CT 삼양얼라면(6)1000CT
                                        계3750CT     40HQ X 1VAN    CBW67.82

HK  P.O.NO.08-083(P.O.NO.08-82선적후 3주간격)   DESTN:S.C
삼양라면1500CT 삼양라면(멀티)400CT 수타면(멀티)150CT 짜짜로니(멀티)200CT 삼양얼라면(6)2800CT
                                        계4850CT     40HQ X 1VAN    CBW67.58
                                          5,050
* 상기 P.O.NO.08-082,083 ORDER는 HK GALLERIA WHOLESALE (HK아펙) ORDER 입니다.

2.   아래와같이 'C.J.FOOD' ORDER를 통보하오니 선적바랍니다.
P.O.NO.08-084(3주후선적)                DESTN:LA
삼양라면2000CT 짜짜로니200CT 수타면500CT 김치라면(20)75CT 해물파티75CT 땅장라면50CT 삼양라면(멀티)100CT
짜짜로니(멀티)50CT 안뛰긴면(멀티)50CT 땅장라면(멀티)80CT 해물파티(멀티)50CT 삼양얼라면(6)500CT 수타얼라면(6)200CT
쌍구80CT 샤뵤밥50CT
                                        계4160CT     40HQ X 1VAN    CBW67.88

3.   아래와같이 'SEOUL TRADING' ORDER를 통보하오니 선적바랍니다.
P.O.NO.08-085(4주후선적)                DESTN:TACOMA
삼양라면450CT 이쌔냉20CT 밥국수(바지락)300CT 포장마차우동300CT 수타면40CT 짜짜로니100CT 해물파티40CT
삼양라면(멀티)400CT 김치라면(멀티)50CT 이쌔냉(멀티)30CT 바지락밥국수(멀티)100CT 포장마차우동(멀티)40CT
수타면(멀티)300CT 짜짜로니(멀티)60CT 쉬고기(멀티)30CT 해물파티(멀티)40CT 안뛰긴면(멀티)100CT 땅장라면(멀티)80CT
포장마차(화)300CT 삼양얼라면(6)300CT 수타얼라면(6)300CT 삼양련얼20CT 수타해물20CT 찌구100CT 샤뵤밥100CT 왕쌍구180CT
                                        계2830CT     40HQ X 1VAN    CBW67.59

SAMYANG0022607

Confidential

To:919 6180

22-2008 15:37 From:

아래와같이 "KOHA FOOD" ORDER을 통보하오니 선적바랍니다、
**P.O.NO.08-088**                                    DESTN:HONOLULU
삼양라면600CT 김자반면(20)1650CT 짜파모니700CT 쇠고기면300CT 포장마차우동50CT 이백냥100CT 수타면50CT
삼양라면600CT 김자반면(20)1650CT 짜파모니700CT 쇠고기면300CT 포장마차우동50CT 이백냥100CT 수타면50CT
삥고파티50CT 떡장라면30CT 안휘간면(멀티)20CT 포장마차(럭)300CT 김치라면(12)250CT
                        계4300CT            40HQ X 1VAN              CBM67.18

5.   아래와같이 "PALAMA SUPER" ORDER을 통보하오니 선적바랍니다.
**P.O.NO.08-087**                                    DESTN:HONOLULU
삼양라면800CT 짜파로니150CT 수타면50CT 이백냥50CT 짤국수(바지락)200CT 포장마차우동200CT
쇠고기면100CT 해물파티100CT 안휘간면(멀티)100CT 해물팜티(멀티)50CT 김치라면(멀티)100CT 포장마차우동(멀티)50CT
짜파로니(멀티)220CT 삼양라면(멀티)100CT 삼양정라면(8)100CT 수타컵라면(6)50CT 짱구50CT 사또밥50CT 왕창구50CT
                        계3570CT            40HQ X 1VAN              CBM67.88

8.   "RHEE BROS" 관련사항입니다.
   1)  유선상 기 통화한 내용과같이, P.O.NO.08-041 에서 입고된 품목중 포장마자(멀티)200CT ,이백냥(멀티)100CT(계 300CT)
       기존 이백냥,포장마자우동,과 동일한 CODE NO로 BOX에 표기되어 있어 판매가 부가능하다고 통보하여 온바, 아래와같이
       STIKER 제작하여 처리 바랍니다.

   2)  처리방법:P.O.NO.08-041; 입고제성 300CT에 대함 STICKER 제작 당사로 송부.
            P.O.NO.08-064:아래 NO로 BOX 표기하여 선적바랍니다.

   3)  이백냥(멀티): 08045K    포장마차우동(멀티): 08059K                          ok

   4)  아래 품목에 대함 CODE NO 참고바랍니다.
       삼양라면(멀티) 08050K    수타면(멀티) 08051K    안휘간면(멀티) 08042K    떡장라면(멀티) 08031K
       해물바티(멀티) 08048K    쇠고기면(멀티) 08058K    바지락칼국수(멀티) 08071K 이백냥(멀티) 08045K
       포장마차우동(멀티) 08059K

7.   CONTR 입고수량 부족 관련사항입니다.
   P.O.NO.08-57: 짱구35CT 부족(165CT 입고)
   수량이 없다입니다.확인하시고 차기 CONTR에 선적바랍니다.

8.   SAMPLE 송부관련 사항입니다.
   이 담부지역(뉴욕,워싱턴)에 수입되고 있는 한국 내수용제품 SAMPLE을 DHL로 송부드리니 참고하시기 바랍니다.
   (뉴욕지역:D Y IMPORT   워싱턴지역:서해수산에서 CONTR로 수입되고 있습니다.)

SAMYANG0022608

# EXHIBIT 18

EXHIBIT

1136

| ARRIVAL DATE | QUANTITY | CONSIGNEE | NOTIFY PARTY | REMARKS |
|---|---|---|---|---|
| 01-24-15 | 2,000 | ENI DIST, INC | ENI DIST, INC | |
| 02-13-15 | 3,200 | ENI DIST, INC | CARGO GATE INTERNATIONAL | |
| 02-13-15 | 2,050 | ENI DIST, INC | CARGO GATE | |
| 02-21-15 | 6,670 | ENI DIST, INC | ENI DIST, INC | |
| 02-28-15 | 2,030 | ENI DIST, INC | ENI DIST, INC | |
| 03-16-15 | 3,000 | ENI DIST, INC | ENI DIST, INC | |
| 03-16-15 | 3,190 | ENI DIST, INC | ENI DIST, INC | |
| 03-20-15 | 2,400 | ENI DIST, INC | CARGO GATE | |
| 03-27-15 | 2,000 | ENI DIST, INC | ENI DIST, INC | |
| 04-01-15 | 2,300 | ENI DIST, INC | ENI DIST, INC | |
| 04-16-15 | 2,350 | ENI DIST, INC | ENI DIST, INC | |
| 04-25-15 | 3,100 | ENI DIST, INC | ENI DIST, INC | |
| 04-25-15 | 2,000 | ENI DIST, INC | ENI DIST, INC | |

SY000052

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYAN |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| GESU6215628 | INSTANT NOODLES W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | BNXC – BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | NYK DENEB |
| VOYAGE | 043E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWSANYK140770 |
| ARRIVAL DATE | 2015-01-24 |
| QUANTITY | 2000 CTN |
| CONTAINER COUNT | 1 |

SY000053

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA MD 21046 UNIT |
| NOTIFY PARTY | CARGO GATE INTERNATIONAL INC | 20775 S.WESTERN AVE. #101 TORRANCE CA 90501 UNITED |
| SHIPPER | JIN HEUNG FOOD CO., LTD. | 205HO, 5DONG, 555-9, HOGYE-DONG, DO ANYANG 41 683 |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| MSCU9431284 | OF INSTANT NOODLES W/SOUP BASE & KOREAN SNACK = INVOICE NO.: SY14025 FREIGHT COLLECT |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | MSCU – MSC-MEDITERRANEAN SHIPPING COMPANY S A |
| | ADDRESS |
| | 40 AVENUE EUGENE PITTARD |
| | GENEVA |
| | , CH 1206 |
| | SWITZERLAND |
| | CONTACT NO.: 4122703878 |
| SHIP REGISTERED IN | GERMANY |
| VESSEL | MSC CHICAGO |
| VOYAGE | 501A |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | NINGPO |
| COUNTRY OF ORIGIN | CHINA |
| PLACE OF RECEIPT | BUSAN |
| BILL OF LADING | MSCUKC207764 |
| ARRIVAL DATE | 2015-02-13 |
| QUANTITY | 3200 CTN |
| CONTAINER COUNT | 1 |

SY000054

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA MD 21046 UNIT |
| NOTIFY PARTY | CARGO GATE INTERNATIONAL INC | 20775 S.WESTERN AVE #101 TORRANCE CA 90501 UNITED |
| SHIPPER | JIN HEUNG FOOD CO., LTD. | 205HO, 5DONG, 555-9, HOGYE-DONG, DO ANYANG 41 683- |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| GLDU7034575 | OF INSTANT NOODLES W/SOUP BASE & KOREAN SNACK = INVOICE NO.: SY14029 FREIGHT COLLECT |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | MSCU - MSC-MEDITERRANEAN SHIPPING COMPANY S A |
| | ADDRESS |
| | 40 AVENUE EUGENE PITTARD |
| | GENEVA |
| | , CH 1206 |
| | SWITZERLAND |
| | CONTACT NO.: 4122703878 |
| SHIP REGISTERED IN | GERMANY |
| VESSEL | MSC CHICAGO |
| VOYAGE | 501A |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | NINGPO |
| COUNTRY OF ORIGIN | CHINA |
| PLACE OF RECEIPT | BUSAN |
| BILL OF LADING | MSCUKC207772 |
| ARRIVAL DATE | 2016-02-13 |
| QUANTITY | 2050 CTN |
| CONTAINER COUNT | 1 |

SY000055

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COLI |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COLI |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYAN( |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| CBHU8563002 | INSTANT NOODLE W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | BNXC - BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | MARSHALL ISLANDS |
| VESSEL | HANJIN NEWPORT |
| VOYAGE | 0039E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWCANYK150103 |
| ARRIVAL DATE | 2015-02-21 |
| QUANTITY | 6670 CTN |
| CONTAINER COUNT | 1 |

SY000056

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYANG |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| FSCU8494212 | INSTANT NOODLE W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | BNXC – BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | |
| | CONTACT NO.: 3104168600 |
| | |
| SHIP REGISTERED IN | MARSHALL ISLANDS |
| VESSEL | HANJIN MILANO |
| VOYAGE | 0041E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWCANYK150104 |
| ARRIVAL DATE | 2015-02-28 |
| QUANTITY | 2030 CTN |
| CONTAINER COUNT | 1 |

SY000057

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYANG |

◀ ▶

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| CBHU8970923 | INSTANT NOODLES W/SOUP BASE |

◀ ▶

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | BNXC – BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | HANJIN RIO DE JANEIRO |
| VOYAGE | 0045E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWCANYK150213 |
| ARRIVAL DATE | 2015-03-16 |
| QUANTITY | 3000 CTN |
| CONTAINER COUNT | 1 |

SY000058

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYAN |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| DRYU9163001 | INSTANT NOODLES W/SOUP BASE KOREAN SNACK |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | BNXC – BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | HANJIN RIO DE JANEIRO |
| VOYAGE | 0045E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWCANYK150212 |
| ARRIVAL DATE | 2015-03-16 |
| QUANTITY | 3190 CTN |
| CONTAINER COUNT | 1 |

SY000059

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA MD 21046 UNIT |
| NOTIFY PARTY | CARGO GATE INTERNATIONAL INC | 20775 S.WESTERN AVE. #101 TORRANCE CA 90501 UNITED |
| SHIPPER | JIN HEUNG FOOD CO., LTD. | 205HO, 5DONG, 555-9, HOGYE-DONG, DO ANYANG 41 683- |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| MEDU8271784 | OF INSTANT NOODLES W/SOUP BASE KOREAN SNACK FREIGHT COLLECT |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | MSCU - MSC-MEDITERRANEAN SHIPPING COMPANY S A |
| | ADDRESS |
| | 40 AVENUE EUGENE PITTARD |
| | GENEVA |
| | CH 1206 |
| | SWITZERLAND |
| | CONTACT NO.: 4122703878 |
| SHIP REGISTERED IN | LIBERIA |
| VESSEL | MAERSK SARNIA |
| VOYAGE | 1512 |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | NINGPO |
| COUNTRY OF ORIGIN | CHINA |
| PLACE OF RECEIPT | BUSAN |
| BILL OF LADING | MSCUKC233539 |
| ARRIVAL DATE | 2015-03-20 |
| QUANTITY | 2400 CTN |
| CONTAINER COUNT | 1 |

SY000060

| CONTACT INFO | | |
|---|---|---|
| Type | Name | Address |
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYAN |

| PRODUCT DETAILS | |
|---|---|
| Container No. | Description Area |
| CBHU8376510 | INSTANT NOODLESKOREAN SNCAK |

**TRANSIT DETAILS**

| Property | Value |
|---|---|
| CARRIER | BNXC - BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | GERMANY |
| VESSEL | HANJIN SAN DIEGO |
| VOYAGE | 0030E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWCANYK150247 |
| ARRIVAL DATE | 2015-03-27 |
| QUANTITY | 2000 CTN |
| CONTAINER COUNT | 1 |

SY000061

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 |
| NOTIFY PARTY | SAME AS CONSIGNEE | NOT AVAILABLE |
| SHIPPER | JIN HEUNG FOODCO.,LTD. | 205HO, 5DONG, 555-9, HOGYE-DONG, DONGAN-GU, ANYA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| TGHU9850300 | X40 HC CONTAINER STC: 2,300 CTNS OF INSTANT NOODLES W-SOUP BASE & KOREA`N SNACK INVOICEN FREIGHT COLLECT . |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | CNIU – COMPANIA CHILENA DE NAVIGACION INTEROCEA |
| | ADDRESS |
| | LAS CONDES-SANTIAGO |
| | CHILE |
| | CONTACT NO.: |
| SHIP REGISTERED IN | CHINA |
| VESSEL | CAP ISABEL |
| VOYAGE | 75NB |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | TONOSI . |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | BUSAN KOREA |
| BILL OF LADING | CNIUKR7260003A |
| ARRIVAL DATE | 2015-04-01 |
| QUANTITY | 2300 CTN |
| CONTAINER COUNT | 1 |

SY000062

| CONTACT INFO | | |
|---|---|---|
| Type | Name | Address |
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD STE 8., COLUMBIA, MD 21046 TEL. CEL.433)807-3520 |
| NOTIFY PARTY | ENIDIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 |
| SHIPPER | JIN HEUNG FOOD CO.,LTD. | 205HO, 5DONG, 555-9, HOGYE-DONG, DONGAN-GU, ANYA |

| PRODUCT DETAILS | |
|---|---|
| Container No. | Description Area |
| GESU4972638 | X40 HC CONTAINER S.T.C 2,350 CTNS OF INSTANT NOODLES W-SOUP BASE & KOREA N SNACK FREIGHT |

**TRANSIT DETAILS**

| Property | Value |
|---|---|
| CARRIER | CNIU - COMPANIA CHILENA DE NAVIGACION INTEROCEA |
| | ADDRESS |
| | LAS CONDES-SANTIAGO |
| | CHILE |
| | CONTACT NO.: |
| SHIP REGISTERED IN | LIBERIA |
| VESSEL | LETO |
| VOYAGE | 1587N |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | TONOSI |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | BUSAN KOREA |
| BILL OF LADING | CNIUKR7274728A |
| ARRIVAL DATE | 2015-04-16 |
| QUANTITY | 2350 CTN |
| CONTAINER COUNT | 1 |

SY000063

## CONTACT INFO

| Type | Name | Address |
| --- | --- | --- |
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYAN |

## PRODUCT DETAILS

| Container No. | Description Area |
| --- | --- |
| FCIU9994933 | INSTANT NOODLES W/SOUP BASEKOREAN SNACK |

## TRANSIT DETAILS

| Property | Value |
| --- | --- |
| CARRIER | BNXC - BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | KOREA, REPUBLIC OF |
| VESSEL | HANJIN MARSEILLES |
| VOYAGE | 0168E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWSANYK150226 |
| ARRIVAL DATE | 2015-04-25 |
| QUANTITY | 3100 CTN |
| CONTAINER COUNT | 1 |

SY000064

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| NOTIFY PARTY | ENI DIST, INC. | 7194 OAKLAND MILLS RD, UNIT8 COLUMBIA, MD21046 COL |
| SHIPPER | JIN HEUNG FOOD CO,LTD | 205HO 5DONG, 555-9 HOGYE-DONG DONGAN-GU, ANYANG |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| CBHU9528921 | INSTANT NOODLES W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | BNXC – BINEX LINE CORPORATION |
| | ADDRESS |
| | 200 N SEPULVEDA BLVD #1610 |
| | EL SEGUNDO |
| | CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | KOREA, REPUBLIC OF. |
| VESSEL | HANJIN MARSEILLES |
| VOYAGE | 0168E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCWSANYK150225 |
| ARRIVAL DATE | 2015-04-25 |
| QUANTITY | 2000 CTN |
| CONTAINER COUNT | 1 |

SY000065

# EXHIBIT 19

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                     WEST DIVISION
    _____
 4                              )
    SAM YANG (USA), Inc.,       )
 5  ROYPAC, INC., dba SC        )
    CONTINENT CORPORATION,      )
 6                              )
                Plaintiff,      )
 7                              )
        vs.                     ) Case No.
 8                              ) 2:15-cv-07697 AB
    SAMYANG FOODS CO., LTD,     ) (KSx)
 9  and DOES 1 through 20,      )
    inclusive,                  )
10                              )
                Defendants.     )
11  _____ )
                                )
12  SAMYANG FOODS CO., LTD      )
                                )
13      Counter-Claimant,       )
                                )
14      vs.                     )
                                )
15  SAM YANG (USA), Inc.,       )
    ROYPAC, INC., dba SC        )
16  CONTINENT CORPORATION,      )
    MUN-K YUNG CHENm and        )
17  DOES 1 through 20,          )
    inclusive,                  )
18                              )
        Counter-Defendants.     )
19  _____ )
20         VIDEOTAPED DEPOSITION OF WOON-BAE YEO
                Los Angeles, California
21            Friday, September 8, 2017
                     Volume I
22
23  Reported by:
    Lori M. Barkley
24  CSR No. 6426
    Job No. 2703029
25  PAGES 1 - 93


                                          Page 1
```

| | | |
|---|---|---|
| 1 | it. | 09:38:16 |
| 2 | A.   Okay. | 09:38:39 |
| 3 | Q.   Mr. Yeo, do you speak and understand some | 09:38:39 |
| 4 | English? | 09:38:43 |
| 5 | A.   Very little. | 09:38:50 |
| 6 | Q.   Okay.  So I'll just ask that if I ask a | 09:38:51 |
| 7 | question, even if you do understand it, please wait | 09:38:54 |
| 8 | for the interpreter to translate before you give your | 09:38:56 |
| 9 | response. | 09:39:00 |
| 10 | A.   Okay. | 09:39:14 |
| 11 | Q.   The other thing which you seem to be doing | 09:39:14 |
| 12 | fine with so far is the court reporter can't take | 09:39:17 |
| 13 | down nods of the head, "uh-huh," "uh-huh," responses | 09:39:21 |
| 14 | like that.  So it's important that you give a "yes" | 09:39:25 |
| 15 | or a "no" answer rather than any gesture or ambiguous | 09:39:28 |
| 16 | response. | 09:39:32 |
| 17 | A.   Understood. | 09:39:54 |
| 18 | Q.   And lastly, I am entitled to get your best | 09:39:54 |
| 19 | estimate for the questions I ask today.  An estimate | 09:39:58 |
| 20 | is different from a guess.  So if you don't know the | 09:40:01 |
| 21 | answer to a question saying "I don't know" is | 09:40:04 |
| 22 | perfectly fine. | 09:40:06 |
| 23 | A.   I understand. | 09:40:40 |
| 24 | Q.   Okay.  And is Roypac currently your | 09:40:40 |
| 25 | employer, Mr. Yeo? | 09:40:47 |
| | | Page 9 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 09:40:53 |
| 2 | Q.    What is your title? | 09:40:53 |
| 3 | A.    General manager. | 09:40:58 |
| 4 | Q.    And how long have you been general manager? | 09:40:59 |
| 5 | A.    I think it's been about 20 years. | 09:41:01 |
| 6 | Q.    Okay.  So since around 1997 roughly? | 09:41:15 |
| 7 | A.    It was approximately around then.  However, | 09:41:30 |
| 8 | I don't recall the exact time. | 09:41:32 |
| 9 | Q.    Okay.  And as general manager what are your | 09:41:34 |
| 10 | job responsibilities? | 09:41:38 |
| 11 | A.    Sales-related tasks. | 09:41:51 |
| 12 | Q.    Such as what? | 09:41:52 |
| 13 | A.    I carry out a task relating to sales of the | 09:41:53 |
| 14 | Sam Yang Ramyun products that are imported from | 09:42:12 |
| 15 | Korea. | 09:42:16 |
| 16 | Q.    What was your -- well, did you have a role | 09:42:17 |
| 17 | at Roypac prior to general manager? | 09:42:20 |
| 18 | A.    No.  I only did sales of Ramyuns. | 09:42:36 |
| 19 | Q.    Have your responsibilities at Roypac been | 09:42:39 |
| 20 | more or less the same since you first began working | 09:42:43 |
| 21 | as general manager about 20 years ago? | 09:42:45 |
| 22 | A.    That's correct. | 09:43:04 |
| 23 | Q.    Were you ever employed by Sam Yang USA? | 09:43:05 |
| 24 | A.    Yes. | 09:43:11 |
| 25 | Q.    And when were you employed by Sam Yang USA? | 09:43:14 |

Page 10

| | | |
|---|---|---|
| 1 | A.   Prior to 2000s. | 09:43:28 |
| 2 | Q.   Okay.  So -- | 09:43:30 |
| 3 | THE INTERPRETER:  Hang on.  Interpreter | 09:43:32 |
| 4 | correction: | 09:43:56 |
| 5 | THE WITNESS:  I worked there around year | 09:43:58 |
| 6 | 2000. | 09:44:03 |
| 7 | BY MS. BOWMAN: | 09:44:03 |
| 8 | Q.   Okay.  So when you said earlier that you | 09:44:03 |
| 9 | were employed by Roypac since around 1997, were you | 09:44:05 |
| 10 | employed by both Roypac and Sam Yang USA at the same | 09:44:11 |
| 11 | time? | 09:45:50 |
| 12 | A.   Well, I never said a year, 1997 exactly, and | 09:45:50 |
| 13 | from 1988 to 1999 I worked for Roypac dba of -- oh, | 09:45:56 |
| 14 | I'm going to scratch that. | 09:46:06 |
| 15 | Let me start over.  So from 1988 to 1999 I | 09:46:07 |
| 16 | worked for Sam Yang USA, and then from year 2000 to | 09:46:16 |
| 17 | present, I'm working for Roypac, dba SC Continent | 09:46:22 |
| 18 | Corporation. | 09:46:28 |
| 19 | Q.   What was your role at Sam Yang USA? | 09:46:28 |
| 20 | A.   Sales of Ramyun products. | 09:46:43 |
| 21 | Q.   For Sam Yang Korea? | 09:46:45 |
| 22 | A.   Yes. | 09:46:53 |
| 23 | Q.   And were your responsibilities generally the | 09:46:54 |
| 24 | same when you were working for Sam Yang USA as they | 09:46:56 |
| 25 | were when you later began working for Roypac? | 09:47:00 |

Page 11

```
 1        A.   Did you say year 2000 to 2016?  That's the    09:53:36
 2   timeframe?                                              09:53:41
 3        Q.   Correct.                                      09:53:42
 4        A.   Yes, it did change.                           09:53:50
 5        Q.   When did it change?                           09:53:51
 6        A.   What was the year timeframe that you          09:54:14
 7   mentioned before?                                       09:54:15
 8        Q.   Between 2000 and 2016?                         09:54:16
 9        A.   Jack Wang changed to Gary Yang, G-A-R-Y,      09:54:44
10   Y-A-N-G, phonetic, subject to verification.            09:54:50
11        Q.   And then at some point did Michael Gin        09:54:54
12   replace Gary Yang; is that correct?                     09:54:57
13        A.   Yes, that's correct, he replaced him.         09:55:10
14             THE INTERPRETER:  Oh, interpreter             09:55:13
15   correction:  On a previous answer he also said that    09:55:14
16   "I continued to work there."                            09:55:17
17   BY MS. BOWMAN:                                          09:55:19
18        Q.   Okay.  So the number of employees was         09:55:19
19   generally around three sales employees; is that        09:55:22
20   correct?                                                09:55:38
21        A.   In general, there were two.                   09:55:38
22        Q.   Okay.  And is it correct, Mr. Yeo, that at a   09:55:40
23   certain point Roypac took over Sam Yang USA's duties    09:55:52
24   of handling export sales of Sam Yang Korean products?   09:55:56
25             MR. MC DONOUGH:  I'll object in so as far     09:56:16
```

Page 14

| | | |
|---|---|---|
| 1 | BY MS. BOWMAN: | 10:01:14 |
| 2 | Q.   Did you explain to your customers why the | 10:01:14 |
| 3 | invoices would be issued from SC Continent | 10:01:17 |
| 4 | Corporation? | 10:01:23 |
| 5 | A.   No. | 10:01:38 |
| 6 | Q.   Mr. Yeo, are you compensated for your work | 10:01:45 |
| 7 | by Roypac; in other words, do your paychecks or pay | 10:01:50 |
| 8 | stubs say "Roypac" or "Roypac dba SC Continent | 10:01:53 |
| 9 | Corporation"? | 10:01:59 |
| 10 | A.   That's correct. | 10:02:18 |
| 11 | Q.   Do you receive any compensation from Sam | 10:02:18 |
| 12 | Yang USA? | 10:02:27 |
| 13 | A.   No. | 10:02:27 |
| 14 | Q.   Are you paid a salary? | 10:02:27 |
| 15 | A.   That's correct. | 10:02:28 |
| 16 | Q.   Do you receive any commission payments? | 10:02:32 |
| 17 | A.   No. | 10:02:39 |
| 18 | Q.   Do you receive any performance bonuses? | 10:02:39 |
| 19 | A.   No. | 10:02:46 |
| 20 | Q.   Do you receive any other type of income from | 10:02:46 |
| 21 | Roypac other than your salary? | 10:02:50 |
| 22 | A.   Yes. | 10:03:10 |
| 23 | Q.   What other income do you receive from | 10:03:11 |
| 24 | Roypac? | 10:03:14 |
| 25 | A.   It's not an income.  Rather, I submit for | 10:03:24 |

Page 17

```
 1        Q.    Okay.  So when did you first see Sam Yang      13:42:31

 2   products in the L.A. area that were not distributed       13:42:37

 3   or sold by Sam Yang USA or Roypac?                         13:42:42

 4        A.    My recollection is that either end of 1990s     13:43:08

 5   or the beginning of 2000s.                                 13:43:12

 6        Q.    Do you recall what stores or locations you      13:43:15

 7   saw those products in?                                     13:43:19

 8        A.    Right now, I don't recall exactly what          13:43:43

 9   stores or markets, because at the time, it was out         13:43:46

10   there in small quantity.                                   13:43:50

11        Q.    Okay.  And around that same time you said       13:43:55

12   that you also saw Sam Yang products, or rather, you        13:43:59

13   became aware that Sam Yang products were being sold        13:44:04

14   in other regions of the United States, correct?           13:44:08

15        A.    Yes.                                            13:44:42

16        Q.    And you were informed by your customers, and    13:44:42

17   I believe you named several of them, but you were          13:44:47

18   informed by several different customers that Sam Yang      13:44:49

19   products were being sold in other regions, correct?        13:44:52

20        A.    Correct.                                        13:44:55

21        Q.    Including on the East Coast?                     13:45:12

22        A.    Yes.                                            13:45:17

23        Q.    And did you contact these stores or             13:45:17

24   locations where these products were being sold when        13:45:22

25   you learned about their sale?                              13:45:25
```

                                                      Page 50

| | | |
|---|---|---|
| 1 | A.    No, I did not. | 13:45:29 |
| 2 | Q.    Why not? | 13:45:43 |
| 3 | A.    Because it was such a small quantity.  I did | 13:45:49 |
| 4 | not pay particular attention, because it was not | 13:46:01 |
| 5 | making big impact on my sales activity, because it | 13:46:06 |
| 6 | was such a small quantity. | 13:46:12 |
| 7 | Q.    Were you aware in 2008 that there were three | 13:46:15 |
| 8 | containers of Sam Yang products imported by | 13:46:23 |
| 9 | DY Imports into the United States? | 13:46:28 |
| 10 | A.    I don't know about the year 2008 exactly, | 13:47:12 |
| 11 | but the business was being conducted.  Did you say | 13:47:18 |
| 12 | three containers were brought in by DY Import? | 13:47:22 |
| 13 | Q.    I asked if you were aware of it.  Are you | 13:47:29 |
| 14 | aware of a different quantity of containers that were | 13:47:31 |
| 15 | brought in by DY Imports? | 13:47:34 |
| 16 | A.    No, that's not what I'm saying.  I'm saying | 13:48:02 |
| 17 | that we did business with them.  However, as to how | 13:48:05 |
| 18 | many containers, I don't know. | 13:48:10 |
| 19 | Q.    Okay. | 13:48:11 |
| 20 | A.    I did business with them but as to whether | 13:48:28 |
| 21 | that was before that time or after that time, I'm not | 13:48:32 |
| 22 | sure. | 13:48:37 |
| 23 | Q.    Do you recall having any communications with | 13:48:37 |
| 24 | them about Sam Yang products being sold on the East | 13:48:42 |
| 25 | Coast that were not imported by Sam Yang USA or | 13:48:47 |

Page 51

| | | |
|---|---|---|
| 1 | a right to review it before you start answering | 13:51:44 |
| 2 | questions. | 13:51:46 |
| 3 |       THE WITNESS:  Okay. | 13:51:55 |
| 4 |       MR. MC DONOUGH:  Whenever you're ready. | 13:51:56 |
| 5 | BY MS. BOWMAN: | 13:51:58 |
| 6 |    Q.   Just let me know whenever you've had a | 13:51:58 |
| 7 | chance to review. | 13:52:02 |
| 8 |    A.   I looked at it. | 13:53:13 |
| 9 |    Q.   Okay.  And I'm looking at the last page of | 13:53:14 |
| 10 | this document, number 8. | 13:53:17 |
| 11 |    A.   Number 8, okay.  Okay. | 13:53:29 |
| 12 |    Q.   Okay.  And you mentioned that there are Sam | 13:53:31 |
| 13 | Yang products that are being imported in the eastern | 13:53:37 |
| 14 | regions of the United States by DY Import and by | 13:53:40 |
| 15 | Seohae Fishery.  So you were aware in 2008 that | 13:53:44 |
| 16 | DY Import and Seohae Fishery were importing Sam Yang | 13:53:52 |
| 17 | products into the U.S., correct? | 13:53:58 |
| 18 |    A.   I heard that through a telephone call. | 13:54:38 |
| 19 | However, as to whom I have spoken with or who relayed | 13:54:49 |
| 20 | that to me, I'm not sure. | 13:54:56 |
| 21 |    Q.   So my question wasn't who gave you that | 13:54:58 |
| 22 | information, but it was that your understanding as of | 13:55:02 |
| 23 | 2008 was that DY Imports and Seohae Fishery were | 13:55:05 |
| 24 | importing Sam Yang products into the U.S., correct? | 13:55:10 |
| 25 |    A.   It's not that I knew.  I heard of that | 13:55:40 |

Page 53

```
 1    through a telephone call, and it is not something      13:55:46

 2    which I confirmed.                                      13:55:51

 3         Q.    Do you recall who sent you the samples that  13:55:53

 4    you refer to in this document?                          13:55:56

 5         A.    I do not recall.                             13:56:07

 6         Q.    Did you contact Seohae Fishery to ask if     13:56:08

 7    they were, in fact, selling these products that you     13:56:15

 8    reference in number 8?                                  13:56:18

 9         A.    I did not.                                   13:56:32

10         Q.    Did you ever sue Seohae Fishery regarding    13:56:33

11    the sale of the products that are referenced in         13:56:37

12    number 8?                                               13:56:39

13         A.    I don't really know, and furthermore, I did  13:56:42

14    not have exact evidence.  I had only heard it through   13:57:04

15    a call, so I don't really know.                         13:57:08

16         Q.    And so Sam Yang USA and Roypac never sued    13:57:14

17    Seohae Fishery or DY Import for importing Sam Yang      13:57:20

18    products referenced in number 8?                        13:57:24

19         A.    Correct.                                     13:57:41

20         Q.    When you saw the Sam Yang products that were 13:57:46

21    not imported by Sam Yang USA or Roypac, did you check   13:57:54

22    the labels on the samples to see if an importer was     13:57:58

23    listed?                                                 13:58:03

24         MR. MC DONOUGH:  Vague, ambiguous,                 13:58:22

25    overbroad.  I don't know if you're referring to just    13:58:23
```

Page 54

| | | |
|---|---|---|
| 1 | Q.    Were you also responsible for mid-western | 14:18:12 |
| 2 | states in 1988? | 14:18:15 |
| 3 | A.    Yes, I was. | 14:18:26 |
| 4 | Q.    And for southern states? | 14:18:27 |
| 5 | A.    Yes, I was. | 14:18:33 |
| 6 | Q.    Between 1988 and 2016, how many times did | 14:18:35 |
| 7 | you visit Canada on behalf of Sam Yang USA or Roypac? | 14:18:41 |
| 8 | A.    I've never been there. | 14:19:00 |
| 9 | Q.    From 1988 to 2016, how many times did you | 14:19:02 |
| 10 | visit Mexico on behalf of Sam Yang USA or Roypac? | 14:19:08 |
| 11 | A.    I've never -- I never went.  I have been to | 14:19:11 |
| 12 | Mexico for personal reasons but not for business. | 14:19:43 |
| 13 | Q.    Did you ever visit customers on the East | 14:19:47 |
| 14 | Coast of the United States between 1988 and 2016? | 14:19:51 |
| 15 | A.    Yes. | 14:20:05 |
| 16 | Q.    Which customers? | 14:20:06 |
| 17 | A.    I visited Rhee Brothers.  I visited Hanmi | 14:20:17 |
| 18 | New York.  And a few markets of theirs. | 14:20:30 |
| 19 | Q.    How many times did you visit Rhee Brothers | 14:20:41 |
| 20 | between 1988 and 2016? | 14:20:44 |
| 21 | A.    I don't recall exactly, but a few times. | 14:21:06 |
| 22 | Well, maybe more times, one or two times. | 14:21:09 |
| 23 | Q.    Did you visit Rhee Brothers after 1997? | 14:21:14 |
| 24 | A.    No. | 14:21:29 |
| 25 | Q.    How many times did you visit Hanmi New York | 14:21:29 |

Page 62

| | | |
|---|---|---|
| 1 | between 1988 and 2016? | 14:21:34 |
| 2 | A.   Once or twice. | 14:21:47 |
| 3 | Q.   Did you visit Hanmi New York after --  I'm | 14:21:48 |
| 4 | sorry, did you visit Hanmi New York after 1997? | 14:21:51 |
| 5 | A.   Oh, after '97?  Oh, I think I misspoke when | 14:21:55 |
| 6 | I answered earlier.  I visited the Rhee Brothers once | 14:22:25 |
| 7 | and Hanmi once. | 14:22:29 |
| 8 | Q.   And was it on the same trip that you visited | 14:22:33 |
| 9 | Rhee Brothers and Hanmi? | 14:22:36 |
| 10 | A.   Yes, that's correct. | 14:22:55 |
| 11 | Q.   And was that one trip prior to 1997? | 14:22:56 |
| 12 | A.   I don't know exactly, but I think I visited | 14:23:00 |
| 13 | once prior to that year and once after that year, but | 14:23:22 |
| 14 | I'm not exactly sure as to the years. | 14:23:26 |
| 15 | Q.   Okay.  And do you recall how many times you | 14:23:36 |
| 16 | visited markets of Rhee Brothers and Hanmi New York | 14:23:42 |
| 17 | between 1998 and 2016? | 14:23:46 |
| 18 | A.   I don't recall exactly how many markets. | 14:24:19 |
| 19 | Q.   Was it fewer than five? | 14:24:25 |
| 20 | A.   I think it was more than five locations. | 14:24:29 |
| 21 | Q.   Were those visits on the same trip when you | 14:24:34 |
| 22 | visited both Rhee Brothers and Hanmi New York? | 14:24:38 |
| 23 | A.   Correct. | 14:24:54 |
| 24 | Q.   Do you recall when the last time was that | 14:24:54 |
| 25 | you visited Rhee Brothers? | 14:24:59 |

Page 63

| | | |
|---|---|---|
| 1 | A.   I don't remember. | 14:25:07 |
| 2 | Q.   Was it before 2006? | 14:25:08 |
| 3 | A.   I think it was prior to 2006. | 14:25:19 |
| 4 | Q.   Do you think it was prior to 2003? | 14:25:21 |
| 5 | A.   I don't recall exactly. | 14:25:31 |
| 6 | Q.   Do you recall the last time you visited | 14:25:32 |
| 7 | Hanmi New York? | 14:25:34 |
| 8 | A.   Likewise, I don't recall. | 14:25:41 |
| 9 | Q.   Do you believe that that visit was also at | 14:25:42 |
| 10 | some point prior to 2006? | 14:25:45 |
| 11 | A.   Yes. | 14:25:57 |
| 12 | Q.   Who was your biggest customer -- and by | 14:25:58 |
| 13 | "your" I mean Sam Yang USA or Roypac's -- biggest | 14:26:06 |
| 14 | customer on the East Coast between 1997 and 2016? | 14:26:11 |
| 15 | A.   You're saying after 1998 to present? | 14:26:45 |
| 16 | Q.   I said 1997 but we can -- 1998 is fine, | 14:26:51 |
| 17 | sure, 1998 to 2016. | 14:26:55 |
| 18 | A.   East Coast, right? | 14:27:06 |
| 19 | Q.   Correct. | 14:27:07 |
| 20 | A.   That would be Grand Super Center. | 14:27:09 |
| 21 | Q.   But you never visited Grand Super Center | 14:27:13 |
| 22 | between 1998 and -- I'm sorry, yes, 1998 and 2016? | 14:27:18 |
| 23 | A.   Correct.  I did not visit. | 14:27:23 |
| 24 | Q.   Did you ever visit any of your customers in | 14:27:44 |
| 25 | the mid-west region of the United States? | 14:27:54 |

Page 64

| | | |
|---|---|---|
| 1 | A.   Are you saying mid-west region? | 14:28:06 |
| 2 | Q.   In the mid-west region. | 14:28:08 |
| 3 | A.   When you say mid-west, what pertains to the | 14:28:10 |
| 4 | west there? | 14:28:15 |
| 5 | Q.   Well, when I asked you earlier who was | 14:28:16 |
| 6 | responsible for the mid-west region and you said | 14:28:18 |
| 7 | yourself, perhaps I should clarify what states you | 14:28:20 |
| 8 | were referring to when you told me you were | 14:28:25 |
| 9 | responsible for the mid-west region. | 14:28:29 |
| 10 | A.   Well, as to L.A. area, I go around daily, | 14:29:07 |
| 11 | but even in the west, there are places that are far | 14:29:12 |
| 12 | from L.A. such as San Jose and northern California, | 14:29:17 |
| 13 | there's San Francisco and there's Las Vegas and | 14:29:22 |
| 14 | Phoenix, so I'm asking you to be a little bit more | 14:29:25 |
| 15 | specific when you say west. | 14:29:30 |
| 16 | Q.   To confirm, was it translated as mid-west | 14:29:34 |
| 17 | rather than west? | 14:29:38 |
| 18 | THE INTERPRETER:  Correct. | 14:29:39 |
| 19 | BY MS. BOWMAN: | 14:29:42 |
| 20 | Q.   Okay.  Were you responsible for sales in | 14:29:42 |
| 21 | Chicago? | 14:29:45 |
| 22 | A.   Correct. | 14:29:49 |
| 23 | Q.   Were you responsible for sales in St. Louis, | 14:29:50 |
| 24 | if any? | 14:29:55 |
| 25 | A.   Correct. | 14:29:55 |

Page 65

| 1 | Q. | Were you responsible for sales in Texas? | 14:30:02 |
| 2 | A. | Yes. | 14:30:07 |
| 3 | Q. | Were you responsible for sales in Atlanta? | 14:30:07 |
| 4 | A. | Yes. | 14:30:14 |

```
 1        Q.   Were you responsible for sales in Texas?    14:30:02
 2        A.   Yes.                                         14:30:07
 3        Q.   Were you responsible for sales in Atlanta?   14:30:07
 4        A.   Yes.                                         14:30:14
 5        Q.   Did you ever visit stores in any of those    14:30:15
 6   regions?                                               14:30:18
 7        A.   Can you repeat those areas again?            14:30:32
 8        Q.   Chicago, St. Louis, Atlanta, Texas.          14:30:35
 9        A.   No, I've not -- I have never visited.        14:30:45
10        Q.   Other than Rhee Brothers and Hanmi New York  14:30:50
11   and their markets on the East Coast and stores in      14:31:02
12   California, did you ever visit any other customers of   14:31:05
13   Sam Yang USA or Roypac between 1998 and 2016?           14:31:13
14        A.   It was too long so I -- can you repeat that   14:31:16
15   once more?                                             14:32:04
16             THE INTERPRETER:  Would you like the          14:32:06
17   interpreter?                                           14:32:07
18             MS. BOWMAN:  Thank you.                       14:32:07
19
20             (Whereupon, the interpreter
21             reinterprets the question for the
22             witness.)
23                                                          14:32:09
24             MR. MC DONOUGH:  Okay.  And to the extent     14:32:37
25   you consider "visit" vague and ambiguous, it may be.    14:32:39
```

Page 66

```
 1    She's referring in these lines of questions to you      14:32:41
 2    traveling to those locations and visiting those         14:32:44
 3    people there.                                           14:32:49
 4         THE WITNESS:  So if I went there on a              14:33:03
 5    personal level for some kind of confirmation, does      14:33:05
 6    that pertain, is that part of it.                       14:33:10
 7    BY MS. BOWMAN:                                          14:33:15
 8         Q.   No, and thank your counsel for clarifying.    14:33:15
 9              I'm only referring to visits to the four      14:33:18
10    regions I mentioned to visit Sam Yang USA and Roypac    14:33:20
11    customers between 1998 and 2016.                        14:33:23
12         A.   No, I did not.                                14:33:49
13         Q.   Other than Rhee Brothers and Hanmi New York   14:33:50
14    and California, did Sam Yang USA or Roypac dispatch      14:34:01
15    any other employees to visit customers in any other     14:34:05
16    states or regions?                                      14:34:11
17         MR. MC DONOUGH:  Vague, ambiguous as to            14:34:12
18    dispatch.                                               14:34:15
19         You may answer.                                    14:34:16
20         THE WITNESS:  Yes, I have asked Jack Wang,         14:35:25
21    who was working under me, to visit while he was going   14:35:33
22    to that direction as a favor, but as an official        14:35:36
23    business capacity?  No, he did not go there.            14:35:41
24    BY MS. BOWMAN:                                          14:35:47
25         Q.   Why did you ask this employee to visit as a   14:35:47
```

Page 67

```
 1      time for a break.                                14:46:51

 2              MR. MC DONOUGH:  Sure, thanks.            14:46:52

 3              VIDEO OPERATOR:  We're going off the record.  14:46:55

 4      The time now is 2:46.  This is -- ends Media     14:46:57

 5      Number 2.                                        14:47:03

 6                                                       15:12:03

 7              (Recess taken.)                           

 8                                                       15:13:49

 9              VIDEO OPERATOR:  We are on the record.  Time  15:13:54

10      is 3:13 p.m.  This begins Media Number 3.        15:13:56

11              Counsel, you may proceed.                15:14:01

12      BY MS. BOWMAN:                                   15:14:02

13          Q.   Mr. Yeo, as the general manager in charge of  15:14:02

14      sales, was it your understanding that Roypac and Sam  15:14:09

15      Yang USA should do their best to increase sales of  15:14:15

16      Sam Yang products?                               15:14:17

17          A.   Yes.                                    15:14:36

18          Q.   And you understood that Sam Yang USA and  15:14:37

19      Roypac should use their best efforts to promote the  15:14:40

20      sales and distribution of Sam Yang products?     15:14:44

21          A.   Yes.                                    15:15:00

22          Q.   And that included visiting retail stores and  15:15:00

23      customers, correct?                              15:15:04

24          A.   Yes.                                    15:15:13

25          Q.   And that included convincing stores that  15:15:13
```

Page 72

| | | |
|---|---|---|
| 1 | they should sell Sam Yang Ramyun, correct? | 15:15:17 |
| 2 | A.    Yes. | 15:15:31 |
| 3 | Q.    And you and your sales employees regularly | 15:15:31 |
| 4 | visited stores in the southern California area; is | 15:15:34 |
| 5 | that correct? | 15:15:47 |
| 6 | A.    Yes. | 15:15:47 |
| 7 | Q.    It was important to regularly visit these | 15:15:48 |
| 8 | stores in order to maintain and increase sales of Sam | 15:15:50 |
| 9 | Yang products? | 15:15:52 |
| 10 | A.    Yes. | 15:16:07 |
| 11 | Q.    And in order to use its best efforts, an | 15:16:08 |
| 12 | exclusive distributor should do whatever it can, | 15:16:14 |
| 13 | within reason, to try to increase the sales of that | 15:16:17 |
| 14 | product, correct? | 15:16:19 |
| 15 | MR. MC DONOUGH:  Vague, ambiguous, | 15:16:41 |
| 16 | overbroad.  Particularly with respect to best | 15:16:44 |
| 17 | efforts.  Also legal conclusion. | 15:16:46 |
| 18 | You may answer. | 15:16:48 |
| 19 | THE WITNESS:  Yes. | 15:17:01 |
| 20 | BY MS. BOWMAN: | 15:17:02 |
| 21 | Q.    And an exclusive distributor should market | 15:17:02 |
| 22 | the products it's trying to promote, correct? | 15:17:10 |
| 23 | A.    Yes. | 15:17:24 |
| 24 | Q.    It should do what it can to increase brand | 15:17:24 |
| 25 | awareness for a product it's distributing? | 15:17:27 |

Page 73

```
 1        A.    Yes.                                   15:17:31

 2        Q.    And so based on your experience over the   15:17:38

 3   past, I guess now it's been 30 or so years, what else   15:17:42

 4   should a distributor do in order to use its best   15:17:48

 5   efforts to distribute a product for a manufacturer?   15:17:51

 6              MR. MC DONOUGH:   Sorry.   Same objections,   15:17:56

 7   particularly as to best efforts.                   15:17:58

 8              You may answer.                         15:17:59

 9              THE WITNESS:   That question seems very   15:18:11

10   broad.   Are you asking about a particular area or   15:18:40

11   overall?                                           15:18:49

12   BY MS. BOWMAN:                                     15:18:50

13        Q.    I'm asking overall and specifically a couple   15:18:50

14   moments ago I asked you if a distributor should use   15:18:53

15   its best efforts to distribute the product that it's   15:18:56

16   distributing, and you said yes, and now I'm trying to   15:18:59

17   ask you, what specific steps using those best efforts   15:19:01

18   entails.                                           15:19:07

19              MR. MC DONOUGH:   Same objections.      15:19:08

20              You may answer.                         15:19:10

21   BY MS. BOWMAN:                                     15:19:12

22        Q.    In your experience.                     15:19:12

23        A.    First of all, in order to increase sales,   15:20:18

24   the mutual relationship with the manager is very   15:20:23

25   important.   So one needs to foster relationship with   15:20:31
```

Page 74

| 1 | the manager, where one could talk about anything. | 15:20:36 |
| 2 | Before that, I think first and, most importantly, | 15:21:13 |
| 3 | it's the product's ability itself. | 15:21:21 |
| 4 | What I mean by that is, whether or not it's | 15:21:24 |
| 5 | a product consumer wants.  So above and beyond any | 15:21:26 |
| 6 | kind of advertising, the product itself has to have | 15:21:34 |
| 7 | popularity that persuades the consumer to pick that | 15:21:43 |
| 8 | product.  So even though you have the best of | 15:21:47 |
| 9 | relationship with a manager, if the product is not | 15:21:52 |
| 10 | something that consumer wants, then it's very | 15:21:57 |
| 11 | difficult to sell. | 15:22:02 |
| 12 | And third, well, in the U.S., most of the | 15:22:05 |
| 13 | consumers shop their grocery during the weekend. | 15:23:25 |
| 14 | What I mean by that is Thursday, Friday, Saturday, | 15:23:31 |
| 15 | and Sunday, and within the Korean community, | 15:23:34 |
| 16 | newspaper advertising is mostly -- most important. | 15:23:38 |
| 17 | And 90 percent of the shopping is done during over | 15:23:46 |
| 18 | the weekend. | 15:23:51 |
| 19 | And as to during the weekdays, no matter how | 15:23:53 |
| 20 | well the display is or whatnot, the sale during that | 15:23:56 |
| 21 | time is not that effective and as far as newspaper | 15:24:04 |
| 22 | advertising is concerned, a particular market would | 15:24:09 |
| 23 | pick popular item to be listed on the advertisement. | 15:24:11 |
| 24 | So even though we have the best of relationship with | 15:24:18 |
| 25 | the market or manager, unless it's a popular item, | 15:24:23 |

Page 75

| | | |
|---|---|---|
| 1 | they will not list it on the advertisement, and if | 15:24:28 |
| 2 | it's not a product which consumer seeks out, then, | 15:24:32 |
| 3 | then it is not listed on that advertising. | 15:24:39 |
| 4 | So over the years, I've done my best and put | 15:24:42 |
| 5 | out my best efforts to increase sales, but I have to | 15:24:48 |
| 6 | say, A, I have felt a certain limitation, and for | 15:24:53 |
| 7 | that effort, even though I make visits, like ten | 15:25:02 |
| 8 | times, 20 times or 100 times, and I ask them or -- or | 15:25:07 |
| 9 | ask them for favors based on my acquaintance with | 15:25:14 |
| 10 | them for long period of time, although they would | 15:25:17 |
| 11 | listen to my request most of the time, there have | 15:25:20 |
| 12 | been limitations in that effort. | 15:25:27 |
| 13 | Q.   Okay.  So to go over and break down these | 15:25:35 |
| 14 | things that you mentioned a little bit, in terms of | 15:25:37 |
| 15 | fostering relationships with managers, how did you | 15:25:39 |
| 16 | foster those relationships? | 15:25:41 |
| 17 | A.   Well, fostering relationship, to me, is | 15:26:13 |
| 18 | visiting frequently, meeting them frequently, having | 15:26:16 |
| 19 | coffee or meals with them, hanging out with them, | 15:26:20 |
| 20 | just seeing them often.  And also, find out the | 15:26:25 |
| 21 | circumstances of that particular manager's family, so | 15:26:51 |
| 22 | if they have family events, whether it's festive or | 15:26:56 |
| 23 | some sad events, always know about those events and | 15:27:00 |
| 24 | never miss attending such events of a particular | 15:27:04 |
| 25 | manager.  And I think that is one of the ways where | 15:27:09 |

Page 76

| | | |
|---|---|---|
| 1 | you can have good relationship. | 15:27:12 |
| 2 | Q.   So these in person interactions are | 15:27:15 |
| 3 | important to develop a personal relationship in | 15:27:18 |
| 4 | addition to the strict business relationship, right? | 15:27:22 |
| 5 | A.   Correct. | 15:27:36 |
| 6 | Q.   But during the time that you worked for Sam | 15:27:36 |
| 7 | Yang USA and Roypac, you really only had regular face | 15:27:41 |
| 8 | to face interactions with customers in California, | 15:27:46 |
| 9 | correct? | 15:27:49 |
| 10 | MR. MC DONOUGH:   Misstates testimony | 15:27:50 |
| 11 | entirely. | 15:27:51 |
| 12 | You may answer. | 15:27:58 |
| 13 | The question is also vague, ambiguous, | 15:28:19 |
| 14 | overbroad as phrased. | 15:28:22 |
| 15 | THE WITNESS:   No.   That's incorrect.   That's | 15:28:23 |
| 16 | incorrect.   That's incorrect. | 15:28:24 |
| 17 | BY MS. BOWMAN: | 15:28:30 |
| 18 | Q.   So you regularly visited stores outside of | 15:28:30 |
| 19 | California? | 15:28:33 |
| 20 | A.   There is something that is even more | 15:28:45 |
| 21 | important than visiting stores. | 15:28:47 |
| 22 | Q.   I'm sorry.   My specific question was just | 15:28:51 |
| 23 | about the frequency with which you visited customers | 15:28:54 |
| 24 | outside of California. | 15:28:57 |
| 25 | A.   When you say customer, what -- who are you | 15:29:19 |

Page 77

```
 1    STATE OF CALIFORNIA      ) ss.

 2    COUNTY OF LOS ANGELES    )

 3             I, Lori M. Barkley, CSR No. 6426, do hereby

 4    certify:

 5             That the foregoing deposition testimony

 6    taken before me at the time and place therein set

 7    forth and at which time the witness was administered

 8    the oath;

 9             That the testimony of the witness and all

10    objections made by counsel at the time of the

11    examination were recorded stenographically by me, and

12    were thereafter transcribed under my direction and

13    supervision, and that the foregoing pages contain a

14    full, true and accurate record of all proceedings and

15    testimony to the best of my skill and ability.

16             I further certify that I am neither counsel

17    for any party to said action, nor am I related to any

18    party to said action, nor am I in any way interested

19    in the outcome thereof.

20             IN WITNESS WHEREOF, I have subscribed my

21    name this 22nd day of September, 2017.

22

23

24             _____

25             LORI M. BARKLEY, CSR No. 6426
```

Page 93

# EXHIBIT 20

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3                   WEST DIVISION
    _____
 4  SAM YANG (USA), Inc.,    )
 5  ROYPAC, INC., dba SC     )
 6  CONTINENT CORPORATION,   )
 7           Plaintiff,      )
        vs.                  ) Case No.
 8  SAMYANG FOODS CO., LTD,  ) 2:15-cv-07697 AB
    and DOES 1 through 20,   ) (KSx)
 9  inclusive,               )
10           Defendants.     )
    _____)
11  SAMYANG FOODS CO., LTD   )
12     Counter-Claimant,     )
        vs.                  )
13  SAM YANG (USA), Inc.,    )
14  ROYPAC, INC., dba SC     )
15  CONTINENT CORPORATION,   )
16  MUN-K YUNG CHENm and     )
17  DOES 1 through 20,       )
18  inclusive,               )
19     Counter-Defendants.   )
    _____)
20     CONTINUED VIDEOTAPED DEPOSITION OF WOON-BAE YEO
               Los Angeles, California
21            Wednesday, October 25, 2017
                  Volume II
22
    Reported by:
23  Lori M. Barkley, CSR No. 6426
24  Job No. 2739207
25  PAGES 94 - 153
```

                                        Page 94

| | | |
|---|---|---|
| 1 | and we will go ahead and do that. | 08:23:17 |
| 2 | A.   Yes. | 08:23:28 |
| 3 | MS. BOWMAN:  So I want to start with | 08:23:29 |
| 4 | Exhibit 1303. | 08:23:30 |
| 5 | (Exhibit 1303 was marked for identification | 08:23:32 |
| 6 | by the court reporter and is attached hereto.) | |
| 7 | BY MS. BOWMAN: | |
| 8 | Q.   And this is just the notice of deposition | 08:23:46 |
| 9 | for your appearance here today. | 08:23:48 |
| 10 | Mr. Yeo, is it your understanding that | 08:23:50 |
| 11 | you're appearing to testify today pursuant to the | 08:23:53 |
| 12 | notice in front of you, Exhibit 1303? | 08:23:54 |
| 13 | A.   Yes. | 08:24:07 |
| 14 | Q.   So I want to start by looking at | 08:24:22 |
| 15 | Exhibit 1132D, please. | 08:24:26 |
| 16 | (Exhibit 1132D was marked for identification | 08:24:27 |
| 17 | by the court reporter and is attached hereto.) | |
| 18 | BY MS. BOWMAN: | 08:25:02 |
| 19 | Q.   Please just let me know once you've had a | 08:25:02 |
| 20 | chance to review this document. | 08:25:07 |
| 21 | A.   Yes.  Yes. | 08:26:56 |
| 22 | Q.   Mr. Yeo, do you recall sending this document | 08:26:57 |
| 23 | on or around June 26th, 2014? | 08:27:01 |
| 24 | A.   Yes. | 08:27:12 |
| 25 | Q.   And are the statements that you make in this | 08:27:13 |

Page 101

| | | |
|---|---|---|
| 1 | document true? | 08:27:15 |
| 2 | A.   Yes. | 08:27:21 |

| | | |
|---|---|---|
| 3 | Q.   Now, Mr. Yeo, under number 3 here, you have | 08:27:29 |
| 4 | a statement that, for two or three years, Nagasaki | 08:27:35 |
| 5 | Champong has been imported in large quantities. | 08:27:42 |
| 6 | How much is a large quantity? | 08:27:45 |
| 7 | MR. MC DONOUGH:  Vague ambiguous. | 08:27:58 |
| 8 | You may answer. | 08:27:59 |
| 9 | THE WITNESS:  To my understanding since | 08:28:20 |
| 10 | 2012, I believe that a large quantity of Nagasaki | 08:28:22 |
| 11 | products came in.  However, I don't know exactly what | 08:28:25 |
| 12 | the quantity may have been, but I believe that it | 08:28:28 |
| 13 | came in containers. | 08:28:30 |
| 14 | BY MS. BOWMAN: | 08:28:32 |
| 15 | Q.   So would you consider a container to be a | 08:28:32 |
| 16 | large quantity? | 08:28:37 |
| 17 | MR. MC DONOUGH:  Vague and ambiguous. | 08:28:43 |
| 18 | You may answer. | 08:28:44 |
| 19 | THE WITNESS:  That is what I was told from | 08:28:53 |
| 20 | the business that I dealt with on the East Coast. | 08:28:55 |
| 21 | BY MS. BOWMAN: | 08:29:02 |
| 22 | Q.   What is what you were told by the business | 08:29:02 |
| 23 | that you dealt with on the East Coast? | 08:29:04 |
| 24 | A.   I got a contact or I was contacted from the | 08:29:24 |
| 25 | stores from Rhee Bros or Hanmi located in New York on | 08:29:28 |

Page 102

| | | |
|---|---|---|
| 1 | East Coast, and that's what I was told. | 08:29:34 |
| 2 | Q.   So what I want to know is:  Were you told | 08:29:38 |
| 3 | that a container was a large quantity or were you | 08:29:39 |
| 4 | told that a container was being imported? | 08:29:43 |
| 5 | A.   When something came in in a large quantity | 08:30:11 |
| 6 | that means that it came in in a huge quantity.  If | 08:30:13 |
| 7 | something is come in in containers, it means that it | 08:30:18 |
| 8 | came in large quantity. | 08:30:21 |
| 9 | Q.   So my question is:  Was it your assessment | 08:30:22 |
| 10 | that a container constituted a large quantity or did | 08:30:25 |
| 11 | someone else inform you that a container was a large | 08:30:28 |
| 12 | quantity? | 08:30:30 |
| 13 | A.   That's what I was told from the people that | 08:30:54 |
| 14 | I dealt with in East Coast. | 08:30:56 |
| 15 | Q.   Do you personally think that a container is | 08:30:59 |
| 16 | a large quantity? | 08:31:02 |
| 17 | A.   Yes. | 08:31:09 |
| 18 | Q.   Okay.  And the contacts from Rhee Bros or | 08:31:09 |
| 19 | Hanmi who told you that containers were being | 08:31:18 |
| 20 | imported, did they also tell you how they became | 08:31:24 |
| 21 | aware of the quantity of the imports? | 08:31:26 |
| 22 | A.   So those people were the ones who would go | 08:31:49 |
| 23 | out to markets to sell the goods on behalf of us. | 08:31:53 |
| 24 | However, at that time we were not able to import | 08:32:02 |
| 25 | Nagasaki Champong. | 08:32:06 |

Page 103

| | | |
|---|---|---|
| 1 | However, the items that were imported were | 08:32:09 |
| 2 | in the markets throughout.  That's why I was | 08:32:18 |
| 3 | contacted. | 08:32:21 |
| 4 | Q.   My question -- | 08:32:22 |
| 5 | MS. SHIN:  Hold on a second.  He mentioned | 08:32:23 |
| 6 | (in Korean). | 08:32:30 |
| 7 | THE INTERPRETER:  For domestic consumption, | 08:32:32 |
| 8 | is that what it is? | 08:32:34 |
| 9 | THE WITNESS:  So the items for domestic | 08:32:36 |
| 10 | consumption was in the markets, that's why. | 08:32:37 |
| 11 | BY MS. BOWMAN: | 08:32:46 |
| 12 | Q.   Okay.  My question was:  How did Hanmi and | 08:32:46 |
| 13 | Rhee Bros know the quantity of items that were in the | 08:32:51 |
| 14 | market that were being shipped? | 08:32:55 |
| 15 | MR. MC DONOUGH:  Calls for speculation. | 08:33:05 |
| 16 | You may answer. | 08:33:08 |
| 17 | THE WITNESS:  I was told that they were | 08:33:14 |
| 18 | displayed a lot, so I believe that that's why they | 08:33:15 |
| 19 | believe that the goods may have been shipped in | 08:33:25 |
| 20 | containers, because all the markets had the displays. | 08:33:28 |
| 21 | BY MS. BOWMAN: | 08:33:33 |
| 22 | Q.   So they drew an inference based on the | 08:33:33 |
| 23 | quantity of products they saw in the market? | 08:33:35 |
| 24 | A.   Correct. | 08:33:44 |
| 25 | Q.   Okay.  So anyone who was working in the | 08:33:45 |

Page 104

```
 1        Q.    Who sent it to you?                     08:41:16

 2        A.    To my understanding, Rhee Bros or Hanmi  08:41:26

 3   might have sent it.                                 08:41:29

 4        Q.    But you don't recall specifically whether it 08:41:31

 5   was Rhee Bros or Hanmi?                             08:41:33

 6        A.    I may have received it from both places. 08:41:41

 7        Q.    After you learned of these products that you 08:41:47

 8   believe were for domestic consumption being sold in 08:41:50

 9   stores, did you ever go to any stores to see the   08:41:54

10   product displays yourself?                          08:41:55

11        A.    I saw them in the places near Los Angeles. 08:42:11

12        Q.    Which places in Los Angeles?            08:42:15

13        A.    I don't know the exact names of the markets 08:42:28

14   in Los Angeles area.  However, small quantity came in 08:42:30

15   for Los Angeles.                                    08:42:35

16        Q.    How do you know what the quantity was that 08:42:36

17   came in to Los Angeles?                             08:42:40

18        A.    So they were not displayed -- then there I 08:42:50

19   saw the small quantity of the items on shelves.    08:42:55

20        Q.    But you don't recall where you saw those 08:42:59

21   small quantities?                                   08:43:01

22            MR. MC DONOUGH:   Asked and answered.     08:43:04

23            THE WITNESS:   Correct.  I cannot quite   08:43:07

24   recall all of a sudden aware.                       08:43:09

25
```

Page 108

| | | |
|---|---|---|
| 1 | seeing those products being sold in the market. | 09:06:19 |
| 2 | A.   They would not know. | 09:06:33 |
| 3 | MR. MC DONOUGH:   No, no, no, no, no, no, no. | 09:06:34 |
| 4 | She's simply asking you, essentially, when people, | 09:06:37 |
| 5 | whoever they may be, were telling you it was being | 09:06:41 |
| 6 | imported, did you ask them if they know who, yes or | 09:06:44 |
| 7 | no? | 09:07:03 |
| 8 | THE WITNESS:   I did, but there was no one | 09:07:03 |
| 9 | who knew the information. | 09:07:06 |
| 10 | MR. MC DONOUGH:   Hold on.   I don't want | 09:07:06 |
| 11 | to -- just start with the "I did," then let her ask | 09:07:07 |
| 12 | her questions, okay?   Start with that.   Keep it | 09:07:11 |
| 13 | simple. | 09:07:18 |
| 14 | THE WITNESS:   I did. | 09:07:18 |
| 15 | BY MS. BOWMAN: | 09:07:19 |
| 16 | Q.   And why didn't they know or why wouldn't | 09:07:19 |
| 17 | they know who was importing the products? | 09:07:22 |
| 18 | A.   Because they didn't know, they sent me the | 09:07:32 |
| 19 | samples. | 09:07:34 |
| 20 | Q.   Couldn't they ask the markets where they | 09:07:35 |
| 21 | found these samples who were importing the products? | 09:07:37 |
| 22 | A.   They would have asked. | 09:07:51 |
| 23 | Q.   So I believe you just told me that they | 09:07:55 |
| 24 | wouldn't know this information, correct? | 09:07:58 |
| 25 | A.   To my understanding, the markets would have | 09:08:09 |

Page 120

| | | |
|---|---|---|
| 1 | known.  However, they cannot say because they were | 09:08:11 |
| 2 | illegally imported.  Because in terms of the | 09:08:20 |
| 3 | ingredients that was for the domestic consumption and | 09:08:33 |
| 4 | they were not fit for the items to be exported. | 09:08:37 |
| 5 | Q.   And what is your basis for -- what is your | 09:08:41 |
| 6 | basis for saying that they were not fit to be | 09:08:46 |
| 7 | exported? | 09:08:49 |
| 8 | A.   I cannot really tell you the specific basis, | 09:09:12 |
| 9 | but I was told by the managing director from Samyang | 09:09:15 |
| 10 | that the meat ingredient, it's not registered with | 09:09:18 |
| 11 | the FDA for Samyang products -- the FDA, the food and | 09:09:21 |
| 12 | drug administration. | 09:09:30 |
| 13 | Q.   Okay.  So is it your belief that these | 09:09:34 |
| 14 | markets where Samyang products for domestic | 09:09:37 |
| 15 | consumption were being sold, knowingly imported | 09:09:41 |
| 16 | products that were illegal? | 09:09:43 |
| 17 | MR. MC DONOUGH:  Misstates testimony. | 09:10:00 |
| 18 | THE WITNESS:  That was my suspicion. | 09:10:06 |
| 19 | MS. BOWMAN:  Okay.  Can we take a quick | 09:10:08 |
| 20 | break? | 09:10:12 |
| 21 | VIDEO OPERATOR:  Off record.  Time 9:09 a.m. | 09:10:14 |
| 22 | | |
| 23 | (Recess taken.) | |
| 24 | | 09:27:46 |
| 25 | VIDEO OPERATOR:  We're on record.  Time now | 09:27:47 |

Page 121

```
 1              THE WITNESS:  Your question is rather vague    10:26:33
 2     and ambiguous, so it would be awkward to answer the    10:26:34
 3     question.                                              10:26:36
 4     BY MS. BOWMAN:                                         10:27:02
 5        Q.   Give me a second to see if I can ask this      10:27:02
 6     question any more clearly than I have.                 10:27:04
 7              MR. MC DONOUGH:  Sir, you're doing a great     10:27:12
 8     job.  If you don't understand the question, let her    10:27:13
 9     know, and you can continue to ask your own very good   10:27:17
10     questions of clarification.                            10:27:21
11              MR. SUH:  It's getting lost in translation    10:27:21
12     in my opinion, but ...                                 10:27:23
13
14              (Whereupon a discussion was held off
15              the record.)
16                                                            10:27:31
17              MS. BOWMAN:  You know what, we'll just move    10:27:31
18     on from there, then, and if we have time, we'll --     10:27:33
19     we'll come back to it, but okay.                       10:27:36
20        Q.   So, Mr. Yeo, the small quantities of Samyang   10:27:40
21     products that you stated you were aware of being sold  10:27:45
22     prior to 2012, when did you first become aware of      10:27:49
23     these quantities of products outside of California?    10:27:53
24              MR. MC DONOUGH:  Asked and answered.          10:28:16
25              You may answer.                                10:28:17
```

                                                       Page 142

| | | |
|---|---|---|
| 1 | THE WITNESS:  So before 2012, right? | 10:28:25 |
| 2 | BY MS. BOWMAN: | 10:28:26 |
| 3 | Q.  Yes.  When did you first become aware? | 10:28:26 |
| 4 | A.  So all two thousands -- so 2002, 2003, or | 10:28:44 |
| 5 | 2004, I am not sure, but I believe that it would have | 10:28:49 |
| 6 | been around that time. | 10:28:51 |
| 7 | Q.  Okay.  And also through agents or | 10:28:53 |
| 8 | wholesalers at that time? | 10:28:55 |
| 9 | A.  Yes. | 10:29:01 |
| 10 | Q.  Okay.  And then -- and where were you aware | 10:29:02 |
| 11 | of those sales in 2002, 2003, or 2004? | 10:29:09 |
| 12 | A.  It's been so long that I cannot quite | 10:29:36 |
| 13 | recall.  I was told that small quantity of items were | 10:29:38 |
| 14 | in the markets, so I was notified.  However, I don't | 10:29:44 |
| 15 | remember as to which vendor that I was informed by. | 10:29:50 |
| 16 | Q.  Do you recall what the states were where | 10:29:57 |
| 17 | these products were purportedly being sold? | 10:29:59 |
| 18 | A.  From East Coast side, from New York, I was | 10:30:27 |
| 19 | told that a small quantity was put on the shelves. | 10:30:31 |
| 20 | Q.  What about in Washington D.C.? | 10:30:36 |
| 21 | A.  I cannot recall exactly.  It's been so long. | 10:30:45 |
| 22 | Q.  Chicago? | 10:30:48 |
| 23 | A.  For that place, I don't know whether the | 10:31:00 |
| 24 | products came into that area or not, I cannot quite | 10:31:03 |
| 25 | recall at this time.  Now that I think back, the | 10:31:09 |

Page 143

1   STATE OF CALIFORNIA        ) ss.

2   COUNTY OF LOS ANGELES      )

3

4            I, Lori M. Barkley, CSR No. 6426, do hereby

5   certify:

6            That the foregoing deposition testimony

7   taken before me at the time and place therein set

8   forth and at which time the witness was administered

9   the oath;

10           That the testimony of the witness and all

11  objections made by counsel at the time of the

12  examination were recorded stenographically by me, and

13  were thereafter transcribed under my direction and

14  supervision, and that the foregoing pages contain a

15  full, true and accurate record of all proceedings and

16  testimony to the best of my skill and ability.

17           I further certify that I am neither counsel

18  for any party to said action, nor am I related to any

19  party to said action, nor am I in any way interested

20  in the outcome thereof.

21           IN WITNESS WHEREOF, I have subscribed my

22  name this 26th day of October, 2017.

23

24

25           LORI M. BARKLEY, CSR No. 6426

                                                  Page 153

# EXHIBIT 21

```
 1              UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3
 4   _____
                                 )
 5   SAM YANG (U.S.A.), INC.;    )
     ROYPAC, INC., dba S.C.      )
 6   CONTINENT CORPORATION,      )
                                 )
 7          Plaintiffs,          )  No. 2:15-cv-07697 AB (KSx)
                                 )
 8        vs.                    )
                                 )
 9   SAMYANG FOODS, CO., LTD.; and)
     Does 1 through 20, inclusive,)
10                               )
             Defendants.         )
11   _____)
                                 )
12   AND RELATED ACTION.         )
     _____)
13
14
15       VIDEOTAPED DEPOSITION OF MICHAEL JIN
16             Los Angeles, California
17            Thursday, June 8, 2017
18                   Volume I
19
20
21
22   Reported by:
     NADIA NEWHART
23   CSR No. 8714
24   Job No. 2618653
25   PAGES 1 - 246
```

Page 1

```
 1    product to sell.

 2    BY MS. BOWMAN:

 3        Q    Okay.  So let's -- let's say prior to August

 4    of 2016, so in the year of 2016, generally, what

 5    were your responsibilities as sales manager?         09:43

 6        A    I would visit the -- my clients.  I would

 7    make sure that they -- they had enough product

 8    stocked.  I would handle any possible returns.  I

 9    would speak to the -- the buyer or the manager

10    regarding how the current market situation was and    09:43

11    if, you know, there was any situations or any --

12    anything that required my attention --

13        Q    Okay.

14        A    -- in a nutshell.

15        Q    And when you were first hired in 2009 by      09:43

16    S.C. Continent, were you also a sales manager then?

17        A    Yes.

18        Q    And were your responsibilities the same more

19    or less when you were hired in 2009?

20        A    Yes.                                          09:44

21        Q    So have there been any changes to -- other

22    than since August of 2016, have there been any

23    changes to your job responsibilities as a sales

24    manager?

25        A    No.                                          09:44
```

Page 15

```
 1      Q    And you -- you said you're a sales manager.

 2   Is that for all of the customers that S.C. Continent

 3   manages, or do you have specific customers or

 4   regions that you're responsible for?

 5      A    There were specific customers that I was        09:44

 6   assigned.

 7      Q    And who were those customers?

 8           MR. McDONOUGH:  Vague as to time, overbroad.

 9           You may answer.

10           THE WITNESS:  Well, let's see.  I think the     09:44

11   ones that I recall offhand would probably be the

12   ones I was handling most recently, would be -- did

13   you want the names or --

14   BY MS. BOWMAN:

15      Q    The names if you recall them.                   09:44

16      A    One would -- Hannam Trade, Hannam Chain.

17   There's various branches to those markets, actually.

18   There's one in Torrance.  There's one in Buena Park.

19   There's one in -- well, let's see here.  There's a

20   few others, actually, that I didn't actually handle,   09:45

21   but several of the branches of Hannam Chain.  Also,

22   Zion Market.  Let's see here.  Walong Marketing,

23   S-Mart.  The ones I recall offhand for now.

24      Q    And are all of these customers that you just

25   mentioned based in California?                          09:45
```

Page 16

```
 1       A    Yes, they are.

 2       Q    So as sales manager, were you primarily

 3   responsible for California customers?

 4       A    Primarily, yes.

 5       Q    Were there any other regions that you were      09:45

 6   responsible for outside of California?

 7       A    There was one other wholesaler that I also

 8   was responsible for, and they sold in the Washington

 9   region.

10       Q    Washington State or Washington, D.C.?          09:46

11       A    State.

12       Q    Okay.  And who is that customer?

13       A    That was -- they were Seasia; later became

14   Wismettac.

15       Q    Sorry.  Could you say that again?              09:46

16       A    Yeah.  It's -- it's Wismettac.  I believe

17   it's spelled W-i-s-m-e-t-t-a-c.

18       Q    Okay.  And you said you -- it was Wismettac;

19   it's --

20       A    It was Seasia.  They became Wismettac later.   09:46

21       Q    I see.

22            MR. McDONOUGH:  So just make sure to let her

23   complete her question.

24            THE WITNESS:  Oh, sorry.

25            MR. McDONOUGH:  You're doing a great job, but   09:46
```

Page 17

1          May I ask a clarification?  With regards to

2     my position, sales, or --

3          Q   With regard to your position as sales

4     manager.

5          A   No.                                        09:53

6          Q   So you didn't have anyone reporting to you,

7     but who were the employees other than Mr. Yeo and

8     Mr. Lee who you interacted with most at Roypac?

9          A   Actually, those two gentlemen were primarily

10    who I interacted with at the company.             09:54

11         Q   Were they your managers or directors?

12         A   They -- they were my superiors.

13         Q   And when you interacted with them, what was

14    the nature of a -- sort of a typical interaction

15    that you would have as sales manager with your     09:54

16    superiors?  What would you go to them for?

17         A   Mr. Yeo, it would primarily be like, oh,

18    we're -- we're thinking of putting in a sale of X

19    product in X markets and does it have any conflicts

20    with, you know, the other markets that you're -- you  09:54

21    know, you're considering maybe doing a sale with?

22          Talk about -- we would talk about -- so

23    potential sales.  We would talk about inventory.

24          We would discuss, you know, just product

25    placement, any market conditions.                 09:55

                                              Page 24

```
 1       Q    Did you ever discuss Roypac's profits with

 2   your superiors?

 3       A    No -- Roypac's profits?  No.

 4       Q    Did you ever discuss Sam Yang (U.S.A.)'s

 5   profits with your superiors?                          10:08

 6       A    No, I did not.

 7       Q    And that's true during the duration of your

 8   employment at Roypac?

 9       A    Yes, that's correct.

10       Q    Okay.  So did you have a budget for expenses  10:09

11   related to sales and distribution for your

12   customers --

13            MR. McDONOUGH:  Vague.

14   BY MS. BOWMAN:

15       Q    -- during -- during your time at -- at      10:09

16   Roypac?

17            MR. McDONOUGH:  Vague and ambiguous,

18   overbroad as to time.

19            You may answer.

20            THE WITNESS:  When you say "budget" --       10:09

21   BY MS. BOWMAN:

22       Q    Were you given, for example, a certain amount

23   of money that you could spend on developing customer

24   relationships, on providing different things that

25   your -- your customers may have asked for?            10:09
```

Page 38

```
 1    I see that you sold X amount --

 2      A   Yeah, of course.

 3          MR. McDONOUGH:  Wait.  Don't --

 4          THE WITNESS:  I'm sorry.

 5          MR. McDONOUGH:  Let her finish.  There's no    10:22

 6    question.

 7    BY MS. BOWMAN:

 8      Q   That's okay.  So I -- I see that you sold X

 9    amount.  I really think you could sell X plus 10

10    percent.  I want you to try to do that.  Was that    10:22

11    the type of conversation you'd have?

12      A   It would be something along those lines, yes.

13      Q   Okay.  So bottom line, it was your

14    responsibility to really do your best to distribute

15    Sam Yang's products to your customers --              10:22

16      A   Yes.

17      Q   -- right?  Okay.  And -- so you said that

18    there were sort of certain sales that you wanted to

19    try to hit, which was essentially to sell more

20    because that's what a distributor does.               10:22

21          Were there any consequences that were imposed

22    by Roypac or Sam Yang (U.S.A.) that you were aware

23    of if you didn't sell more?

24      A   No.

25      Q   Were there any incentives or -- I guess any    10:23

                                            Page 50
```

1    incentives that you would receive if you did sell

2    more?

3        A    No, there weren't.

4        Q    Were you aware of any consequences for Roypac

5    if Roypac did not sell more, as -- as was their job    10:23

6    per your testimony?

7        A    Not that I was aware of.

8        Q    And you said you didn't have prior sales or

9    distribution experience before coming to Roypac,

10   correct?                                               10:23

11       A    Yes.

12       Q    Yes, you didn't have prior experience,

13   correct?

14       A    No, I did not have prior experience.

15       Q    Thank you.                                     10:23

16            So your understanding, really, of sort of

17   sales and distribution performance standards is

18   based on your time at Roypac and S.C. Continent and

19   what you observed and learned there; is that

20   correct?                                               10:24

21       A    Yes, it is.

22       Q    Okay.  So while you were at Roypac, did you,

23   at some point, gain a better understanding of the

24   nature of the relationships between the two

25   companies, Roypac and Samyang Korea?                   10:24

                                               Page 51

```
 1      A    Oh.

 2      Q    -- of a period?

 3      A    About one or two weeks.

 4      Q    And after those one or two weeks, did you

 5   then go out on your own?                              12:22

 6      A    Yes.

 7      Q    And where were the -- where were the markets

 8   and wholesalers that you visited with Mr. Yeo

 9   located, generally?

10      A    It was quite a while ago, actually.  I'd say  12:22

11   in the Los Angeles area.

12      Q    Did you ever go with Mr. Yeo outside of the

13   Los Angeles area?

14      A    No, I did not.

15      Q    And after those one or two weeks when you     12:23

16   were then on your own, did you ever go outside of

17   the Los Angeles area to visit wholesalers or

18   markets?

19      A    No, I did not.

20      Q    Other than you, Mr. Yeo and Mr. Lee were      12:23

21   sales employees in 2009, were they also the only

22   other sales employees as of the beginning of 2016?

23      A    Yes.

24      Q    And does Mr. Yeo speak English fluently?

25      A    No, he does not.                              12:23
```

Page 123

```
 1    English with certain customers?
 2           MR. McDONOUGH:  Speculation.
 3           You may answer.
 4           THE WITNESS:  I would -- I would think so,
 5    yes.                                                    12:24
 6    BY MS. BOWMAN:
 7       Q   Did he also speak any other languages
 8    fluently that you're aware of?
 9       A   He spoke Korean.
10       Q   Okay.  And you said that you -- most of your    12:24
11    customers were in California and there was one
12    customer in Washington; is that correct?
13       A   Yes.
14       Q   Okay.  And were your California customers all
15    in the L.A. area or were they in other regions, as     12:25
16    well?
17       A   They're all near the L.A. area.
18       Q   Mr. Yeo and Mr. Lee, did they deal with
19    customers in certain geographic areas, as well?
20           MR. McDONOUGH:  Vague and ambiguous.            12:25
21           THE WITNESS:  Can you be a little bit more
22    specific with your question?
23    BY MS. BOWMAN:
24       Q   Sure.
25           So Mr. Yeo, did he also deal with customers     12:25
```

                                            Page 125

```
 1    over time?

 2        A    I sort of came up with it over time.

 3        Q    And when you did push your -- well, was your

 4    decision to push your customers to sell more ever

 5    successful?                                          12:33

 6        A    At times.

 7        Q    And if it was successful, did you -- did you

 8    get any sort of bonus or reward from Roypac for

 9    increasing those sales?

10        A    No, I did not.                              12:33

11        Q    Okay.  Did you ever get any sort of bonus or

12    increased compensation for increasing your customer

13    sales from Roypac?

14        A    No, I did not.

15        Q    Did you have regular meetings with Mr. Lee   12:33

16    and Mr. Yeo to discuss your sales strategy?

17            MR. McDONOUGH:  To discuss Mr. Jin's sales

18    strategy?

19            MS. BOWMAN:  Mr. Jin's sales -- sales

20    strategy.                                            12:34

21            THE WITNESS:  I mean, we would have meetings

22    specifically for discussing sales -- my -- no, not

23    my sales strategy.

24    BY MS. BOWMAN:

25        Q    Did you have meetings to discuss Roypac's    12:34
```

Page 133

```
 1   sales strategy?

 2       A    Not -- no, not for discussing strategy, no.

 3       Q    Did you have regular sales meetings of some

 4   sort with Mr. Lee or Mr. Yeo?

 5       A    Yes, we -- we would meet in the mornings and    12:34

 6   discuss general happenings and some -- you know,

 7   pertinent information we felt was going on regarding

 8   our field.

 9       Q    What kind of information did you discuss

10   during these meetings?                                 12:34

11       A    Company X is having a sale in this region

12   right now or, oh, this product seems to be moving

13   well somewhere or, oh, it looks like this product

14   seems to be moving kind of slowly.  It was just

15   various sales-related factoids.                        12:35

16       Q    And were you -- were you each reporting

17   information from your customers and regions to the

18   other sales employees during these meetings?

19       A    We would -- we would discuss some of the more

20   pertinent pieces of information, yes.                  12:35

21       Q    And how often did these meetings occur?

22       A    On a daily basis.

23       Q    During these meetings, did you ever discuss

24   sales goals for -- for particular customers or

25   regions?                                               12:35
```

Page 134

| | | |
|---|---|---|
| 1 | A    No, we did not. | |
| 2 | Q    Did you ever prepare business plans for | |
| 3 | particular customers or regions -- | |
| 4 | A    No, we -- | |
| 5 | Q    -- you personally? | 12:35 |
| 6 | A    No, we did not. | |
| 7 | Q    Do you know if Mr. Yeo or Mr. Lee ever | |
| 8 | prepared business plans for specific customers or | |
| 9 | regions? | |
| 10 | MR. McDONOUGH:  Speculation, lacks | 12:35 |
| 11 | foundation. | |
| 12 | THE WITNESS:  Not that I'm aware of. | |
| 13 | BY MS. BOWMAN: | |
| 14 | Q    You never saw any; is that correct? | |
| 15 | A    Yes. | 12:36 |
| 16 | Q    So when you were -- okay. | |
| 17 | So you visited stores in L.A., correct? | |
| 18 | A    Yes. | |
| 19 | MR. McDONOUGH:  Asked and answered. | |
| 20 | BY MS. BOWMAN: | 12:36 |
| 21 | Q    But you didn't visit any stores outside of | |
| 22 | L.A. during the entirety of your employment -- or | |
| 23 | outside of the L.A. area, Southern California area | |
| 24 | during the entirety of your employment at Roypac; is | |
| 25 | that correct? | 12:36 |

Page 135

```
 1        A    Yes, that's correct.
 2        Q    Okay.  And is it your understanding that your
 3   customer in Washington, who you said was a
 4   wholesaler, was responsible for visiting the -- the
 5   retail outlets that they sold to in that area?        12:36
 6             MR. McDONOUGH:  Misstates testimony slightly.
 7             You may answer.
 8             THE WITNESS:  Yes, the -- I -- more or less.
 9   BY MS. BOWMAN:
10        Q    So you never visited any stores in             12:36
11   Washington?
12        A    No, I did not.
13        Q    And you relied on your wholesaler to do that?
14        A    Yes, I did.
15        Q    And do you know if the wholesaler in          12:37
16   Washington also sold products for Samyang
17   competitors like Nongshim and Ottogi and Paldo
18   and -- or any others?
19        A    To be honest, I'm not sure.
20        Q    Do you know what other products your          12:37
21   wholesaler in Washington sold, if any?
22             MR. McDONOUGH:  Overbroad as to time,
23   speculation, lacks foundation.
24             You may answer.
25             THE WITNESS:  I would assume other grocery     12:37
```

Page 136

```
 1        Q    What kind of research did you do?

 2        A    A lot of our information comes to us through

 3   word of mouth when we're out in the field, when

 4   we're talking to our customers.  So I know of our

 5   competitors.  I know who they are.  I, you know,        12:39

 6   roughly know how much they sell or, rather, how --

 7   what their ranking is, rather.  So in that respect,

 8   I know about the competitors.

 9        Q    So you're typically relying on information

10   that you hear from other customers and wholesalers      12:39

11   in the field?

12        A    Yes.

13        Q    And in your case, you were typically visiting

14   people in Southern California, so that would have

15   been information that you were getting from other       12:39

16   wholesalers and customers in Southern California?

17        A    Yes.

18        Q    Okay.  During your time at Roypac, did you

19   track or measure sales by particular customer?

20        A    No.                                           12:39

21        Q    Did anyone at Roypac ever ask you to do that?

22        A    No.

23        Q    And you never had sales goals for particular

24   customers that were given to you?

25        A    No.                                           12:40

                                               Page 138
```

1      Q    Did you ever set your own sales goals for

2   particular customers?

3      A    I would always try my best to sell as much as

4   I could.   But as far as -- no.

5      Q    How did you determine how much was as much as        12:40

6   you could sale -- sell?

7      A    It -- based on experience, my experience on

8   the field and how -- how much that particular

9   customer may have been purchasing in, you know, past

10  invoices.                                                    12:40

11     Q    So when you first started in 2009, you didn't

12  have prior experience with any of these customers,

13  correct?

14     A    Uh-huh.

15     Q    So at that point, what were you relying on in       12:40

16  order to assess how much each customer should be

17  selling?

18     A    Previous invoices.

19     Q    And did you receive those from Gary Wang?

20          MR. McDONOUGH:   Gary Yang.                          12:41

21          MS. BOWMAN:   Gary Yang.   Sorry.   Thank you.

22          THE WITNESS:   No, I had to look up old

23  invoices.

24  BY MS. BOWMAN:

25     Q    Okay.   So you sort of set internal metrics          12:41

                                              Page 139

```
 1    for what you thought sales should be based on what
 2    prior sales had been?
 3         A    Yes.
 4              MR. McDONOUGH:   Vague as to "internal
 5    metrics."                                        12:41
 6              Please slow down.
 7              THE WITNESS:   Sorry.
 8              MR. McDONOUGH:   Thank you.
 9    BY MS. BOWMAN:
10         Q    Did you ever repair -- prepare any sales   12:41
11    reports or documents tracking how much customers
12    were selling?
13         A    No, I did not.
14         Q    Did you ever prepare any sales reports or
15    documents that showed how much your customers in    12:41
16    total were selling in the Southern California
17    region?
18         A    Excuse me.   Sorry about that.
19         Q    No problem.
20         A    Could you repeat the question?            12:41
21         Q    Sure.
22              So for the Southern California region that
23    you primarily worked in as a whole, did you ever
24    prepare sales reports or documents for sales in
25    those regions?                                     12:42
```

                                                  Page 140

```
 1        A   No, I did not.

 2        Q   Are you okay?

 3        A   Yeah.

 4            Can I have a second, actually?

 5        MS. BOWMAN:  Sure.                              12:42

 6        MR. McDONOUGH:  We can't pick and choose too

 7   much, but it's been close to an hour.  Are you --

 8   are you okay, or do you need to at least take a

 9   break to -- it seems like you've got an episode

10   coming along, but --                               12:42

11        THE WITNESS:  I know.  Actually, I think -- I

12   think I'll take a little break if possible.

13        MR. McDONOUGH:  Well, it's not going to be a

14   little break.

15        THE WITNESS:  Oh.                              12:42

16        MR. McDONOUGH:  It's either a lunch break

17   or --

18        THE WITNESS:  Let's go on a little longer.  I

19   think I can manage for now.

20        MS. BOWMAN:  Okay.                             12:42

21        MR. McDONOUGH:  Five, ten more minutes?

22        MS. BOWMAN:  That works.

23        Q   Okay.  So other than invoices, were -- was --

24   were there any other metrics that you used in order

25   to assess your customer's performance during your   12:42
```

Page 141

```
 1    time at Roypac?

 2      A    No.  That was my primary source of

 3    information.

 4      Q    Were you ever provided with specific company-

 5    wide sales goals to meet?                        12:43

 6      A    No, I was not.

 7      Q    Did Mr. Yeo and Mr. Lee review or track sales

 8    for your customers, to your knowledge?

 9      A    Not that I'm aware of.

10      Q    And there weren't any consequences that you   12:43

11    were aware of if you didn't sell a certain amount to

12    a given customer?

13      A    If sales look kind of low and -- and, you

14    know, to a certain customer, perhaps Mr. Yeo would

15    let me know verbally, hey, it looks like, you know,   12:43

16    sales are kind of dropping there.  What's going on?

17          And, you know, we usually go with -- be a

18    reason for it, like, oh, you know, maybe Ottogi or

19    one of the competitors were heavily doing a demo

20    type -- you know, or sales in that area.  So         12:44

21    whenever that occurred, sales would drop for all the

22    other companies for the time being.

23      Q    Do you know if Mr. Yeo was looking at

24    competitor sales or just Samyang products

25    specifically when he had those conversations with    12:44
```

Page 142

```
 1    you?
 2       A   I'm not sure if he had access to other
 3    company sales, but I would assume he wasn't just
 4    looking at the sales from our sales.
 5       Q   Other than asking you why sales had dropped,    12:44
 6    did he ever tell you that you needed to increase
 7    sales for any of your customers generally, aside
 8    from the situations where there was a specific drop?
 9       A   I mean, there would be times he would
10    encourage me, hey, can you -- let's try to really    12:44
11    push this product in this area or see if we can
12    increase sales here in this.  But nothing -- that
13    would basically be it, though.
14       Q   Did Mr. Yeo or Mr. Lee ever give you
15    suggestions for what you could do to increase sales    12:45
16    in a certain area?
17       A   Apart from whatever, you know, training I had
18    received, not much, no.
19       Q   And when you say training you had received,
20    do you mean when you first started in 2009?    12:45
21       A   Yes.
22       Q   So after 2009 until 2016, they never gave you
23    other instructions on what you could do to improve
24    sales?
25       A   No.    12:45
```

Page 143

```
 1    response.
 2      A   Well, I'm -- I'm simply saying we provided
 3    them the product that they purchased and distributed
 4    to their -- their -- their retail network.   To
 5    increase sales specifically, I don't know firsthand    12:49
 6    what they may have done to increase sales.
 7      Q   Did you give your wholesaler customer in
 8    Washington specific goals for sales numbers of
 9    Samyang products in that region?
10      A   No, I did not.                                   12:49
11      Q   Did you track their sales for Samyang
12    products in those regions?
13      A   No, I did not.
14      Q   So you didn't have any basis to determine how
15    effective -- how effectively they were selling and    12:49
16    distributing Samyang's products in that region?
17          MR. McDONOUGH:  Misstates testimony,
18    argumentative.
19          You may answer.
20          THE WITNESS:  For -- for Seasia?  No, we did    12:49
21    not.
22    BY MS. BOWMAN:
23      Q   Okay.  And I believe you told me that the
24    customers that you were responsible for in the L.A.
25    area, The Hannam Group, Zion Market, Walong -- is     12:49
```

                                          Page 147

```
 1        A    Yes.

 2        Q    Okay.  And -- and what were those issues that

 3   caused you to stop pursuing additional customers?

 4        A    When I -- when I spoke to my superiors

 5   regarding the idea of possibly selling to Costco,        02:13

 6   that was one example.  At the time, the response I

 7   got I -- was -- and it was in Korean when I

 8   conversed with Mr. Yeo about this.

 9             But what he told me in a nutshell was, we --

10   we don't -- we -- we're not getting enough -- we're     02:14

11   not going to be able to get enough product from

12   Korea, so it's -- you know, what are we going to

13   sell?  It was a little bit of a sarcastic comment,

14   and I didn't understand it at the time, but I do

15   now.                                                     02:14

16        Q    So what did you understand him to mean at the

17   time?

18        A    At the time, I wasn't sure what he was --

19   what he was referring to.

20        Q    Did you ask?                                   02:14

21        A    It seemed -- it seemed almost -- he just

22   said, "We -- we can't get enough product from

23   Korea."

24             At that point I just took that -- I mean, I

25   took that as a negative.  And I said, "Okay, so I        02:14
```

                                             Page 163

```
 1     guess not."
 2          Later on, I -- I realized why he had told me
 3     what he told me, though.
 4       Q   Did he instruct you not to seek out
 5     additional customers at that point because he didn't    02:15
 6     believe you could get enough product?
 7       A   Well, that's what I took what he meant since
 8     he said what -- you know, we can't get enough
 9     product from Korea, so it would be pointless for you
10     to try to sell something we don't have.               02:15
11       Q   So he instructed you not to seek out new
12     customers?
13       A   When I asked him about the Costco.
14       Q   Were there any other customers that you
15     suggested expanding to?                               02:15
16       A   CVS.
17       Q   And did you suggest that to Mr. Lee?
18       A   I mentioned it to Mr. Lee, as well.
19       Q   And what was his response?
20       A   It was -- it was a similar response.           02:15
21       Q   Were there any other customers that you
22     suggested to Mr. Lee?
23       A   Now, I'm not exactly sure.  This is a
24     overbroad time frame here.
25       Q   Sorry.  I'm talking between 2012, when --      02:15
```

Page 164

1    approximately, when you said that the smell issue

2    was resolved, and two thousand -- August in 2016,

3    when the -- when the relationship, as I understand

4    it, ended.

5        A    Al- -- yes, there was also another          02:16

6    distribution, a large distribution called Rockman

7    Trading -- Rockman USA, I think.

8        Q    And you suggested selling to Rockman USA to

9    Mr. Lee?

10       A    Yes.                                         02:16

11       Q    And when was that, approximately?

12       A    I believe it was sometime in 2015.

13       Q    2015.

14            And what was Mr. Lee's response?

15       A    Once again, it was similar.  We can't get   02:16

16   enough product to distribute to them, as well.

17       Q    Do you recall when in 2015 you made that

18   suggestion?

19       A    It was -- I believe it was sometime late

20   2015.                                                02:16

21       Q    Okay.  And just to backtrack, you also

22   recommended CVS.

23            Did you -- do you recall roughly when you

24   made that recommendation to Mr. Lee?

25       A    That was a bit earlier on, around -- between  02:17

                                                Page 165

```
 1    2012, 2013.

 2        Q    And what about Costco?

 3        A    That was similar, 2012, 2013.

 4        Q    And were there any other customers that you

 5    recommended to Mr. Lee in that period between 2012      02:17

 6    and 2016?

 7        A    There was also -- U.S. Trading is another

 8    distributorship in San -- based in Northern

 9    California.

10        Q    And when did you recommend U.S. Distributing?  02:17

11        A    U.S. Trading?

12        Q    U.S. Trading.  I'm sorry.

13        A    That was also late 2015, early 2016.

14        Q    And what was Mr. Lee's response?

15        A    Once again, problem, not enough product.       02:17

16        Q    Are there any other customers that you recall

17    recommending to Mr. Lee during that period?

18        A    Those are what I can recall for now.

19        Q    Okay.  So U.S. Trading, Rockman, CVS and

20    Costco are the four customers that you can recall as    02:17

21    you sit here today recommending to Mr. Lee during

22    that --

23        A    Yes.

24        Q    And his response to all of his customers was

25    that there was no point in pursuing them because you    02:18
```

Page 166

```
 1   couldn't get enough product?
 2         MR. McDONOUGH:  Misstates testimony.
 3         THE WITNESS:  I -- I suppose to put it
 4   simply, yes.
```

```
 5   BY MS. BOWMAN:                                        02:18
 6      Q   Did you -- did he ever suggest that you reach
 7   out to any other customers besides -- or prospective
 8   customers besides the four that you just mentioned
 9   about potential sales from Roypac?
10         MR. McDONOUGH:  Vague as to time.               02:18
11         THE WITNESS:  Well, I guess not, considering
12   the ones I've mentioned were -- we had issues trying
13   to move forward with those, so no.
14   BY MS. BOWMAN:
15      Q   And at any point before or after you spoke to  02:18
16   Mr. Lee about these four customers, so I guess for
17   each of them -- we can take them one by one.  So
18   let's start with Costco.
19         Did you reach out to Costco about possibly
20   purchasing products from Roypac prior to speaking to  02:19
21   Mr. Lee?
22      A   No.  I felt it would be unprofessional to do
23   so.
24      Q   So you came up with the idea that -- Costco
25   wasn't carrying Samyang products, correct?           02:19
```

Page 167

```
 1          I, the undersigned, a Certified Shorthand

 2     Reporter of the State of California, do hereby

 3     certify:

 4             That the foregoing proceedings were taken

 5     before me at the time and place herein set forth;

 6     that any witnesses in the foregoing proceedings,

 7     prior to testifying, were placed under oath; that a

 8     verbatim record of the proceedings was made by me

 9     using machine shorthand which was thereafter

10     transcribed under my direction; further, that the

11     foregoing is an accurate transcription thereof.

12             I further certify that I am neither

13     financially interested in the action nor a relative

14     or employee of any attorney of any of the parties.

15             IN WITNESS WHEREOF, I have this date

16     subscribed my name.

17

18     Dated: June 21, 2017

19

20

21

22

23

24       NADIA NEWHART

25       CSR No. 8714
```

Veritext Legal Solutions
866 299-5127

# EXHIBIT 22

1            UNITED DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3           CASE NO. 2:15-CV-07697-AB-KS

4

5    SAM YANG (U.S.A.), INC.; ROYPAC,

6    INC. dba S.C. CONTINENT

7    CORPORATION,

8    Plaintiffs,

9                vs.

10   SAM YANG FOODS CO, LTD,; and

11   Does 1 through 20, inclusive,

12   Defendants.

     - - - - - - - - - - - - - - - - - - -

13   AND RELATED COUNTER-CLAIM

14   - - - - - - - - - - - - - - - - - - -

15

16       Videotaped Deposition of HEEJOO CLAIRE

17       HONG, taken at 290 West Mt. Pleasant

18       Avenue, Livingston, New Jersey, commencing

19       at 9:20 a.m., Friday, August 25, 2017,

20       before LAURA A. BURNS, a Certified Court

21       Reporter of the State of New Jersey.

22

23

24   JOB No. 2660736

25   PAGES 1 - 90

                                    Page 1

1    A.     Yes.

2           Q.     All right.  Simplify things just a

3    little bit.

4                  Mr. Suh and I represent Sam Yang USA.

5    A.     Right.

6           Q.     What role, if any, did you play in the

7    import of Sam Yang Korea Ramen to the United States?

8    A.     Make sure they go to custom to process to --

9    to receive the merchandise, so they would go

10   through -- with the problem with our customs, that's

11   all that was.

12          Q.     Did T. Up ever have any problems with

13   customs in terms of getting Sam Yang Korea product

14   into the United States?

15   A.     No, not that I recall.

16          Q.     Are you familiar with the product

17   called Nagasaki Champong?

18   A.     Yes.

19          Q.     Is that a Sam Yang Korea product that

20   T. Up imported into the United States?

21   A.     Yes.

22          Q.     Do you recall the years that T. Up

23   imported that particular product into the

24   United States?

25   A.     No, not exactly.

                                        Page  24

1        Q.      What's your best estimate of when
2    T. Up imported that product into the United States?
3    A.      Maybe three, four -- four years ago.
4        Q.      Three or four?
5    A.      Yeah.  No, I'm sorry, it was like five.
6    Maybe five, five or six.
7        Q.      Did T. Up ever experience any problems
8    importing Nagasaki Champong into the United States?
9    A.      No.
10       Q.      Did T. Up ever hear of any other
11   distributors having problems importing
12   Nagasaki Champong into the United States?
13   A.      Am I aware?  What was the question, I'm
14   sorry?
15       Q.      I will rephrase it.
16           The T. Up ever become aware of any
17   other distributors having problems importing
18   Nagasaki Champong into the United States?
19   A.      No.
20       Q.      Do you know why T. Up is no longer
21   importing Sam Yang Korea products into the United
22   States?
23   A.      I -- we are told they -- they are trying to
24   give one specific company for all the distribution.
25       Q.      What's that company?

                                        Page 25

```
 1    ingredients.
 2         Q.    At any point in time did you have any
 3    problems, issues, concerns raised by any government
 4    agency with respect to any Sam Yang Korea products
 5    T. Up was importing into the United States?
 6    A.    I can't recall.  I think there was -- there
 7    wasn't any problem.
 8         Q.    No problem?
 9    A.    No.
10         Q.    Not even with Nagasai Champong?
11              MS. BOWMAN:  Objection, leading.
12    A.    I don't recall.
13         Q.    Would Mr. Roh know if there were any
14    such concerns?
15    A.    Yes.
16         Q.    Would he have more knowledge than you?
17    A.    No.
18         Q.    Why wouldn't he know anything like
19    that?
20    A.    It's -- it's more of my work description than
21    he.
22         Q.    But you would report up to him with
23    respect to those issues?
24    A.    Yes.
25         Q.    The V -- VS form, is that --
```

Page 65

```
 1               C E R T I F I C A T E

 2

 3          I, LAURA BURNS, a Certified Court

 4    Reporter and Notary Public of the State of New

 5    Jersey, certify that the foregoing is a true and

 6    accurate transcript of the stenographic notes of the

 7    deposition of said witness who was first duly sworn

 8    by me, on the date and place hereinbefore set forth.

 9          I FURTHER CERTIFY that I am neither

10    attorney, nor counsel for, nor related to or

11    employed by, any of the parties to the action in

12    which this deposition was taken, and further that I

13    am not a relative or employee of any attorney or

14    counsel in this case, nor am I financially

15    interested in this case.

16

17

18

19          LAURA BURNS, C.C.R.

20          LICENSE NO.30X100218200

21

22

23

24

25

                                            Page 90
```

# EXHIBIT 23

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4     SAM YANG, (USA) INC,

5     et al.

6              Plaintiffs

7

8     vs.                              Civil Action No.

9                                      2:15-CV-07697-AB-KS

10    SAMYANG FOODS CO., LTD.

11              Defendants

12    _____/

13

                        CONFIDENTIAL

14

            The Videotaped Deposition of SEUNG HOON LEE,

15    as translated by ANNIE LEE, Certified Korean Interpreter,

16    was held on Thursday, September 28, 2017, commencing at

17    9:23 a.m., at Gore Brothers Reporting & Videoconferencing,

18    10440 Little Patuxent Parkway, Suite 900, Columbia,

19    Maryland 21044, before Deborah Cohen, Notary Public.

20

21    REPORTED BY:

22    Deborah Cohen

23    Job No. 2688604

24

25    Pages 1 - 143

                                                  Page 1

1        Q.      I'll do it year by year then.  So, Seohae

2   USA sold or distributed Samyang manufactured ramen in

3   2007, correct?

4        A.      Yes that's correct.

5        Q.      Did it do so in 2008?

6        A.      Yes.

7        Q.      Did it do so in 2009?

8        A.      Yes.

9        Q.      Did it do so in 2010?

10       A.      Yes.

11       Q.      What about 2011?

12       A.      No.

13       Q.      And it was about 2011 when Seohae USA

14  essentially closed and you opened ENI, correct?

15       A.      Yes.

16       Q.      So, just limiting it to 2007 for now, to

17  what geographic regions did Seohae USA sell or

18  distribute Samyang manufactured ramen?

19       A.      I believe it was Maryland and Virginia area

20  or region.

21       Q.      Did Seohae USA sell or distribute Samyang

22  Korea manufactured ramen in 2007 anywhere other than

23  the Maryland and Virginia area?

24       A.      I think not.

25       Q.      Still focusing on 2007, this ramen that

                                            Page 24

```
 1   either laughing or smiling is just because I'm not used
 2   to this kind of environment, you know, objections and
 3   whatnot.
 4        Q.   Sir, in 2007 when Seohae began importing
 5   SamYang ramen through Jin Heung, did you have a
 6   particular contact or contacts at Jin Heung?
 7        A.   Yes, there was.
 8        Q.   Just focused on 2007, who was that
 9   individual or individuals who were your main contacts
10   at Jin Heung for purposes of importing Samyang ramen?
11        A.   Wonkeun Park, the president.
12             THE INTERPRETER:  Phonetic spelling of the
13   name is W-O-N-K-E-U-N P-A-R-K.  The phonetic spelling
14   was provided by the interpreter.
15        Q.   Is Mr. Park a relative of yours?
16        A.   Yes.
17        Q.   What type of relative?
18        A.   My older sister's husband.
19        Q.   In 2007 did you have any other relatives
20   affiliated with Jin Heung?
21        A.   No.
22        Q.   Sir, do you recall what Mr. Park's title at
23   Jin Heung was in 2007?
24        A.   He was the president.
25        Q.   Did Mr. Park approach you in 2007 to discuss
```

Page 31

CONFIDENTIAL

```
 1    the concept of importing Samyang Korea ramen to the
 2    United States?
 3         A.    No.
 4         Q.    Did you approach him about that concept?
 5         A.    Yes.
 6         Q.    Why did you approach Mr. Park to discuss the
 7    concept of importing Samyang Korea ramen to the United
 8    States?
 9         A.    At the time in Maryland and in Virginia area
10    there were many markets, Korean owned markets.  You
11    know, like, they're international markets, I might say.
12    And the people who work there and also the owners of
13    those markets, they were telling me that it was
14    difficult for them to purchase Samyang products.  So,
15    they asked me about them many times.  And at the time,
16    we were purchasing products, this and that, you know,
17    kinds of products through or from Jin Heung.  So, I
18    asked Jin Heung or told Jin Heung that, you know, we
19    would like to do this, can you ship this to us.
20         Q.    What about the market that you owned?  Was
21    it selling ramen in 2006?
22         A.    No.
23         Q.    Selling no ramen?
24         A.    In 2006, the business itself was not there.
25         Q.    When did you purchase the grocery store?
```

Page 32

1        Q.    And sir, is it your testimony that in this

2    time period you're starting to hear from these market

3    owners that they can't sell Samyang ramen?  Is it your

4    testimony, sir, that in this time period, 2006 and

5    2007, that that's when these Korean market owners were

6    starting to approach you about the concept of selling

7    Samyang ramen in their markets?

8            MS. CHOI:  Objection.  Asked and answered.

9    You can answer.

10       A.    So, that is -- you know, we go out there to

11    do our sales of our company products at the grocery

12    stores.  For example, you know, other companies like

13    Nongshim and, you know, other products from other

14    companies, the supplies of those products were very

15    smooth, whereas the supplies of Samyang products were

16    not so smooth.  So, the owners and the managers were

17    asking me if we could do that.  And they were asking me

18    if we could, they asked me to do that because when the

19    supply is not being done smoothly, those people tend to

20    ask their existing business clients for that.  That's

21    why.

22       Q.    As translated, you used the phrase "not so

23    smooth" and "not smoothly" pertaining to Samyang Korean

24    ramen.  Who was telling you those sorts of things?

25       A.    It's not 2007.  So, I do not recall that

Page 34

CONFIDENTIAL

1    much, going back to that time frame.

2        Q.    Fair enough.  I'm not intending to ask you

3    to identify a particular store owner who may have said

4    it.  But is it fair to say that it was the store owners

5    who were telling you that the Samyang ramen products

6    were not being sold smoothly or not being distributed

7    smoothly?  Was that their phraseology?

8        A.    It wasn't limited to the owners only.  As I

9    remember correctly, if I remember correctly, as I said

10   earlier, not only the owners, but also the managers of

11   those places told me that.

12       Q.    What sorts of things generally do you recall

13   the managers and the owners telling you with respect to

14   Samyang Korea ramen?

15            MS. CHOI:  I'm going to object just because

16   it's a little ambiguous.  Are you talking about the

17   products themselves?  The distribution of those

18   products?  Which grocers?  Which owners?  Which

19   managers?

20       Q.    You may answer.

21            MS. CHOI:  But if you know, you may answer.

22       A.    The question is overbroad.  So, if you ask

23   me specific questions, I think I can answer.

24       Q.    I'll try.  And look, I get it's ten years

25   ago.  And I also understand it's a little bit

                                            Page 35

1    anecdotal.  I'm just trying to get a sense of what you

2    recall hearing from the store owners, managers,

3    etcetera regarding Samyang Korea ramen in the 2006,

4    2007 time period.

5        A.    If my memory serves me correctly, they

6    wanted to sell Samyang products, but the supply was not

7    there.  So, without the supplies, they couldn't.  But

8    in Korea, you know, Samyang ramen, you know, that is --

9    so, anyhow, Samyang ramen is the main thing in Korea.

10   But then here they had Nongshim Paldo Ottogi that they

11   could sell those, but they could not sell Samyang ramen

12   because they did not have them.  Therefore, I believe

13   that's why they requested us to do that.

14           MS. SHIN:  Just a slight correction.  I

15   think he said the main things in Korea were Nongshim

16   and Samyang, not just Samyang.

17           THE INTERPRETER:  May I clarify that with

18   the witness?

19           MS. SHIN:  Sure.

20           THE INTERPRETER:  Samyang and Nongshim.

21           MR. SUH:  I only heard Samyang, but that's

22   fine.

23       A.    So, yeah, I did say that main Samyang and

24   Nongshim.  The reason for that is because at the time

25   Nongshim was number one and Samyang was number two.

CONFIDENTIAL

```
 1        That's why.
 2        Q.    Hearing these things to which you just
 3   testified caused you or led you to contact your older
 4   sister's husband, Mr. Park, to see if you guys could
 5   arrange for the import of Samyang Korea ramen, right?
 6        A.    Yes, that's correct.
 7        Q.    Prior to reaching out to Mr. Park, did you
 8   have any understanding that any other entity at that
 9   time was importing or distributing Samyang ramen in the
10   United States?
11             MS. CHOI:  I'm going to object.  It's
12   ambiguous.  It's a little confusing.  But if you know.
13        A.    Are you referring to me?
14        Q.    I am.
15        A.    I did not know about that.
16        Q.    When you contacted Mr. Park for the reasons
17   we've been discussing, did he by any chance identify
18   for you whether or not some other entity was
19   distributing or selling Samyang ramen in the United
20   States?
21        A.    Based on what I can recall, I think there
22   was none.
23        Q.    There was none that Mr. Park told you about?
24        A.    What was the question about?
25        Q.    I'm just asking you, when you spoke with
```

Page 37

CONFIDENTIAL

```
 1              MS. CHOI:  Samyang Korea could have been
 2     talking to their attorneys.
 3              MR. MCDONOUGH:  I don't know.  I'm just
 4     talking about what he did.
 5         Q.    All right.  So, my question to you is, in
 6     2007, sir, did you speak to anyone at Samyang Korea,
 7     other than Samyang Korea lawyers, regarding importing
 8     their ramen into the United States?
 9         A.    Even though I do not have the exact
10     recollection about that, however, I think not.
11         Q.    So, with respect to the import of Samyang
12     Korea ramen into United States in 2007, your
13     communications were only with Jin Heung, correct?
14         A.    I believe so.
15         Q.    Let's go to 2008.  Seohae USA imported --
16     strike that.  Did Seohae USA import through Jin Heung
17     Samyang Korea ramen in 2008?
18         A.    Yes.
19         Q.    What geographic regions did Seohae USA
20     distribute that ramen into?
21         A.    I do not have the exact recollection about
22     that.  However, since we provided the supplies in 2007
23     to the Maryland and Virginia area, I'm thinking
24     possibly it was Maryland and Virginia region plus
25     possibly New York, but it may not be accurate.  My
```

Page 39

CONFIDENTIAL

```
 1   recollection might not be accurate.  But it's possible
 2   that we supplied the products to the New York area.
 3          Q.    In 2008?
 4          A.    Yes.
 5          Q.    Sir, do you recall how much Samyang Korea
 6   ramen Seohae USA imported in 2008?
 7          A.    My opinion -- I don't have the exact
 8   recollection about that, though.  However, possibly --
 9   well, approximately, I think -- well, at the time, it's
10   possible that it was around $200,000 dollars.  That's
11   what I can recall, but it may not be accurate.
12          Q.    Thank you.  Remember, just testing what you
13   know.  And I recognize it's eight, ten years ago.
14   Okay?
15          A.    Yes.  Thank you.
16          Q.    We appreciate you're doing your best.  It's
17   helpful.  Do you have a recollection of having sold
18   more Samyang ramen in 2008 than you did in 2007?
19          A.    I believe that it's a given.
20          Q.    Why is it a given?
21          A.    Well, because we started it in 2007.  And
22   that's why I think that it was probably a small volume
23   because we just started it.  And when I talk about the
24   distribution kind of business, you know, you start the
25   business and immediately the following year it would be
```

Page 40

1    the name has been provided by the interpreter.

2    S-A-N-G-H-E-E.  Last name C-H-U-N.

3         A.    And then Sang Il Lee.

4              THE INTERPRETER:  S-A-N-G I-L.  Last name

5    L-E-E.

6         A.    Woojoon Lee.

7              THE INTERPRETER:  The phonetic spelling of

8    the name is being provided by the interpreter.

9    W-O-O-J-O-O-N.  L-E-E last name.

10        A.    That's just about I can remember.

11        Q.    Good with that.  2009, did Seohae USA

12   continue to sell or distribute Samyang Korea ramen in

13   the United States?

14        A.    Yes.

15        Q.    What geographic regions?

16        A.    At the time, I believe that we did that in

17   Maryland, Virginia and New York.  That's what I recall.

18        Q.    Pretty much the same places as 2008?

19        A.    I really don't have the exact information.

20   However, based on what I can recall, I believe so.

21        Q.    Compared to 2008, did sales increase, stay

22   the same or decrease in 2009?

23        A.    I believe it was more.

24        Q.    What is your best estimate, as you sit here

25   eight years later, of the amount of Samyang Korea ramen

Page 43

CONFIDENTIAL

```
 1    Seohae USA sold or distributed in the United States in
 2    2009?
 3         A.    When you say the amount, are you referring
 4    it to the dollar amount or the volume?
 5         A.    Fair enough question.  You testified that in
 6    2008 you believe you sold about $200,000 dollars worth
 7    of Samyang Korea ramen.  Do you recall that testimony?
 8         A.    Yes.
 9         Q.    And that testimony was U.S. dollars,
10    correct?
11         A.    Yes.
12         Q.    So, using dollars as a frame of reference,
13    do you believe you sold more, less or the same Samyang
14    Korea ramen in the U.S. in 2009?
15         A.    I believe we sold more.
16         Q.    What is your best estimate of how much more
17    you sold in 2009 than 2008 in U.S. dollars?
18         A.    I do not recall.  I honestly do not have a
19    good recollection about that.  But I believe it was
20    something in between $300,000 and $400,000 dollars.
21         Q.    In total sales in the United States in 2009?
22         A.    Are you referring to Samyang only?
23         Q.    Yes.
24         A.    I believe that was it.
25         Q.    Did you, sir, speak with anyone at Samyang
```

Page 44

CONFIDENTIAL

1    Korea, other than possibly lawyers, regarding the

2    import of Samyang Korea ramen in 2009?

3        A.    Based on what I can recall, no.  The reason

4    for that is because any business related matters in

5    Korea were handled by Jin Heung.  So, we did not really

6    contact Samyang Korea.  And I recall that we did not

7    have any reason to contact them.

8        Q.    So, at least in 2007, 2008 and 2009, any

9    discussions you had regarding the import of Samyang

10   Korea ramen into the United States was with Jin Heung

11   only, correct?

12           MS. CHOI:  Objection.  Asked and answered.

13   You may answer.

14       A.    Based on what I can recall, you know, based

15   on what I can remember, I believe it was done with Jin

16   Heung only.

17       Q.    In 2007, 2008 and 2009, did Seohae USA

18   import any other brands of ramen other than Samyang

19   Korea?

20       A.    Other brands ramen?

21       Q.    Mm-hmm.

22       A.    I think not.

23       Q.    We got a few more minutes on the tape, so

24   let's just do 2010.  Did Seohae USA import Samyang

25   Korea ramen in 2010?

                                        Page 45

CONFIDENTIAL

1    A.    Yes.

2    Q.    What geographic regions did it sell that

3  ramen in?

4    A.    Well, it may not be accurate.  However, I

5  believe perhaps we expanded our business clients to the

6  East Coast.  I mean the East Coast area.

7    Q.    What do you mean by the East Coast area?

8  What cities?

9    A.    So, we had the existing, you know, the

10  region, Maryland, Virginia and New York.  So, we did

11  that.  And then in 2010 I recall that possibly we went

12  to Chicago area.

13    Q.    Sir, what is your best estimate of the

14  amount of sales of Samyang Korea ramen in U.S. dollars

15  in 2010?

16    A.    I do not have the exact recollection about

17  that.  I'm really just estimating.  So, I'm thinking

18  maybe the sales went up a little bit.  So, I think that

19  it was something like in between $400,000 dollars and

20  $500,000 dollars.

21    Q.    So, as I'm hearing it, in 2007, of Samyang

22  Korea ramen sold in the United States, you sold not a

23  lot in 2007.  Best estimate 2008 $200,000.  Best

24  estimate 2009 $300,000 to $400,000 thousand.  Best

25  estimate 2010 $400,000 to $500,000?

Page 46

CONFIDENTIAL

1        A.     In 2010, about 2010, earlier I said it would
2   be between $400,000 and $500,000 dollars.   But I
3   believe in 2010 we sold a bit more.
4        Q.     So, $500,000 to $600,000?
5        A.     I believe we sold about $700,000 dollars.   I
6   think that the sales volume went up a bit.
7        Q.     In 2010 to approximately, best estimate
8   seven years later, $700,000 dollars, right?
9        A.     Yes, I believe so, based on what I can
10  recall.
11       Q.     I get it.  Let's take a break.
12              THE VIDEOGRAPHER:  The time is 11:34.  This
13  concludes Tape 1 of today's deposition.  We are off the
14  record.
15              (A brief recess was taken.)
16              THE VIDEOGRAPHER:  The time is 11:51.  We
17  are back on the record for Tape 2.
18       Q.     Sir, who at Seohae USA made the decision to
19  begin selling Samyang Korea ramen in New York?
20       A.     I did.
21       Q.     What were the factors that went into that
22  decision to begin selling Samyang Korea ramen in New
23  York?
24       A.     Well, at the time, we put in our effort.
25  However, the business clients, they -- I believe they

                                        Page 47

1    wanted the products to be supplied as well.  Therefore,

2    I believe that's how it got started --

3        Q.    What does --

4        A.    -- because at the time Samyang products were

5    not supplied to grocery stores generally speaking in

6    the East Coast area.  So, there was some difficulty

7    with purchasing of Samyang products.  Therefore, since

8    we had the products, I believe they requested them.

9            So, in 2010, the reason why the sales got

10   increased in 2010 is because we did the tasting the

11   samples and those kind of events at the grocery stores.

12   So, we provided the support for those kind of

13   demonstration tasting events.  So, that means we spent

14   money to do that.  And then the sales got increased.

15   Perhaps that's why from this place or another place,

16   here and there they contacted us.  So, I believe that's

17   how the sales got increased.  And that's the reason why

18   I told you earlier that it was around $700,000 dollars.

19       Q.    So, are you saying that the sales increase

20   from 2009 when it was $300,000 to $400,000 to 2010 when

21   it was about $700,000 is based upon sales in New York?

22       A.    I don't think that would be the only reason

23   because we did not sell a lot in New York area.  So, I

24   don't think New York is the only reason for that.

25       Q.    The first year you sold in New York,

Page 48

1    A.    So, you asked me about year 2014.  So, are

2    you asking me if I received one in 2014 as well or the

3    same one or --

4    Q.    I'm asking when you first heard of an entity

5    known as Sam Yang USA.  And then I also asked you when

6    you first heard of an entity named SC Continent

7    Corporation.  Your testimony was the first time you

8    heard about either of those entities was when you

9    received a letter about them, right?  Do you remember

10   that testimony?

11   A.    Yes, I remember.

12   Q.    And I asked about when you received that

13   letter.  And your testimony was you think you received

14   this letter in 2007 or 2008 or something like that.

15   Remember that testimony?

16   A.    Yes.

17   Q.    Your best recollection is you received this

18   letter from SC Continent or Sam Yang USA in 2007 or

19   2008?

20   A.    Yes.

21   Q.    And that letter was directed to whom?

22   A.    I believe it was directed to the company

23   Seohae USA.

24   Q.    To your attention at Seohae?

25   A.    So, I received it.

Page 53

CONFIDENTIAL

```
 1        Q.    Okay.  And remember, we're talking about
 2   specifically this purported 2007, 2008 letter, okay?
 3   Is that fair?
 4        A.    Yes.
 5        Q.    So, we know generally the date, but you
 6   don't know if it was on like a lawyer's letterhead or
 7   SC Sam Yang USA's letterhead or anything like that,
 8   right?
 9             MS. CHOI:  Objection.  Asked and answered.
10   Go ahead and answer.
11        A.    Yes, I do not recall.  No, I do not recall.
12        Q.    When's the last time you saw that letter?
13        A.    Because I saw it once and that was it.  So,
14   it would be 2007 or 2008, I think.
15        Q.    What do you recall the letter saying?
16             MS. CHOI:  Objection.  Asked and answered.
17   Please go ahead and answer.
18        A.    As I said earlier, I believe it talked about
19   stopping the sales.
20        Q.    Of what?
21        A.    Samyang products.
22        Q.    Stopping sales of Samyang products in any
23   particular geographic region?
24        A.    I do not recall that much.  But about the
25   region -- the region -- about the region, I don't think
```

1   there was any mentioning about the region there.

2          Q.   Did this purported letter say anything about

3   why you should stop selling Samyang Korea products?

4              MS. CHOI:  Objection.  Speculation.  But if

5   you know the answer, please.

6          A.   Probably at the time, based on what I can

7   recall, even though I don't have no exact recollection

8   about it.  But as a matter of fact, I only --

9   seriously, I only remember the word not to sell.

10  That's what I remember.

11         Q.   And to be clear, so we can maybe eliminate

12  the speculation objections, when this letter came in,

13  you read it, correct?

14         A.   Yes, that's correct.

15         Q.   So, you may or may not have a distinct

16  memory of what it said ten years later, but it's

17  something you read, so you're not guessing or

18  speculating about what might have been in it, correct?

19         A.   Yes, that's correct.

20         Q.   So, all you recall about this letter is that

21  it said something about stopping selling Samyang Korea

22  products?

23         A.   Yes.

24         Q.   How many pages was the letter?

25         A.   I am thinking it was probably one page.

                                              Page 56

CONFIDENTIAL

```
 1    ahead.
 2              MR. MCDONOUGH:  Because I didn't ask about
 3    an exhibit.  You're the one who asked about an exhibit.
 4              MS. CHOI:  Now that's a proper question.
 5    Okay.  Objection.  Asked and answered, but go ahead and
 6    answer.
 7         A.    As a matter of fact, I do not recall.  But
 8    the reason why I do not recall that is -- well, at the
 9    time, I myself wanted to know why that was sent to me.
10    But then I was selling -- I was doing the sales and
11    then this kind of letter came.  But then after that,
12    there was no follow-up contacts and no additional
13    contacts.  Except for this particular letter, there
14    were no other actions, like no telephone calls, no
15    nothing.  There was no phone call telling us to stop
16    selling them either.
17              So, after I received the letter, for about
18    one month I was like wondering about why I got the
19    letter.  But there was no follow-ups.  There was no
20    problems.  Therefore, I started selling Samyang ramen
21    products again.
22         Q.    A couple of basic questions.  Upon receipt
23    of that letter, did you, sir, make any effort to reach
24    out to the writer of that letter?
25              MS. CHOI:  Objection.  We're talking about
```

Page 59

CONFIDENTIAL

1        A.    14 days the shipment.  Meaning, 14 days

2   after the shipment, it needs to be sent.  That's what

3   that means.

4        Q.    14 days after the shipment is received at

5   the identified port?

6        A.    After the shipment has left port of Busan,

7   14 days after that it needs to be sent.  That's what

8   that means.

9        Q.    Thank you.

10          MS. CHOI:  For clarification purposes, when

11   he says "it," does he mean payment or does he mean the

12   products?

13             MR. MCDONOUGH:   In what context?

14          MS. CHOI:  When he was testifying 14 days,

15   he stated that it was after it leaves Busan, then 14

16   days it must be sent.  "It."  I needed to know what

17   that meant.  Products or payment?

18             THE WITNESS:  Payment with the money.

19             (Lee Exhibit 163 was marked for purposes of

20   identification.)

21        Q.    Sir, Exhibit 163 is an ENI sales plan and

22   strategy document.  Have you seen this before?

23        A.    Yes.

24        Q.    Who prepared this document?

25        A.    Myself and my employees.

                                        Page 107

CONFIDENTIAL

```
 1          Q.    And I have one more question on that point.
 2   Did Samyang Korea provide you with any of the
 3   information included within Exhibit 163?
 4          MS. CHOI:  Objection.  Asked and answered.
 5   Go ahead.
 6          A.    No.
 7          Q.    Let's go to page 196.  Well, let's go to 195
 8   first.  See Roman numeral six, "Sales Strategies in the
 9   East"?
10          A.    Yes.
11          Q.    Number 3.  "Market Issue in the East."  See
12   that?
13          A.    Yes.
14          Q.    What was that market issue?
15          A.    May I look at the pages in the back?
16          Q.    I guess.  Let us know what page number
17   you're on, sir.
18          A.    202.
19          Q.    202.  Okay.
20          A.    So, may I just go ahead and explain?
21          Q.    Sure.  The question is, Roman numeral six,
22   item 3 on page 195, what is the market issue in the
23   East to which you are referring?
24          A.    Yes.  May I?
25          Q.    That's why I asked it.  Please.
```

                                        Page 119

1          A.      If you look at this chapter, it talks about

2     the market issues in the East Coast.  First of all,

3     other competitors, other ramen competitors, are doing

4     some kind of event.  So, let's increase what we do in

5     terms of those event-like activities more than what we

6     are doing currently.

7                   In relation with a newspaper, you know, the

8     paper space in a newspaper and radio advertisement,

9     let's put in a request to Jin Heung.  That's what it's

10    about.  Marketing strategy for the seasonal products is

11    lacking.  Therefore, manufacturers and ENI need to

12    discuss the marketing strategies.  It's needed.

13                  So, the consumer price of SC, the company,

14    SC's products are higher than the prices of the

15    competitors.  There is that awareness.  Therefore,

16    continuous promotion regarding SC products' price is

17    necessary.  So, what it means by that is at that time

18    in 2016 -- I think we talked about this like around

19    fall --- that the products that SC was selling in the

20    East Coast and in the West Coast.  But the SC products,

21    we did not sell the products that SC was selling.

22    Anyhow, the prices -- the consumer prices were high in

23    the grocery store.  Therefore, the promotion would be

24    necessary.  That's what it means.

25          Q.      Who's SC?

# EXHIBIT 24



Planet Depos®
We Make It *Happen*™

CONFIDENTIAL

# Transcript of Sae Hyuk Han, Designated Representative

**Date:** January 24, 2017
**Case:** Sam Yang (U.S.A), Inc., et al. -v- Samyang Foods Co., Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

CONFIDENTIAL
Transcript of Sae Hyuk Han, Designated Representative
Conducted on January 24, 2017                                    72

| | | |
|---|---|---|
| 1 | Q    How does Samyang Korea advertise its products | 15:17:55 |
| 2 | for sale in Korea? | 15:17:59 |
| 3 | A    Well, it is being done through many various | 15:18:25 |
| 4 | methods, and I believe that it is being done through SNS | 15:18:29 |
| 5 | recently. | 15:18:38 |
| 6 | Q    How much does Samyang Korea spend on | 15:18:39 |
| 7 | advertising and marketing its products in Korea | 15:18:43 |
| 8 | annually? | 15:18:46 |
| 9 | A    About the exact amount of that, I am not sure. | 15:19:04 |
| 10 | Q    Where can I find that information? | 15:19:07 |
| 11 | A    Well, through finance department or accounting | 15:19:26 |
| 12 | department of the company, perhaps you can find that | 15:19:32 |
| 13 | information. | 15:19:35 |
| 14 | Q    Does Samyang Korea advertise its products for | 15:19:36 |
| 15 | sale in the U.S.? | 15:19:39 |
| 16 | A    It does not do it directly. | 15:19:53 |
| 17 | Q    Does it do it indirectly? | 15:19:58 |
| 18 | A    I believe that it is what the distributor in | 15:20:07 |
| 19 | America needs to do. | 15:20:15 |
| 20 | Q    Does Samyang Korea provide support to | 15:20:19 |
| 21 | distributors in the U.S. for advertising and marketing? | 15:20:23 |
| 22 | A    Basically, we give them the price that is low, | 15:21:19 |
| 23 | the price itself is low, so the importer or the | 15:21:28 |
| 24 | distributor, they sell the products having the marketing | 15:21:32 |
| 25 | cost included.  And if and when other business clients | 15:21:38 |

Transcript of Sae Hyuk Han, Designated Representative
Conducted on January 24, 2017                              73

| | | |
|---|---|---|
| 1 | of ours, when they made the reasonable request, we did | 15:21:49 |
| 2 | review and we have provided additional support.  We have | 15:21:58 |
| 3 | done that. | 15:22:04 |
| 4 | Q    To what distributors have you provided | 15:22:06 |
| 5 | additional support? | 15:22:08 |
| 6 | A    Well, it would depend on the circumstances. | 15:22:55 |
| 7 | When a particular business client -- it's hard for me to | 15:23:00 |
| 8 | just point out a particular client for that matter.  But | 15:23:12 |
| 9 | anyway, when the request is made, we review that, and | 15:23:15 |
| 10 | when the cost is reasonable, we may support that | 15:23:20 |
| 11 | particular cost or we might go 50-50.  In that kind of | 15:23:25 |
| 12 | matter, we do provide the support.  That applies to | 15:23:34 |
| 13 | SYUSA as well, the same way. | 15:23:45 |
| 14 | Q    Has Samyang Korea provided marketing support | 15:23:53 |
| 15 | or advertising support to Jin Heung? | 15:23:58 |
| 16 | A    Something in particular?  No.  The support has | 15:24:19 |
| 17 | not been provided. | 15:24:24 |
| 18 | Q    How about to ENI? | 15:24:27 |
| 19 | A    The same thing for ENI.  Those companies would | 15:25:00 |
| 20 | have the understanding, probably, that the price itself | 15:25:07 |
| 21 | is low, that the marketing support is included in the | 15:25:14 |
| 22 | price.  That would be the understanding. | 15:25:23 |
| 23 | Q    Has Samyang Korea sold the same products to | 15:25:28 |
| 24 | distributors in the U.S. at different prices? | 15:25:35 |
| 25 | A    About the price, about the price difference, | 15:26:02 |

CONFIDENTIAL
Transcript of Sae Hyuk Han, Designated Representative
Conducted on January 24, 2017                    74

| | | |
|---|---|---|
| 1 | right now I cannot recall the exact details about it. | 15:26:07 |
| 2 | But what I do remember for sure is that SYUSA received | 15:26:27 |
| 3 | the products for the lowest possible price. | 15:26:37 |
| 4 |    Q   What trademarks has Samyang Korea registered | 15:26:46 |
| 5 | or applied to register in the U.S.? | 15:26:51 |
| 6 |    A   Samyang Korea's trademarks -- of course | 15:27:15 |
| 7 | Samyang Foods' trademarks are registered in the U.S.A. | 15:27:25 |
| 8 |    Q   Which trademarks? | 15:27:32 |
| 9 |    MR. RHOW:  That's vague. | 15:27:37 |
| 10 |    You can answer. | 15:27:40 |
| 11 |    A   Yes.  It's Samyang's logo, and it has the | 15:27:42 |
| 12 | pattern of a tree, and then it has the English alphabet | 15:28:03 |
| 13 | of S-A-M-Y-A-N-G.  I do recall that it has been | 15:28:07 |
| 14 | registered with that. | 15:28:12 |
| 15 |    Q   Have these trademarks been assigned to Sam | 15:28:16 |
| 16 | Yang USA? | 15:28:20 |
| 17 |    MR. RHOW:  Vague as to "assigned."  Calls for | 15:28:30 |
| 18 | a legal conclusion. | 15:28:35 |
| 19 |    But you can answer. | 15:28:35 |
| 20 |    A   Do I have to answer? | 15:28:55 |
| 21 |    MR. RHOW:  Yes, please.  Sorry, you should | 15:28:57 |
| 22 | answer. | 15:28:59 |
| 23 |    A   I'm sorry.  The word "assigned" has been on my | 15:29:08 |
| 24 | mind, so I forgot the question. | 15:29:16 |
| 25 |    Q   Has Samyang North [sic] Korea assigned its | 15:29:18 |

CONFIDENTIAL
Transcript of Sae Hyuk Han, Designated Representative
Conducted on January 24, 2017                                    95

```
 1              C E R T I F I C A T E

 2

 3          I, Lisa V. Feissner, RDR, CRR, CLR, do hereby

 4    certify that the witness was first duly sworn by me

 5    pursuant to stipulation of counsel and that I was

 6    authorized to and did report said proceedings.

 7          I further certify that the foregoing

 8    transcript is a true and correct record of the

 9    proceedings; that said proceedings were taken by me

10    stenographically and thereafter reduced to typewriting

11    under my supervision; that reading and signing was not

12    requested; and that I am neither attorney nor counsel

13    for, nor related to or employed by, any of the parties

14    to the action in which this deposition was taken; and

15    that I have no interest, financial or otherwise, in this

16    case.

17

18          IN WITNESS WHEREOF, I have hereunto set my

19    hand this 28th day of January, 2017.

20

21

22

23

24

25    Lisa V. Feissner, RDR, CRR, CLR
```

# EXHIBIT 25



CONFIDENTIAL

# Transcript of Bong Hoon Kim

**Date:** January 26, 2017
**Case:** Sam Yang (U.S.A), Inc., et al. -v- Samyang Foods Co., Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

CONFIDENTIAL
Transcript of Bong Hoon Kim
Conducted on January 26, 2017                                        12

| | | |
|---|---|---|
| 1 | speaking it's a joint venture or not, but the investment | 10:39:33 |
| 2 | was done 50-50. | 10:39:36 |
| 3 |     Q    How long have you worked for Samyang Baker | 10:39:39 |
| 4 | Tank Terminal? | 10:39:42 |
| 5 |     A    March.  So right now it's January.  So it's | 10:40:00 |
| 6 | been ten months. | 10:40:03 |
| 7 |     Q    And where did you work before that? | 10:40:04 |
| 8 |     A    I worked at Samyang Korea. | 10:40:10 |
| 9 |     Q    What is your current job title? | 10:40:17 |
| 10 |     A    CEO. | 10:40:22 |
| 11 |     Q    And what was your job title when you worked at | 10:40:27 |
| 12 | Samyang Korea? | 10:40:30 |
| 13 |     A    I was a managing director. | 10:40:40 |
| 14 |     Q    When did you start working for Samyang Korea? | 10:40:47 |
| 15 |     A    I started working for the company on | 10:41:02 |
| 16 | December the 12th of 1987. | 10:41:04 |
| 17 |     Q    When you were a managing director at Samyang | 10:41:11 |
| 18 | Korea, what department were you in? | 10:41:16 |
| 19 |     A    I was a sales department head, and then -- | 10:41:30 |
| 20 | yeah, I was the department head of the sales department. | 10:41:36 |
| 21 | And then on the side, I was also the department head for | 10:41:39 |
| 22 | the milk processing department.  And also on the side, I | 10:42:00 |
| 23 | was the department head for soy sauce -- you know, the | 10:42:07 |
| 24 | soy sauce, I was the department head for that department | 10:42:11 |
| 25 | as well.  And I was also department head of the | 10:42:13 |

CONFIDENTIAL
Transcript of Bong Hoon Kim
Conducted on January 26, 2017                                    33

| | | |
|---|---|---|
| 1 | something different.  So maybe I'm the only one who has | 12:15:13 |
| 2 | the wrong copy.  The Bates number on the stamped one, | 12:15:19 |
| 3 | Erik, it's 1269.  And then this is 1268 in this copy. | 12:15:22 |
| 4 | Mine is 1270 in my copy.  It's not a big deal.  It seems | 12:15:34 |
| 5 | like a copying issue.  But what's odd, though -- that's | 12:15:38 |
| 6 | why I think there could be some confusion.  I'm | 12:15:42 |
| 7 | predicting 1268 is the second page of a different | 12:15:45 |
| 8 | letter.  So when he testified he could only recognize | 12:15:49 |
| 9 | the second page, he was actually right.  This is the | 12:15:53 |
| 10 | version I have (handing). | 12:15:58 |
| 11 |       MR. von ZEIPEL:  Let's go off the record real | 12:16:02 |
| 12 | quick. | 12:16:04 |
| 13 |       VIDEO OPERATOR:  We are now going off the | 12:16:05 |
| 14 | video record.  The time is 12:16. | 12:16:08 |
| 15 |       (Recess from 12:16 p.m. until 1:45 p.m.) | 13:45:37 |
| 16 |       VIDEO OPERATOR:  We are now going back on the | 13:45:37 |
| 17 | video record.  The time is 1:45. | 13:45:41 |
| 18 |   Q  Sir, we're back on the record.  You understand | 13:45:44 |
| 19 | that you're still under oath? | 13:45:46 |
| 20 |   A  Yes. | 13:45:52 |
| 21 |       (Exhibit BH Kim-101 marked for identification | 13:45:53 |
| 22 | and attached to the transcript.) | 13:46:09 |
| 23 |       MR. RHOW:  So this is 101 now?  Got it. | 13:46:09 |
| 24 |   Q  Sir, you've been handed what the court | 13:46:11 |
| 25 | reporter has marked as Exhibit 101.  Have you ever seen | 13:46:13 |

CONFIDENTIAL
Transcript of Bong Hoon Kim
Conducted on January 26, 2017                     34

| | | |
|---|---|---|
| 1 | this document before? | 13:46:15 |
| 2 | A    Yes. | 13:46:35 |
| 3 | Q    And what is this document? | 13:46:35 |
| 4 | A    Upon hearing that Sam Yang USA was going to | 13:46:55 |
| 5 | sell its shares, I believe we sent our answer.  It looks | 13:47:01 |
| 6 | like this is that. | 13:47:10 |
| 7 | Q    How did you hear that Sam Yang USA was going | 13:47:13 |
| 8 | to sell its shares? | 13:47:16 |
| 9 | A    How did I hear about that?  What do you mean | 13:47:37 |
| 10 | by that exactly? | 13:47:40 |
| 11 | Q    Who did you hear it from that Sam Yang USA was | 13:47:43 |
| 12 | going to sell its shares? | 13:47:45 |
| 13 | A    I believe I heard it from a staff member. | 13:47:59 |
| 14 | Q    What staff member? | 13:48:05 |
| 15 | A    That I do not remember exactly, but I believe | 13:48:12 |
| 16 | I heard about it from a staff member who worked at | 13:48:15 |
| 17 | overseas sales team. | 13:48:27 |
| 18 | Q    Did you draft this letter? | 13:48:28 |
| 19 | A    No.  Yes.  I mean, I did not prepare this. | 13:48:36 |
| 20 | Q    Who prepared the letter? | 13:48:50 |
| 21 | A    A staff member, probably a staff member who | 13:48:59 |
| 22 | worked at overseas sales team wrote this. | 13:49:02 |
| 23 | Q    Who instructed that staff member to write this | 13:49:06 |
| 24 | letter? | 13:49:09 |
| 25 | A    I probably have done that. | 13:49:22 |

CONFIDENTIAL
Transcript of Bong Hoon Kim
Conducted on January 26, 2017                              50

| | | |
|---|---|---|
| 1 | outstanding balance becomes bigger, I was thinking that | 14:44:47 |
| 2 | any company would demand the payments.  I thought that | 14:44:54 |
| 3 | was possible.  So that's the reason why I talked to the | 14:45:00 |
| 4 | staff member strongly about it.  That I do remember. | 14:45:05 |
| 5 | Q    Did Samyang Korea ever demand payment on the | 14:45:31 |
| 6 | accounts receivable from Sam Yang USA before shipping | 14:45:37 |
| 7 | products to Sam Yang USA? | 14:45:41 |
| 8 | MR. RHOW:  Speculation, vague. | 14:46:01 |
| 9 | You can answer. | 14:46:03 |
| 10 | A    Here, except for the U.S.A., all other | 14:46:31 |
| 11 | companies, once the money comes in, when the LC is | 14:46:38 |
| 12 | opened, the product would go out.  And so that has to | 14:46:46 |
| 13 | come in.  So only after that, the product will go out. | 14:46:58 |
| 14 | I'm talking about other overseas business clients. | 14:47:02 |
| 15 | Q    Did you ever have any conversations with any | 14:47:11 |
| 16 | of your superiors regarding Sam Yang USA's accounts | 14:47:14 |
| 17 | receivable?  And by that I mean, accounts receivable | 14:47:22 |
| 18 | from Sam Yang USA to Samyang Korea. | 14:47:40 |
| 19 | A    So having some conversations with somebody? | 14:48:02 |
| 20 | What do you mean by that? | 14:48:04 |
| 21 | Q    Did you ever have any conversations with any | 14:48:06 |
| 22 | of your superiors regarding accounts receivable from Sam | 14:48:08 |
| 23 | Yang USA to Samyang Korea? | 14:48:14 |
| 24 | A    No.  Actually, rather than that, based on what | 14:48:56 |
| 25 | I can recall, to America, to United States, I wanted to | 14:48:59 |

CONFIDENTIAL
Transcript of Bong Hoon Kim
Conducted on January 26, 2017                    56

| | | |
|---|---|---|
| 1 | with -- bearing my name, so I'm thinking that something | 15:04:57 |
| 2 | like this must have happened. | 15:05:02 |
| 3 | Q    This is a letter from you to Sam Yang USA, | 15:05:11 |
| 4 | correct? | 15:05:14 |
| 5 | A    Yes, it seems like it, yes. | 15:05:26 |
| 6 | Q    What is the subject of this letter? | 15:05:29 |
| 7 | A    Year 2012, a suggestions for the normalization | 15:05:45 |
| 8 | of the business transactions. | 15:05:53 |
| 9 | Q    Who drafted this letter? | 15:06:00 |
| 10 | A    It's not me. | 15:06:12 |
| 11 | Q    Did you instruct someone about the contents of | 15:06:12 |
| 12 | this letter before it was drafted? | 15:06:17 |
| 13 | A    Yes.  I must have. | 15:06:29 |
| 14 | Q    Who did you instruct? | 15:06:34 |
| 15 | A    It seems like I did that to Gong Wook Kim, the | 15:06:42 |
| 16 | manager. | 15:06:47 |
| 17 | Q    In this letter, you make reference to, if the | 15:07:02 |
| 18 | restoration of the price and payment terms is delayed | 15:07:06 |
| 19 | any further, we would reach a point that we would have | 15:07:09 |
| 20 | no options but stopping the export to America | 15:07:13 |
| 21 | altogether. | 15:07:17 |
| 22 | Do you see that? | 15:07:17 |
| 23 | A    Yes. | 15:07:57 |
| 24 | Q    What did you mean by that? | 15:07:58 |
| 25 | A    Okay.  For Sam Yang USA, compared to other | 15:08:45 |

Transcript of Bong Hoon Kim
Conducted on January 26, 2017                              57

| | | |
|---|---|---|
| 1 | business clients, the price is lower for Sam Yang USA. | 15:08:53 |
| 2 | And even about the payment terms, we give them 90 days. | 15:08:59 |
| 3 | And even when we were doing this kind of things for | 15:09:06 |
| 4 | them -- what I mean by that is, with other business | 15:09:12 |
| 5 | clients, our product would go out if and when the | 15:09:18 |
| 6 | deposit is made.  But with Sam Yang USA, they did not | 15:09:22 |
| 7 | pay the unbalanced [sic] account receivable, and the | 15:09:30 |
| 8 | sales volume did not increase, so that's why. | 15:09:35 |
| 9 | And then, if you look at it here, it states | 15:10:01 |
| 10 | that, you have continuously delayed this company's | 15:10:05 |
| 11 | request by utilizing the special relationship status. | 15:10:15 |
| 12 | So when it says "special relationship," that means the | 15:10:32 |
| 13 | person being the daughter of the chairperson.  I might | 15:10:38 |
| 14 | say royal family.  And that's the reason why we have | 15:10:44 |
| 15 | continued doing this, like giving them a break. | 15:10:59 |
| 16 | However, the sales amount did not increase, | 15:11:22 |
| 17 | but then, unpaid balance became larger, so I believe at | 15:11:28 |
| 18 | that time we or I suggest that, let's have the unpaid | 15:11:37 |
| 19 | outstanding balance reduced first. | 15:11:52 |
| 20 | If I may add some additional explanation to | 15:12:01 |
| 21 | that.  If I, like, go strongly like this -- how do I say | 15:12:04 |
| 22 | this?  Well, I might get fired or something from the | 15:12:18 |
| 23 | company.  So I was taking my chance of that, and I | 15:12:21 |
| 24 | proceeded like this. | 15:12:33 |
| 25 | Q   Was there ever a time when Sam Yang USA did | 15:12:39 |

```
 1                  C E R T I F I C A T E

 2

 3           I, Lisa V. Feissner, RDR, CRR, CLR, do hereby

 4   certify that the witness was first duly sworn by me

 5   pursuant to stipulation of counsel and that I was

 6   authorized to and did report said proceedings.

 7           I further certify that the foregoing

 8   transcript is a true and correct record of the

 9   proceedings; that said proceedings were taken by me

10   stenographically and thereafter reduced to typewriting

11   under my supervision; that reading and signing was not

12   requested; and that I am neither attorney nor counsel

13   for, nor related to or employed by, any of the parties

14   to the action in which this deposition was taken; and

15   that I have no interest, financial or otherwise, in this

16   case.

17

18           IN WITNESS WHEREOF, I have hereunto set my

19   hand this 29th day of January, 2017.

20

21

22

23   _Lisa V. Feissner_

24

25   Lisa V. Feissner, RDR, CRR, CLR
```

# EXHIBIT 26

# Samyang Foods Co., Ltd.

Address: 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea
Home Page :http://www.samyangfood.co.kr
E-mail : gongwook@hotmail.com
Telephone : +82-2-940-3340~4, 940-3292
Facsimile : +82-2-919-6180

*TO:*  S. C. CONTINENT CORPORATION                                   *Date: FEB. 27, 2012.*
*Attn*: Mun Kyoung Chun, President; See Young Lee, Director; Woon Bae Yeo, Department Head
                                                                      *Total page(s): 2*
*From:* Overseas Sales Team                                           *including this covering*

Subject:  Our company's position regarding adjustment of when to start the price increase and change of the payment terms in 2012

I wish your company all the best.
We are deeply grateful that you have accepted our company's suggestions for normalization of the business in 2012.
Based on your company's official letters dated 2.13.2012 and 2.23.2012, the changes with the payment terms were accepted; however, as you have requested some discussion about the price and the procedure for the grace period, with the respect for your company's opinion, our company would like to apply the grace period to the price hereafter like below; please let us know what your company's thoughts are.

1) Price: Our company has increased the price as of August 1st 2011 like the attachment. However, the export price with your company, the increased portion in 2010, was supposed to be implemented as of January 1st, 2011; however, during the discussion, the 3-month-grace period was applied and it was applicable as of April 1st 2011; therefore, the increased portion as of August 1st 2011 was scheduled to be increased as of January 1st 2012 with our company's official letter dated 11.29.2011. However, with this request on your company's official letter dated 2.23.2012, as for the price increase, we would like to increase the price from $6.60 to $7.60 as of April 1st, 2012 for Samyang Ramen (120g) like the attachment. (The existing price is applicable up to the order as of March 31st 2012.)

2) Please refer to the attachment for the increased price and increase rate per item. (The causes for the price increase: drop in exchange rate 5%, rise in costs 6% [circled], payroll increase 2%, increase in maintenance cost 2%)

3) The payment terms: When the agreement is reached on the price increase and the timing of it, a modified *PRO-FORMA INVOICE* will be sent out again, when the payment is processed, production will be done immediately and then it will be shipped out.  Thank you.

Sincerely, Bong Hoon Kim/ Gong Ook Kim
Samyang Foods, Sales Department Head / Overseas Sales Team Leader (deputy)

cc

*SAMYANG FOODS, a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

*Internal 021*

# S. C. Price Increase in 2012

When the price is to be increased: 01.01.2012

Request for the grace period—02.23.2012
Applicable with the orders as of 04.01.2012

Samyang Brand's export price (Noodles in a bag)

| Item | # of PKGS | Existing price | Increased price | Increase rate | Note |
|---|---|---|---|---|---|
| Samyang Ramen | 120gX20 | $6.60 | $7.60 | 15.15% | For Multi, X2 |
| Kimchi Ramen | 120gX20 | $6.50 | $7.20 | 10.77% | |
| Samyang Ramen Spicy Flavor (Yukgaejang) | 120gX20 | $6.60 | $7.20 | 9.09% | |
| U-dong | 120gX20 | $6.50 | $7.20 | 10.77% | |
| Beef Flavor Ramen | 120gX20 | $6.50 | $7.20 | 10.77% | |
| Bajirak Kalgugsu | 100gX20 | $6.90 | $7.20 | 4.35% | |
| Chacharoni | 140gX20 | $7.50 | $7.50 | 0.00% | |
| Sutah Ramen | 120gX20 | $7.60 | $7.60 | 0.00% | |
| Seafood Party | 125gX20 | $7.80 | $7.80 | 0.00% | |
| Assorted Vegetable Ramen | 115gX40 | $18.60 | $19.50 | 4.84% | |

Samyang Brand's export price (Cup Ramen)

| Item | # of PKGS | Existing price | Increased price | Increase rate | Note |
|---|---|---|---|---|---|
| Kimchi Ramen | 86gX12 | $4.90 | $5.20 | 6.12% | |
| Yukgaejang | 86gX12 | $4.90 | $5.20 | 6.12% | |
| Samyang Cup Ramen | 65gX12 | $4.50 | $4.80 | 6.67% | |
| Samyang Big Bowl noodle Soup | 115gX16 | $9.00 | $9.00 | 0.00% | |

Samyang Brand's export price (Snack)

| Item | # of PKGS | Existing price | Increased price | Increase rate | Note |
|---|---|---|---|---|---|
| Chang Gu | 75gX30 | $8.60 | $9.90 | 15.12% | |
| Wang Chang Gu | 240gX10 | $9.30 | $9.90 | 6.45% | |
| Corn Snack | 45gX30 | $8.60 | $9.90 | 15.12% | |
| Topokki Snack | 75gX30 | $9.00 | $9.90 | 10.00% | |
| Star Popeye | 65gX30 | $6.30 | $6.30 | 0.00% | |

# *Samyang Foods Co., Ltd.*

**Address : 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea**
**Home Page : http://www.samyangfood.co.kr**
**E-mail: gongwook@hotmail.com**
**Telephone : +82-2-940-3340~4, 940-3292**
**Facsimile : +82-2-919-6180**

| | |
|---|---|
| **To : S.C CONTINENT CORPORATION** | **Date :FEB. 27, 2012.** |
| **Attn :** 전문경 사장님, 이시영 상무님, 여운배 부장님 | **Total page(s) : 2** |
| **From :** 해외영업팀 | **Including this covering** |

**Subject :** 2012 년 가격인상 시기 조율 및 결제 조건 변경에 대한 당사의 입장

귀사의 일의 번창하심을 기원드립니다.

당사의 2012 년 거래정상화를 위한 제안을 수용해 주신 점 깊이 감사드립니다.
귀사의 2012.2.13 일자, 2012.2.23 일자 공문에 의거 결제 조건 변경은 수용하나, 가격 부분에 대한
협의 및 유예 절차를 요청해 오신바, 당사에서는 귀사의 의견을 존중 아래와 같이 향후
가격부분에 대해서 유예 진행코자 하오니 귀사의 의견을 주시기 바랍니다.

1) 가격 : 당사는 2011 년 8 월 1 일자로 첨부와 같이 가격을 인상하였습니다. 하지만 귀사의
   수출가격은 2010년 인상분이 2011년 1월1일부터 시행되기로 되어있으나, 협의 과정에서
   3 개월 유예한 **2011 년 4 월 1 일부터 적용된바, 2011 년 8 월 1 일** 인상분을 당사의
   2011.11.29 일자 공문으로 2012 년 1 월부터 인상할 예정이었습니다. 하지만, 귀사의
   공번 2012.2.23 일자 공문 요청으로 가격인상을 2012 년 4 월 1 일자로 첨부와 같이
   삼양라면(120g)을 $6.80 에서 $7.60 인상코자 합니다. (<u>2012 년 3 월 31 일자 발주까지
   기존가격 적용</u>)
2) 품목별 가격인상액과 같은 첨부 참조 바랍니다.
   (가격인상 요인: 환율하락 5%, 원가상승 6%, 급여인상 2% 관리비 상승 2%)
3) 결제 조건 : 가격인상 및 시기에 대해 합의를 하시면 수정된 **PRO-FORMA INVOICE** 를
   다시 발송하고, 결제가 진행되면 바로 생산하여 선적토록 하겠습니다.
   감사합니다.
   김봉훈 / 김공욱 배상
   삼양식품 영업본부장 / 해외영업팀장(대)
   cc

*SAMYANG FOODS, a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

**EXHIBIT**
BH Kim-106
LVF   01-26-17

SY001315

# 2012년 S.C 가격인상

**인상시기 : 2012.01.01**     유예요청-2012.02.23
2012.04.01. 발주분부터 적용

삼양 브랜드 수출가(봉지면)

| 품목 | 입수 | 기존가 | 인상가 | 인상율 | 비고 |
|---|---|---|---|---|---|
| 삼양라면 | 120gX20 | $6.60 | $7.60 | 15.15% | 멀티는 X 2 |
| 김치라면 | 120gX20 | $6.50 | $7.20 | 10.77% | |
| 삼양라면 매운맛(육개장) | 120gX20 | $6.60 | $7.20 | 9.09% | |
| 우동 | 120gX20 | $6.50 | $7.20 | 10.77% | |
| 소고기면 | 120gX20 | $6.50 | $7.20 | 10.77% | |
| 바지락칼국수 | 100gX20 | $6.90 | $7.20 | 4.35% | |
| 짜짜로니 | 140gX20 | $7.50 | $7.50 | 0.00% | |
| 수타면 | 120gX20 | $7.60 | $7.60 | 0.00% | |
| 해물파티 | 125gX20 | $7.80 | $7.80 | 0.00% | |
| 맛있는 라면 | 115gX40 | $18.60 | $19.50 | 4.84% | |

삼양 브랜드 수출가(컵라면)

| 품목 | 입수 | 기존가 | 인상가 | 인상율 | 비고 |
|---|---|---|---|---|---|
| 김치라면 | 86gX12 | $4.90 | $5.20 | 6.12% | |
| 육개장 | 86gX12 | $4.90 | $5.20 | 6.12% | |
| 삼양컵라면 | 65gX12 | $4.50 | $4.80 | 6.67% | |
| 삼양큰컵 | 115gX16 | $9.00 | $9.00 | 0.00% | |

삼양 브랜드 수출가(스낵)

| 품목 | 입수 | 기존가 | 인상가 | 인상율 | 비고 |
|---|---|---|---|---|---|
| 짱구 | 75gX30 | $8.60 | $9.90 | 15.12% | |
| 왕짱구 | 240gX10 | $9.30 | $9.90 | 6.45% | |
| 사또밥 | 45gX30 | $8.60 | $9.90 | 15.12% | |
| 떡볶이 스낵 | 75gX30 | $9.00 | $9.90 | 10.00% | |
| 별뽀빠이 | 65gX30 | $6.30 | $6.30 | 0.00% | |

SY001316

# EXHIBIT 27



Planet Depos®
We Make It *Happen*™

**CONFIDENTIAL**

# Transcript of Bonghoon Kim - Volume 2

**Date:** July 6, 2017
**Case:** Sam Yang (U.S.A), Inc., et al. -v- Samyang Foods Co., Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

CONFIDENTIAL
Transcript of Bonghoon Kim - Volume 2
Conducted on July 6, 2017                                72

| | | |
|---|---|---|
| 1 | A    I don't recall that there was any | 15:24:15 |
| 2 | particularly big problems. | 15:24:18 |
| 3 | Q    Did you ever feel that you had to treat | 15:24:23 |
| 4 | that company differently than any other company with | 15:24:25 |
| 5 | whom Samyang Korea dealt? | 15:24:28 |
| 6 | A    When you say "treated them differently," | 15:24:53 |
| 7 | what do you mean? | 15:24:56 |
| 8 | Q    Differently than some other company.  They | 15:24:58 |
| 9 | got favorable sales terms, or... | 15:25:03 |
| 10 | A    Yes.  Yes, we did treat them favorably. | 15:25:13 |
| 11 | Q    There you go.  In what respect did you | 15:25:17 |
| 12 | treat them favorably? | 15:25:22 |
| 13 | A    The price was set at a lower price. | 15:25:38 |
| 14 | Q    Who set that price? | 15:25:41 |
| 15 | A    I probably did it. | 15:25:50 |
| 16 | Q    Why did you set that price low for this | 15:25:52 |
| 17 | particular entity? | 15:25:55 |
| 18 | A    That is because it was the daughter of the | 15:26:09 |
| 19 | new deceased honorable Chairman. | 15:26:12 |
| 20 | Q    Did the honorable Chairman ever instruct | 15:26:14 |
| 21 | you to treat his daughter's company differently than | 15:26:17 |
| 22 | any other company with whom Samyang Korea engaged? | 15:26:22 |
| 23 | A    No.  He wasn't that specific.  However, he | 15:26:50 |
| 24 | did say treat it well. | 15:26:54 |
| 25 | Q    Do you have any understanding what he | 15:26:58 |

| | | |
|---|---|---|
| 1 | meant when he suggested to you that you should treat | 15:27:00 |
| 2 | his daughter's company well? | 15:27:02 |
| 3 |     A    Well, what I took that as is that when it | 15:27:28 |
| 4 | comes to support, and whatnot, differentiated from | 15:27:32 |
| 5 | other companies. | 15:27:38 |
| 6 |     Q    How did you guys do that? | 15:27:39 |
| 7 |     A    As I told you before, we provided price | 15:27:58 |
| 8 | that were lower than other business partners; and I | 15:28:03 |
| 9 | seemed to recall that we supported, somewhat, in | 15:28:07 |
| 10 | marketing. | 15:28:12 |
| 11 |     Q    What do you recall in terms of supporting | 15:28:14 |
| 12 | that company in marketing?  What sorts of things did | 15:28:18 |
| 13 | you guys do? | 15:28:23 |
| 14 |     A    To my recollection, at the time, it was | 15:28:35 |
| 15 | provided on a container basis.  For example, certain | 15:28:38 |
| 16 | amount above and beyond the container. | 15:28:44 |
| 17 |     Q    Sir, notwithstanding that Samyang Korea | 15:28:55 |
| 18 | provided prices that were lower than other business | 15:28:58 |
| 19 | partners, generally, still able to turn a profit on | 15:29:01 |
| 20 | your business with Sam Yang (USA).  Correct? | 15:29:05 |
| 21 |     A    That, I don't know. | 15:29:30 |
| 22 |     Q    Sir, when did you leave Samyang Korea? | 15:29:31 |
| 23 |     A    January 14th 2016. | 15:29:42 |
| 24 |     WITNESS:  [Korean spoken] | 15:29:48 |
| 25 |     INTERPRETER:  Oh. | 15:29:48 |

CONFIDENTIAL

Transcript of Bonghoon Kim - Volume 2
Conducted on July 6, 2017                                74

| 1 | A    Actually, March 14th 2016. | 15:29:48 |
|---|---|---|
| 2 | Q    Were you involved, Sir, in any internal | 15:29:59 |
| 3 | discussions or communications regarding terminating | 15:30:04 |
| 4 | an agreement between Samyang Korea and Sam Yang | 15:30:09 |
| 5 | (USA)? | 15:30:12 |
| 6 | A    No. | 15:30:35 |
| 7 | Q    Sir, how many times in your career at | 15:30:36 |
| 8 | Samyang Korea did you discuss with the former | 15:30:39 |
| 9 | Chairman, anything having to do with his daughter's | 15:30:42 |
| 10 | company? | 15:30:46 |
| 11 | A    Between the now deceased honorary Chairman | 15:31:13 |
| 12 | and I, we weren't in a position where I held | 15:31:19 |
| 13 | discussions with him.  I was in a position where he | 15:31:23 |
| 14 | instructed.  And, to my recollection, he said that | 15:31:26 |
| 15 | one thing, that one time, as I told you. | 15:31:32 |
| 16 | Q    When did he tell you that one thing that | 15:31:35 |
| 17 | one time? | 15:31:38 |
| 18 | A    It's been a long time, so I don't remember | 15:31:47 |
| 19 | when that was. | 15:31:50 |
| 20 | Q    Did the honorary former Chairman ever | 15:31:50 |
| 21 | express to you any displeasure with how his daughter | 15:31:53 |
| 22 | treated him in their business dealings? | 15:32:00 |
| 23 | A    No.  Because I couldn't see him. | 15:32:21 |
| 24 | Q    How often did you interact with him when | 15:32:27 |
| 25 | you were at Samyang Korea? | 15:32:29 |

CONFIDENTIAL

Transcript of Bonghoon Kim - Volume 2

Conducted on July 6, 2017                               75

| | | | |
|---|---|---|---|
| 1 | A | Almost none.  Maybe once or twice a year. | 15:32:49 |
| 2 | Whenever I saw the Chairman, I couldn't even look at | | 15:33:00 |
| 3 | his eyes.  I couldn't see his face directly. | | 15:33:03 |
| 4 | Q | Why not? | 15:33:08 |
| 5 | A | Because I was scared of him. | 15:33:11 |
| 6 | Q | Why were you scared of him? | 15:33:14 |
| 7 | A | You are just supposed to be scared of him | 15:33:21 |
| 8 | like that. | | 15:33:23 |
| 9 | Q | Fair enough. | 15:33:26 |
| 10 | A | He was like the king. | 15:33:30 |
| 11 | Q | I'm actually a little bit curious about | 15:33:35 |
| 12 | this, so bear with me and then I'll turn to some of | | 15:33:37 |
| 13 | the documents, and maybe it will jog your memory. | | 15:33:41 |
| 14 | All right? | | 15:33:44 |
| 15 | | Was he an intimidating person? | 15:33:48 |
| 16 | A | No, that's not it. | 15:33:55 |
| 17 | Q | Was he a -- did you consider him to be a | 15:33:57 |
| 18 | good businessman? | | 15:34:01 |
| 19 | A | Yes. | 15:34:09 |
| 20 | Q | Disciplined man? | 15:34:10 |
| 21 | A | Yes. | 15:34:14 |
| 22 | Q | Someone who people probably couldn't take | 15:34:20 |
| 23 | advantage of? | | 15:34:23 |
| 24 | A | Correct. | 15:34:29 |
| 25 | Q | Tough guy? | 15:34:32 |

CONFIDENTIAL
Transcript of Bonghoon Kim - Volume 2
Conducted on July 6, 2017                                      76

| | | |
|---|---|---|
| 1 | A    When you say "tough," what do you mean? | 15:34:38 |
| 2 | Q    Well, just intimidating; imposing; | 15:34:41 |
| 3 | difficult.  Any of those sorts of things that made | 15:34:44 |
| 4 | other businesspeople wary of him. | 15:34:48 |
| 5 | A    As far as I remember our honorary | 15:35:42 |
| 6 | Chairman, I remember him as someone who's very | 15:35:46 |
| 7 | logical and reasonable, and someone who was very | 15:35:49 |
| 8 | frugal.  So, all of the employees respected him. | 15:35:56 |
| 9 | So, he held a force that required reverence. | 15:36:06 |
| 10 | Q    Thank you.  He treated people well? | 15:36:23 |
| 11 | A    Yes. | 15:36:29 |
| 12 | Q    And he treated his employees well and was | 15:36:30 |
| 13 | respectful of them? | 15:36:33 |
| 14 | A    Yes.  Can I give you an example? | 15:36:40 |
| 15 | Q    I'd love one, thank you. | 15:36:43 |
| 16 | A    Well, one of the examples was that at one | 15:37:21 |
| 17 | time in my career in the company, there was a period | 15:37:23 |
| 18 | of time where I spent every night at the company for | 15:37:27 |
| 19 | some six months period. | 15:37:31 |
| 20 |      And, one night, accidently, I got on to | 15:37:33 |
| 21 | the elevator with the Chairman, and, you know, we | 15:37:38 |
| 22 | should not have been riding the elevator together, | 15:37:45 |
| 23 | but I just happened to be riding with him.  And he | 15:37:48 |
| 24 | told me, "You are a young man, so you should really | 15:37:54 |
| 25 | think of your health when you work." | 15:37:57 |

CONFIDENTIAL
Transcript of Bonghoon Kim - Volume 2
Conducted on July 6, 2017                                    104

```
1              C E R T I F I C A T E

2

3         I, Giselle M. Mitchell, RPR, CRI, do

4    hereby certify that the witness was first duly sworn

5    by me pursuant to stipulation of counsel and that I

6    was authorized to and did report said proceedings.

7         I further certify that the foregoing transcript

8    is a true and correct record of the proceedings; that

9    said proceedings were taken by me stenographically

10   and thereafter reduced to typewriting under my

11   supervision; that reading and signing was not

12   requested; and that I am neither attorney nor counsel

13   for, nor related to or employed by, any of the

14   parties to the action in which this deposition was

15   taken; and that I have no interest, financial or

16   otherwise, in this case.

17

18        IN WITNESS WHEREOF, I have hereunto set my hand

19   this 17th day of July, 2017.

20

21

22

23   GISELLE M. MITCHELL, RPR, CRI

24

25
```

# EXHIBIT 28



**CONFIDENTIAL**

# Transcript of Seunghyun Kim - Volume 2

**Date:** July 6, 2017
**Case:** Sam Yang (U.S.A), Inc., et al. -v- Samyang Foods Co., Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

CONFIDENTIAL
Transcript of Seunghyun Kim - Volume 2
Conducted on July 6, 2017                    132

| | | |
|---|---|---|
| 1 | A    With the retail stores. | 11:10:07 |
| 2 | Q    What do these end caps look like?  Please | 11:10:08 |
| 3 | describe? | 11:10:12 |
| 4 | A    Okay.  You want me to show you in | 11:10:13 |
| 5 | pictures? | 11:10:16 |
| 6 | MR. RHOW:  No.  Just describe it. | 11:10:17 |
| 7 | THE WITNESS:  That will be a display | 11:10:42 |
| 8 | section that is at the end of each shelving -- | 11:10:44 |
| 9 | INTERPRETER:  Strike that. | 11:10:52 |
| 10 | A    I am talking about a location at the | 11:10:54 |
| 11 | beginning of the shelf where you can have a logo, | 11:10:56 |
| 12 | and having only your product displayed, so the | 11:11:00 |
| 13 | consumer can see your brand and your product right | 11:11:06 |
| 14 | away in the beginning of the ramen section. | 11:11:10 |
| 15 | Q    These tasting events you've identified, | 11:11:16 |
| 16 | does Samyang Korea provide any financial support to | 11:11:19 |
| 17 | ENI for the hosting of these events? | 11:11:22 |
| 18 | A    Yes.  For a portion of it.  Yes. | 11:11:31 |
| 19 | Q    Is there any sort of set amount that you | 11:11:40 |
| 20 | guys pay? | 11:11:43 |
| 21 | A    Well, the expense that is required to run | 11:12:19 |
| 22 | these tasting events.  For example, usually, this | 11:12:25 |
| 23 | tasting goes on three days, encompassing the | 11:12:31 |
| 24 | weekend -- Friday, Saturday and Sunday. | 11:12:37 |
| 25 | And, in order to have someone manning the | 11:12:40 |

| | | |
|---|---|---|
| 1 | tasting booth, it would take $130 per person.  So, | 11:12:44 |
| 2 | for three days, the cost will be $390.  And, | 11:12:54 |
| 3 | including the product cost that is involved in those | 11:12:58 |
| 4 | three days, the total amount will come to $450. | 11:13:01 |
| 5 | So, if we were looking at going rotation | 11:13:07 |
| 6 | of this tasting event throughout the country, that | 11:13:10 |
| 7 | expense will amount to about $80,000 per month.  So, | 11:13:14 |
| 8 | currently, ENI is spending about $80,000 a month for | 11:13:19 |
| 9 | this marketing purposes. | 11:13:27 |
| 10 | Q    $80,000 US? | 11:13:31 |
| 11 | A    Yes, $80,000 US per month. | 11:13:35 |
| 12 | Q    And does Samyang Korea pay any portion of | 11:13:42 |
| 13 | that $80,000? | 11:13:44 |
| 14 | A    Yes. | 11:13:55 |
| 15 | Q    What portion of it? | 11:13:57 |
| 16 | A    Well, we're trying to support at least 50 | 11:14:10 |
| 17 | per cent, but we usually fall short of that. | 11:14:13 |
| 18 | Q    And the support you guys provide in this | 11:14:17 |
| 19 | marketing effort, is it based on any sort of written | 11:14:21 |
| 20 | agreement? | 11:14:25 |
| 21 | A    No. | 11:14:38 |
| 22 | Q    Is it based on some sort of an oral | 11:14:38 |
| 23 | agreement, or oral understanding? | 11:14:45 |
| 24 | A    Every month, we would receive a written | 11:15:19 |
| 25 | marketing plan that will be -- that are being | 11:15:23 |

CONFIDENTIAL

Transcript of Seunghyun Kim - Volume 2
Conducted on July 6, 2017                                          134

| | | |
|---|---|---|
| 1 | planned.  For example, how many tasting events; at | 11:15:28 |
| 2 | what location they are planning; and, what kind of | 11:15:33 |
| 3 | promotional activities they are trying to undertake. | 11:15:37 |
| 4 | Or, some of the events they want to sponsor with | 11:15:40 |
| 5 | products. | 11:15:46 |
| 6 | And, based on that plan, we would look at | 11:15:47 |
| 7 | it and then we would make our plans as to which ones | 11:15:50 |
| 8 | we want to support.  So, this would be done on case | 11:15:58 |
| 9 | by case on a monthly basis. | 11:16:04 |
| 10 | Q    For how many years has Samyang Korea | 11:16:07 |
| 11 | received monthly marketing plans from ENI? | 11:16:09 |
| 12 | A    From the latter part of last year. | 11:16:28 |
| 13 | Q    Did T. Up ever provide you guys with | 11:16:31 |
| 14 | written monthly marketing plans? | 11:16:34 |
| 15 | A    No. | 11:16:45 |
| 16 | Q    Did T. Up ever provide you guys with | 11:16:46 |
| 17 | anything related to their efforts to market the | 11:16:49 |
| 18 | product? | 11:16:52 |
| 19 | A    No. | 11:17:06 |
| 20 | Q    Did T. Up ever ask you guys for any sort | 11:17:07 |
| 21 | of marketing support? | 11:17:11 |
| 22 | A    Yes. | 11:17:20 |
| 23 | Q    What sorts of things do you recall them | 11:17:20 |
| 24 | asking for? | 11:17:23 |
| 25 | A    They wanted to run a product sale, so they | 11:17:36 |

CONFIDENTIAL
Transcript of Seunghyun Kim - Volume 2
Conducted on July 6, 2017                                    172

| | | |
|---|---|---|
| 1 | they conduct a tasting, and whatnot, and based on | 01:19:09 |
| 2 | some kind of plan, they receive support. | 01:19:13 |
| 3 | As far as TV advertising is concerned, | 01:19:33 |
| 4 | Samyang Korea is not doing TV advertising even in | 01:19:35 |
| 5 | Korea.  And, for the statement where there is | 01:19:41 |
| 6 | absolutely no advertising or promotion activity, | 01:19:56 |
| 7 | that's something Sam Yang (USA) should have | 01:19:59 |
| 8 | undertaken, but in this statement, it is putting | 01:20:01 |
| 9 | that responsibility to Samyang Korea. | 01:20:06 |
| 10 | Q    Was Samyang Korea providing any | 01:20:12 |
| 11 | advertising or promotional support to Sam Yang (USA) | 01:20:14 |
| 12 | in early 2014? | 01:20:18 |
| 13 | A    No. | 01:20:31 |
| 14 | Q    Sir, paragraph numbered three, Mr. Yeo is | 01:20:32 |
| 15 | indicating that Nongshim, Ottogi and Paldo did not | 01:20:40 |
| 16 | have any price increase in 2012 and 2013.  Do you | 01:20:47 |
| 17 | agree or disagree with that statement? | 01:20:55 |
| 18 | A    Well, I really have no way to verify | 01:21:10 |
| 19 | whether that is a true statement or not, but, as I | 01:21:14 |
| 20 | told you before, Sam Yang (USA) was receiving most | 01:21:33 |
| 21 | competitive price, compared to any country or any | 01:21:36 |
| 22 | region. | 01:21:41 |
| 23 | As I told you before, whenever we tried to | 01:21:50 |
| 24 | increase price of Sam Yang (USA), it never took | 01:21:54 |
| 25 | place as we intended. | 01:22:00 |

CONFIDENTIAL
Transcript of Seunghyun Kim - Volume 2
Conducted on July 6, 2017                                  173

| 1 | Q    What do you mean by that? | 01:22:09 |
| 2 | A    Whenever we suggest a price increase of | 01:22:40 |
| 3 | certain products, if we look at when, actually, that | 01:22:44 |
| 4 | price increase took place, or what products had | 01:22:52 |
| 5 | price increase, it's never the same as what we | 01:22:57 |
| 6 | suggested.  They constantly tried to negotiate with | 01:23:01 |
| 7 | us and it did not become effective until much later | 01:23:06 |
| 8 | time. | 01:23:12 |
| 9 | Q    Sir, paragraph number four, Mr. Yeo | 01:23:15 |
| 10 | suggests that Sam Yang (USA) had not been able to | 01:23:20 |
| 11 | import any new products for 10 to 15 years.  Did you | 01:23:25 |
| 12 | have any understanding, at the time you read this, | 01:23:30 |
| 13 | in January 2014, as to whether or not that statement | 01:23:34 |
| 14 | was accurate or not? | 01:23:37 |
| 15 | A    That is a correct statement. | 01:24:04 |
| 16 | Q    Then he goes on to identify some products | 01:24:08 |
| 17 | that were -- have been discontinued.  Are those -- | 01:24:10 |
| 18 | is that an accurate representation of products that | 01:24:14 |
| 19 | had been discontinued? | 01:24:17 |
| 20 | A    Until 2015, Samyang Foods Co. Ltd. | 01:24:50 |
| 21 | manufactured, basically, for domestic consumption. | 01:24:54 |
| 22 | So, therefore, we really did not have new products | 01:25:02 |
| 23 | for export purposes. | 01:25:07 |
| 24 | Q    All right, Sir.  Paragraph number five, | 01:25:10 |
| 25 | he's talking about the severe stale smell issue. | 01:25:15 |

CONFIDENTIAL
Transcript of Seunghyun Kim - Volume 2
Conducted on July 6, 2017                                    191

```
1                    C E R T I F I C A T E

2

3        I, Giselle M. Mitchell, RPR, CRI, do hereby

4   certify that the witness was first duly sworn by me pursuant to

5   stipulation of counsel and that I was authorized to and did

6   report said proceedings.

7        I further certify that the foregoing transcript is a

8   true and correct record of the proceedings; that said proceedings

9   were taken by me stenographically and thereafter reduced to

10  typewriting under my supervision; that reading and signing was

11  not requested; and that I am neither attorney nor counsel for,

12  nor related to or employed by, any of the parties to the action

13  in which this deposition was taken; and that I have no interest,

14  financial or otherwise, in this case.

15

16       IN WITNESS WHEREOF, I have hereunto set my hand this

17  18th day of July, 2017.

18

19

20

21  GISELLE M. MITCHELL, RPR, CRI

22

23

24

25
```

# EXHIBIT 29

SUH LAW GROUP, APC
MICHAEL K. SUH (CA Bar No. 213855)
EDWARD W. SUH (CA Bar No. 265356)
3810 WILSHIRE BLVD., SUITE 1212
LOS ANGELES, CA 90010
Telephone:   (213)385-7347
Facsimile:    (213)383-3323
Michael@suhlawgroup.com
Edward@suhlawgroup.com

Attorneys for Plaintiffs/Counter-Defendants
SAM YANG (U.S.A.), INC., ROYPAC, INC. dba
S.C. CONTINENT CORPORATION, MUN-
KYUNG CHUN

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAM YANG (U.S.A.), INC.;<br>ROYPAC, INC. dba S.C.<br>CONTINENT CORPORATION; | Case No. 2:15-cv-07697-AB-KS<br><br>**SAMYANG (U.S.A.), INC.'S RESPONSES TO DEFENDANT SAMYANG FOODS CO., LTD'S FIRST SET OF INTERROGATORIES** |
| Plaintiffs, | |
| vs. | |
| SAMYANG FOODS CO., LTD.; and<br>Does 1 through 20, inclusive | |
| Defendants. | |
| SAMYANG FOODS CO., LTD., | |
| Counter-Claimant, | |
| vs. | |
| SAM YANG (U.S.A.), INC.;<br>ROYPAC, INC. dba S.C.<br>CONTINENT CORPORATION;<br>MUN-KYUNG CHUN, and Does 1<br>through 20, inclusive | |
| Counter-Defendants. | |

PROPOUNDING PARTY:    Samyang Foods Co., Ltd.

RESPONDING PARTY:    Sam Yang (U.S.A.), Inc.

SET:    One

Sam Yang (U.S.A.), Inc. ("Responding Party"), through its attorneys, hereby provides the following objections and responses to the First Set of Interrogatories propounded by Samyang Foods Co., Ltd.

## PRELIMINARY STATEMENT

These responses are based upon Responding Party's perception and understanding of the nature and type of information requested and upon information presently known and available to Responding Party and its attorneys of record in this action. Responding Party has not completed its investigation of facts and documents, its discovery, or its preparation for trial. Responding Party anticipates that further discover, investigation, legal research, and analysis will supply additional facts and add meaning to known facts, all of which may lead to substantial changes or variations in the responses referenced below. Without obligating herself to do so, Responding Party hereby reserves the right to supplement, revise, modify, or amend these responses and to correct any inadvertent errors or omissions which may be contained herein in light of information which it may subsequently obtain or discover, and to rely upon such information in subsequent proceedings, motions, or at trial in this action.

These responses are made solely for the purpose of, and in relation to, this action. Each response is given subject to all appropriate objections and grounds therefore are reserved and may be interposed without limitation at a later time.

## GENERAL OBJECTIONS

In addition to those grounds for objection which may be set forth specifically in response to a particular interrogatory, Responding Party objects generally to <u>each</u> interrogatory on the following grounds, and <u>each</u> of Responding Party's individual responses incorporates, and is to be read in light of, these General Objections:

1.    Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred from the responses or objections to the Interrogatories.

SYUSA'S RESPONSES TO SAMYANG FOODS CO., LTD'S INTERROGATORIES

2.    Responding Party objects to the Interrogatories and specifically to each interrogatory therein to the extent it calls for information which is protected from disclosure by (a) the attorney-client privilege: (b) the work product doctrine; or (c) any other privilege or doctrine. Responding Party will not provide any information it contends is protected under any such privilege and/or doctrine.

3.    Responding Party objects to the Interrogatories and specifically to each interrogatory therein to the extent it purports to require Responding Party to disclose private, privileged, confidential, and proprietary commercial information or business information containing trade secrets, and Responding Party and his counsel hereby assert all applicable privileges and rights to privacy with respect to such information. To the extent that Responding Party agrees to produce such information subject to his objections, production would be under the terms of a stipulated protective order as appropriate.

4.    Responding Party objects to any interrogatory to the extent that it seeks the identification of "all," "each," "any," or "every" fact, person, or document of a specific nature or type when a limited number of such facts, persons, or documents would supply the requested information, on the grounds that such a requirement makes the interrogatory overbroad, unduly burdensome, and oppressive.

5.    Responding Party objects to the Interrogatories and specifically to each interrogatory therein to the extent it purports to require Responding Party to provide any information not in its possession, custody, or control, or already in the possession of Propounding Parties or its counsel, or equally available to Propounding Parties or its counsel, on the grounds that such interrogatory is unnecessary, unduly burdensome, and oppressive, constitutes annoyance, harassment, and oppression of Responding Party and goes beyond the obligations imposed or authorized by California law.

6.    Responding Party objects to the Interrogatories to the extent they seek information about individuals or entities who are not parties to this action.

7.     Responding Party objects to each of the Interrogatories to the extent it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, and therefore, beyond the scope of discovery.

8.     These responses are given without waiving, and expressly reserving: (a) all objections as to the competency, relevancy, materiality, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action, including the trial of this action, or in any other action; (b) all privileges, including the attorney-client privilege and the work product doctrine; and (c) the right to object to the use of such responses, or the subject matter thereof, on any ground in any further proceeding in this action, including the trial of this action, or in any other action.

9.     These General Objections are hereby incorporated by this reference into the Specific Responses below.

## RESPONSES TO SPECIAL INTERROGATORIES

**INTERROGATORY NO. 1**

IDENTIFY any and all of YOUR current and former employees or agents who are or have been involved in dealings with Samyang under the DISTRIBUTION AGREEMENT.

**RESPONSE TO INTERROGATORY NO. 1**

Responding Party objects to this Interrogatory as vague and ambiguous. Responding Party further objects to this Interrogatory as overbroad in time and scope. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Roypac, Inc. has primarily been the company dealing with Samyang regarding the Distribution Agreement as Responding Party's agent.

**INTERROGATORY NO. 2**

IDENTIFY all of YOUR current and former employees or agents who are or have been involved in negotiations or COMMUNICATIONS RELATING TO termination of the DISTRIBUTION AGREEMENT.

**RESPONSE TO INTERROGATORY NO. 2**

Responding Party objects to this Interrogatory as vague and ambiguous. Responding Party further objects to this Interrogatory as overbroad in time and scope. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Roypac, Inc.'s employees have primarily been handling discussions regarding any purported termination of the Distribution Agreement.

**INTERROGATORY NO. 3**

IDENTIFY all of YOUR current and former employees or agents who were involved in negotiations or COMMUNICATIONS RELATING TO execution of the DISTRIBUTION AGREEMENT prior to November 29, 1997.

**RESPONSE TO INTERROGATORY NO. 3**

Responding Party objects to this Interrogatory as vague and ambiguous. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Mun Kyung Chun, Byung Tae Kim, Jong Min Lee.

**INTERROGATORY NO. 4**

IDENTIFY each act or omission by SAMYANG that supports YOUR contention in paragraph 14 of the FAC that SAMYANG breached the DISTRIBUTION AGREEMENT by exporting its products to the United States, Canada, and Mexico.

**RESPONSE TO INTERROGATORY NO. 4**

Responding Party objects to this interrogatory to the extent it requires Responding Party to create a compilation from documents. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: SAMYANG has breached the Distribution Agreement continuously since as early as 2006, and possibly even earlier. Discovery is currently ongoing and the full extent of Samyang's breach is currently unknown. Responding Party is currently aware that Samyang has shipped

products in breach of the Distribution Agreement to many companies in North America, including ENI Dist, Inc., T.Up Trading, Inc., Seohae Fisher USA, Inc., Express21, Inc., A2M U.S.A., Inc., Pioneer Logistics, Inc., Ho-Won Trading Canada, Pan Asia Food Co., Ltd., Total Express HQ, and Suhkyong Canada Ltd. Responding Party reserves the right to supplement this response with additional detail once discovered. Facts are alleged in the FAC, and shipping documents that are in Responding Party's possession that show shipments to other parties in the United States is produced in response to the requests for production.

**INTERROGATORY NO. 5**

STATE all facts supporting YOUR contention in paragraph 30 of the FAC that Samyang breached its obligation under the DISTRIBUTION AGREEMENT to timely modify its products for import to the United States by SYUSA.

**RESPONSE TO INTERROGATORY NO. 5**

Responding Party objects to this interrogatory as the information is equally available to Propounding Party. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing and all the facts are not currently yet known to Plaintiffs. Samyang would periodically release new products in Korea, which would contain ingredients that were not always compliant with FDA regulations. When Plaintiffs would place orders for these new products, Samyang would consistently delay making the changes needed to allow Plaintiffs to import and sell the product in the United States. Furthermore, Samyang would make the necessary ingredient changes and then hide this fact from Plaintiffs, and would instead sell these products to other distributors in violation of the Distribution Agreement. Facts are alleged in the FAC.

**INTERROGATORY NO. 6**

STATE all facts supporting YOUR contention in paragraph 33 of the FAC that Samyang's failure to provide SYUSA with popular new products has hindered growth of SYUSA's business and market share in the United States.

**RESPONSE TO INTERROGATORY NO. 6**

Responding Party objects to this interrogatory as the information is equally available to Propounding Party. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing and all the facts are not currently yet known to Plaintiffs. Samyang would periodically release new products in Korea, which would contain ingredients that were not always compliant with FDA regulations. When Plaintiffs would place orders for these new products, Samyang would consistently delay making the changes needed to allow Plaintiffs to import and sell the product in the United States. Furthermore, Samyang would make the necessary ingredient changes and then hide this fact from Plaintiffs, and would instead sell these products to other distributors in violation of the Distribution Agreement. Samyang's deliberate failure to provide Plaintiffs with new products would cause Plaintiffs to miss key growth opportunities when there was hype and buzz regarding new products that were released in Korea. Customers, and in particular the Korean-American general population in North America, are plugged into media and social media outlets and hear about new products that are released in Korea. By the time that the products actually are shipped to Plaintiffs, customers have moved on to new products that were released by competitors, thus stymieing the growth potential of Plaintiffs. Facts are alleged in the FAC.


**INTERROGATORY NO. 7**

STATE all facts supporting YOUR contention in paragraph 34 of the FAC that Samyang breached the DISTRIBUTION AGREEMENT by requiring YOU to pay for goods in advance of shipment.

**RESPONSE TO INTERROGATORY NO. 7**

Responding Party objects to this interrogatory as the information is equally available to Propounding Party. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: The Distribution Agreement contains key payment terms governing the payment of goods that Plaintiffs ordered from Samyang. The Distribution Agreement clearly states that the payment terms cannot be changed. Samyang breached the Distribution Agreement by unilaterally changing the payment terms on Plaintiffs and requiring that Plaintiffs make different payment arrangements under the threat of not being able to continue to place purchase orders to be fulfilled.

**INTERROGATORY NO. 8**

STATE all facts supporting YOUR contention in paragraph 36 of the FAC that Samyang does not require payment prior to shipment of goods to its other distributors.

**RESPONSE TO INTERROGATORY NO. 8**

Responding Party objects to this Interrogatory as vague and ambiguous.  Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing. However, Samyang has distributorship agreements with distributors in other countries or other geographic locations where Samyang does not require payment prior to the shipment of goods.

**INTERROGATORY NO. 9**

IDENTIFY each act or omission by Samyang that YOU contend violated any provision of statutory of common intellectual property law.

**RESPONSE TO INTERROGATORY NO.9**

Responding Party objects to this Interrogatory as vague and ambiguous. Responding Party further objects as this information is equally available to Propounding Party. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing. However,

Samyang was required to assign all trademarks and other intellectual property to Responding Party pursuant to the Distribution Agreement, and Responding Party is the rightful owner of all of the "Samyang" trademarks and intellectual property in the United States. Any use by any other company, including the unlawful assignment or licensing of the "Samyang" trademark to other companies by Samyang, is a violation and breach of the ownership rights of the "Samyang" trademark held by Responding Party. This includes the sale and distribution of Samyang's products to other companies in North America for resale, as such products bear the "Samyang" trademark, which can only be used with Responding Party's permission. Discovery is currently ongoing into the various sales and distribution of products made by Samyang to other parties in North America.

## INTERROGATORY NO. 10

For each separate act or omission identified in Interrogatory No. 9, state all facts supporting YOUR contention that Samyang engaged in that act or omission.

## RESPONSE TO INTERROGATORY NO. 10

Responding Party objects to this Interrogatory as vague and ambiguous. Responding Party further objects as this information is equally available to Propounding Party. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing. However, Samyang was required to assign all trademarks and other intellectual property to Responding Party pursuant to the Distribution Agreement, and Responding Party is the rightful owner of all of the "Samyang" trademarks and intellectual property in the United States. Any use by any other company, including the unlawful assignment or licensing of the "Samyang" trademark to other companies by Samyang, is a violation and breach of the ownership rights of the "Samyang" trademark held by Responding Party. This includes the sale and distribution of Samyang's products to other companies in North America for resale, as such products bear the "Samyang" trademark, which can only be used with Responding Party's permission. Discovery is currently

ongoing into the various sales and distribution of products made by Samyang to other parties in North America.

**INTERROGATORY NO. 11**

State all facts supporting YOUR contention in paragraph 55 of the FAC that a conspiracy to increase Samyang's Korean domestic ramen prices resulted in artificially inflated prices of ramen YOU purchased from Samyang for sale in the United States.

**RESPONSE TO INTERROGATORY NO. 11**

Responding Party further objects to this Interrogatory as overbroad in time and scope. Responding Party further objects as this information is equally available to Propounding Party. Responding Party objects to this Interrogatory as vague and ambiguous. Subject to and without waiving the general objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing. However, Samyang artificially inflated the prices of ramen in conjunction with other ramen manufacturers in Korea. The increases in prices were made under the pretense that the prices of raw materials or ingredients had increased, when in fact the raises were made primarily as a result of an agreement to artificially inflate prices with other manufacturers. Additional facts are alleged in the FAC, and additional discovery will provide more detail into this.

**INTERROGATORY NO. 12**

State all facts supporting YOUR contention in paragraph 76 of the FAC that Samyang acted in bad faith to intentionally disrupt YOUR business.

**RESPONSE TO INTERROGATORY NO. 12**

Responding Party objects to this Interrogatory as the information sought is equally available to the Propounding Parties. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Discovery is currently ongoing. However, the FAC contains the facts regarding Samyang's actions. All of the actions that Samyang took as alleged in the FAC were done with no

justification and with purely the intention of making it more difficult for Plaintiffs to conduct business. Samyang deliberately continuously breached the Distribution Agreement in an effort to undermine Plaintiffs' business because Samyang did not like the terms of the Distribution Agreement that had been mutually agreed upon at a time when a different person was in charge of Samyang.

**INTERROGATORY NO. 13**

Do YOU contend that the DISTRIBUTION AGREEMENT is not subject to termination prior to expiration of the 100-year contract term?

**RESPONSE TO INTERROGATORY NO. 13**

Responding Party objects to this Interrogatory as the information sought is equally available to the Propounding Parties. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Yes, the Distribution Agreement does not contain a termination provision and is not subject to unilateral termination.

**INTERROGATORY NO. 14**

State all facts RELATING TO YOUR answer to Interrogatory No. 13.

**RESPONSE TO INTERROGATORY NO. 14**

Responding Party objects to this Interrogatory as the information sought is equally available to the Propounding Parties. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: The Distribution Agreement does not contain a termination provision and is not subject to unilateral termination. Furthermore, Plaintiffs have complied with the terms of the Distribution Agreement, and have intentions of continuing to perform under the terms of the Distribution Agreement.

**INTERROGATORY NO. 15**

Do YOU contend that as of November 29, 1997, the payment term under the
DISTRIBUTION AGREEMENT was fixed at payment within 90 days after delivery of goods?

**RESPONSE TO INTERROGATORY NO. 15**

Responding Party objects to this Interrogatory as the information sought is equally
available to the Propounding Parties. Subject to and without waiving said objections, and to the
extent that Responding Party understands the Interrogatory, Responding Party responds as
follows: Yes.

**INTERROGATORY NO. 16**

State all facts RELATING TO YOUR answer to Interrogatory No. 15.

**RESPONSE TO INTERROGATORY NO. 16**

Responding Party objects to this Interrogatory as the information sought is equally
available to the Propounding Parties. Subject to and without waiving said objections, and to the
extent that Responding Party understands the Interrogatory, Responding Party responds as
follows: The Distribution Agreement specifically contains a provision regarding payment terms
for goods, specifically that the payment terms would be maintained at the levels at the time the
Distribution Agreement was entered and that it would not be changed.

**INTERROGATORY NO. 17**

Do YOU contend that the DISTRIBUTION AGREEMENT prohibits any change in
payment terms by Samyang?

**RESPONSE TO INTERROGATORY NO. 17**

Responding Party objects to this Interrogatory as the information sought is equally
available to the Propounding Parties. Subject to and without waiving said objections, and to the
extent that Responding Party understands the Interrogatory, Responding Party responds as
follows: Yes.

**INTERROGATORY NO. 18**

State all facts RELATING TO YOUR answer to Interrogatory No. 17.

**RESPONSE TO INTERROGATORY NO. 18**

Responding Party objects to this Interrogatory as the information sought is equally available to the Propounding Parties. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: The Distribution Agreement contains specific terms regarding payment for goods and does not contain any terms allowing for the modification thereof, especially not unilaterally. Specifically, the Distribution Agreement states that "SAMYANG KOREA shall not… change the payment terms."

**INTERROGATORY NO. 19**

Do YOU contend that YOU have used best efforts to generate sales for Samyang between November 29, 1997 and July 31, 2016?

**RESPONSE TO INTERROGATORY NO. 19**

Responding Party objects to this Interrogatory as overbroad and vague and ambiguous. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Yes.

**INTERROGATORY NO. 20**

State all facts RELATING TO YOUR answer to Interrogatory No. 19.

**RESPONSE TO INTERROGATORY NO. 20**

Responding Party objects to this Interrogatory as overbroad and vague and ambiguous. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Plaintiffs have continuously engaged in the business of distributing Samyang's products despite minimal to no support from Samyang. Plaintiffs have had to create relationships, build distribution networks, and market and sell Samyang products despite no advertising or marketing support from Samyang, and despite Samyang actively taking steps to disrupt Plaintiffs' business through such measures like

artificially raising prices, changing payment terms, selling products into Plaintiffs' market without Plaintiffs' knowledge or consent, and not matching FDA regulations until the buzz behind new products is already dead. Furthermore, Responding Party took active steps to mitigate any damages when Samyang Foods shipped defective products to the U.S. in an effort to damage Responding Party's business, where the products emitted a horrible and disgusting stench that caused the food to be inedible.

**INTERROGATORY NO. 21**

IDENTIFY any and all of the customers located in the East Coast region of the United states that YOU contend that YOU have provided Samyang products.

**RESPONSE TO INTERROGATORY NO. 21**

Responding Party objects to this Interrogatory as overbroad in time and scope, and is vague and ambiguous.  Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Grand Supercenter, Inc., Wang Globalnet, Rhee Bros, Inc., D.Y. Import Co., Inc., CJ Foods, Inc., Seoul Shik Poom.

**INTERROGATORY NO. 22**

DESCRIBE any and all distribution channels in the East Coast region of the United States that YOU contend that YOU identified and developed for Samyang products.

**RESPONSE TO INTERROGATORY NO. 22**

Responding Party objects to this Interrogatory as overbroad in time and scope, and is vague and ambiguous. Responding Party further objects as this Interrogatory is duplicative of Interrogatory No. 21.

**INTERROGATORY NO. 23**

State all facts supporting YOUR contention in paragraph 84 of the FAC that the value of the remaining 81 years of the DISTRIBUTION AGREEMENT is in excess of one billion dollars.

**RESPONSE TO INTERROGATORY NO. 23**

Responding Party objects to this Interrogatory as overbroad and vague and ambiguous. Responding Party further objects as this interrogatory seeks premature disclosure of expert opinion.

**INTERROGATORY NO. 24**

IDENTIFY each copyright or trademark YOU have registered or attempted to register in the United States RELATING TO Samyang or Samyang's food products, including the product name, date of initial and subsequent applications, and date of approval, if any.

**RESPONSE TO INTERROGATORY NO. 24**

Responding Party objects to this Interrogatory as overbroad and vague and ambiguous. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Plaintiffs own the rights to all "Samyang" trademarks. Plaintiffs are currently in the process of attempting to renew the applications for Samyang Ramen and Samyang Cup Ramen in conjunction with Plaintiffs' ownership rights to those names, and the applications are currently pending.

**INTERROGATORY NO. 25**

DESCRIBE all actions YOU took from April 21, 2016 and August 1, 2016 to avoid or mitigate any alleged business losses or damages from resulting from termination of the DISTRIBUTION AGREEMENT, including, but not limited to, any negotiations, agreements, or COMMUNICATIONS with manufacturers, retailers, or distributors.

**RESPONSE TO INTERROGATORY NO. 25**

Responding Party objects to this Interrogatory as overbroad and vague and ambiguous. Subject to and without waiving said objections, and to the extent that Responding Party understands the Interrogatory, Responding Party responds as follows: Plaintiffs have continued to place purchase orders with Samyang for fulfillment pursuant to the terms of the Distribution Agreement. Plaintiffs also continue to enforce their rights to the exclusive distribution rights of

Samyang products in North America, including taking active measures to stop the illegal import and distribution of Samyang products without Plaintiffs' knowledge or consent.

Dated:      October 17, 2016          SUH LAW GROUP, APC


By: /s/ Edward Suh
          Edward Suh
Attorneys for Plaintiff/Counterdefendants
SAM YANG (U.S.A.), INC., ROYPAC, INC.,
MUN-KYUNG CHUN

## VERIFICATION

I am an authorized agent of Sam Yang (U.S.A.), Inc., a party in the above-entitled action and the Responding Party to Samyang Foods Co., Ltd.'s First Set of Interrogatories. I have reviewed the foregoing Responses and know the contents thereof. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October ⁄ ৪, 2016 at Los Angeles, California.


See Young Lee

VERIFICATION

# EXHIBIT 30

# *Samyang Foods Co., Ltd.*

Address 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea
Home Page : http://www.samyangfood.co. kr
E-mail : gongwook@hotmail.com
Telephone : +82-2-940-3340-4, 940-3382
Facsimile : +82-2-919-6180

To : S. C. CONTINENT CORPORATION                                    Date: NOV. 27, 2008.
Attn. : Managing Director Si Young Lee, General Manager Woonbae Yeo    Total page(s) :1
From : Overseas Sales Team                                     including this covering

Subject: Regarding price as of November 14 & our direct export to Central and South America sales market

How are you?
Please see our reply as follows regarding the price in the business communication dated November 14 for your reference.

At your request, both companies agreed to reflect the price increased in January 2008 only partially and suspend it until October, and to apply normal price from November 1, so normal price was applied starting with the order (08-104th) received after November 2008. However, as to your request to reserve November price adjustment due to exchange rate increase and worsening of the U.S. market situation and to apply the previous price retrospectively to the volume already shipped with the adjusted price, please understand that we cannot adjust the price as there are problems of price equity with other regions and technical issues with the computer.

However, price adjustment is reserved in the method of supporting USD 1,000.- per container as Promotion Supporting for the difference between the increased price and the previous price up to 1/4Q 2009. (Support will stop as of 1/4Q when the exchange rate is stable as below 1300KRW, and will continue to 2/4Q and stop if over 1300KRW.)

The difference from the previous price of 6 containers from the 104th already shipped in November is USD6,467.-, so additional Promotion Supporting of $650 each will be provided over 10 shipments thereafter.
(104,105,106,107,109,111: already shipped at the increased price)

Thank you for allowing us to have direct transaction with the Central and South Americas over the phone today upon our many requests, with the region where it is difficult for your company to supply(Central and South Americas, etc.) among the American markets. I would like to express my deep gratitude again for your understanding so that there could be positive results for our company's product sales in regions such as Mexico, Ecuador, Guatemala, and Chile.

Sincerely, Jong-gi Kim / Gong-wook Kim

CC.

SAMYANG FOODS, *a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit*

# *Samyang Foods Co., Ltd.*

Address : 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea

Home Page : http://www.samyangfood.co.kr

E-mail : gongwook@hotmail.com

Telephone : +82-2-940-3340~4, 940-3382

Facsimile : +82-2-919-6180

To : S. C. CONTINENT CORPORATION

Attn. : 이 시영 상무님, 여 운배 부장님

From : 해외영업 팀

Date : NOV. 27. 2008.

Total Page(s) : 1

including this covering

Subject : 11 월 14 일자 가격관련 건 & 중남미 판매 시장 당사 직수출의 건.

안녕하십니까.

11 월 14 일 자 보내주신 업무연락의 가격 관련 사항에 대하여 아래와 같이 회신 드리오니 업무에 참조하시기 바랍니다.

귀사의 요청에 의해, 2008 년 1 월 인상한 가격을 일부만 반영하여 10 월까지 유예하고, 11 월 1 일부터 정상가격으로 하기로 양 사가 협의 하여, 2008 년 11 월 이후에 접수된 오더(08-104 차)부터 정상 가격을 적용하였습니다. 그러나 환율 상승 및 미국시장 상황의 악화 등으로 인해 11 월 가격 조정을 보류하고, 또한 이미 조정된 가격으로 기 출고 물량도 종전 가격으로 소급 하여 적용해 달라고 요청하신 점에 대해서는 타 지역과의 가격 형평성 및 전산상 기술적 문제가 있어 가격 조정을 할 수 없음을 양지하여 주시기 바랍니다.

단, **2009** 년 **1/4**분기까지 각 컨테이너 당 인상 가와 구가의 차익분 을 **Promotion Supporting** 으로 **USD1,000.-** 씩 지원하는 방식으로 가격 조정을 유예합니다. ( 환율 **1300** 원 이하로 안정 시 **1/4** 분기로 지원 중단, **1300** 원 이상 시, **2/4** 분기로 연장 후 중단. )

11 월 기 선적된 104 차부터 6 컨테이너의 구가와의 차이는 USD6,467.-이으로 이후 선적 분부터 10 회에 걸쳐 650 불씩 추가로 Promotion Supporting 해 드리도록 하겠습니다.

(104, 105, 106, 107, 109, 111 차: 인상가격으로 기 출고 됨)

미주 시장 중, 귀사에서 공급하기 어려운 지역(중남미 등)에 당사의 여러 차례 요청에, 금일 유선상으로 당사의 중남미 지역 직거래를 허락해 주심에 감사 드립니다. 멕시코, 에콰도르, 과테말라, 칠레 등의 지역에 당사 제품 판매에 긍정적인 결과가 올 수 있도록 이해해 주심에 다시 한번 깊이 감사 드립니다.

진 종기 / 김 공 욱 배상

CC.

---

*SAMYANG FOODS, a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                         )    S. S.

Los Angeles County     )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the pages of **8 documents with bates numbers as below** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation.  I declare under penalty of perjury that the foregoing is true and correct.

### Detailed Description of Translations

1. SAMYANG0003340
2. SAMYANG0003344-45
3. SAMYANG0002848-51
4. SAMYANG0002776
5. SAMYANG0002717
6. SAMYANG0001066-68
7. SAMYANG0019241
8. SAMYANG0002986-87

Executed on November 1, 2017

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848

# EXHIBIT 31

DEC-05-2008 18:17 From:                              To:919 6180            P.1/2

# S. C. Continent Corporation

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel. (562) 941-7879  Fax (562) 946-9915

| FAX NO |  | CLERK | A-MGR | MGR | EXEC | PRES |
|---|---|---|---|---|---|---|
| DATE | : 12/5/2008 |  |  |  |  |  |
| TO | : General Manager Jong-gi Jin |  |  |  |  |  |
| FROM | : General Manager Woonbae Yeo |  |  |  |  |  |
| SUBJECT | : Business communication |  |  |  |  |  |

1. Our company is placing the order as follows so please ship them.

<u>P.O. No. 08-122 (paid shipping)</u>                    DEST: S.C.
Samyang Ramen 1600CT  Samyang Ramen(Multi) 1400CT

                    Total 3000CT      40HQ x 1VAN       CBM67.86

<u>P.O. No. 08-123 (paid shipping)</u>                    DEST: S.C.
Samyang Ramen 1300CT  Leebaikyang 500CT  Kimchee Ramen (20)1000CT Sokogimyun 1000CT Chacharoni (Multi) 300CT

                    Total 4100CT      40HQ x 1VAN       CBM67.16

<u>P.O. No. 08-124 (paid shipping)</u>                    DEST: S.C.
Samyang Ramen 2700CT  Samyang Cup Ramen(6) 2000CT  Suta Cup Ramen (6) 1500CT

                    Total 8200CT      40HQ x 1VAN       CBM67.64

<u>P.O. No. 08-125 (2 weeks interval after shipping P.O. No. 08-122)</u>              DEST: S.C.
Samyang Ramen (Multi) 1400CT  Sutamyun (Multi) 300CT  Chacharoni (Multi ) 300CT Bajirak Kalgugsu (Multi)180CT

                    Total 2180CT      40HQ x 1VAN       CBM67.73

<u>*Please make sure to ship according to the shipping schedule, and please notify our company if there is any delay.</u>
<u>*As discussed on the phone on 12/4, there were issues with sales for the P.O. No. below due to delayed shipping by your company. Please ship by next week.</u>

(P.O. NO. 08 ·112, 113, 114, 110, 108)

2. This is to notify the "RHEE BROS"ORDER as below, so please ship them.

<u>P.O. No. 08-126 (2 weeks interval after shipping P.O. No. 08-119)</u>              DEST: BALTIMORE
Samyang Ramen 550CT  Sutamyun300CT  Kalgugsu(Bajirak )200CT  Kimchee Ramen(20)200CT  Sogokimyun 200CT Seafood Party 100CT  Chacharoni 100CT  Samyang Ramen (Multi)200CT  Sutamyun (Multi)150CT  Bajirak Kalgugsu (Multi)100CT  Bean Paste Ramen (Multi) 100CT  Seafood Party (Multi)100CT  Antiginmyun(Multi)200CT Udon Big Cup 50CT Samyang Cup Ramen (6) 400CT Wang Changu 100CT Sattobap 100CT

                    Total 3150CT      40HQ x 1VAN       CBM67.875

3. This is to notify the "CJ FOOD"(LA) ORDER as below, so please ship them.

<u>P.O. No. 08-127 (Ship after 4 weeks)</u>              DEST: LA
Samyang Ramen 1500CT  Chacharoni 500CT  Sutamyun150CT  Samyang Ramen (Multi)250CT  Chacharoni (Multi)100CT  Sutamyun (Multi)100CT  Antiginmyun (Multi)100CT Samyang Cup Ramen (6) 400CT Suta Cup Ramen (6) 500CT  Changu 100CT Sattobap 100CT

                    Total 3800CT      40HQ x 1VAN       CBM67.47

DEC-05-2008 18:17 From:                          To:919 6180              P.2/2

4. This is to notify the "WANG GLOBALNET(ATLANTA)" ORDER as below, so please ship them.

P.O. No. 08-128 (Ship after 4 weeks)                 DEST: ATLANTA
Samyang Ramen 1000CT  Chacharoni 200CT  Sogokimyun 100CT Sutamyun 150CT  Kimchee Ramen(20)100CT  Bean Paste Ramen 50CT  Kalguksu(Bajirak )100CT  Antiginmyun (Multi)50CT  Pojang Macha Udon 50CT  Seafood Party 50CT  Samyang Ramen (Multi)100CT  Sogokimyun (Multi) 100CT  Sutamyun (Multi)100CT  Chacharoni (Multi)50CT  Bean Paste Ramen (Multi) 50CT  Samyang Cup Ramen (6) 200CT  Suta Cup Ramen (6) 200CT  Changu 80CT  Wang Changu 75CT  Sattobap 50CT

                                           Total 2835CT      40HQ x 1VAN       CBM67.48


5. Matters related to "Ramen price".

1) Thank you for your company's fax (dated 11/27) regarding the ramen price reduction requested in Paragraph 2 of our company's FAX (dated 11/14). Please implement as notified. Thank you. <*Our sales in Central and South America regions allowed*>

2) As a result of notifying each customer with the price you notified us, they say it is very insufficient, so please review an additional reduction in the future.
   (For reference, in the case of Nongshim, all the snacks and ramen products imported from Korea are imported at 10% reduced price as of 11/1, and in the case of Paldo Ramen and Ottogi, they are imported at 15% reduced price.)

DEC-05-2008 18:17 From:                                      To:919 6180              P.1/2

# S. C. Continent Corporation

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel. (562) 941-7879   Fax: (562) 946-9915

| FAX NO : | | CLERK | A-MGR | MGR | EXEC | 사장님 |
|---|---|---|---|---|---|---|
| DATE : 12/5/2008 | | | | | | |
| TO : 진총 기무장 | | | | | | |
| FROM : 네온에우장 | | | | | | |
| SUBJECT : 입어 | | | | | | |

1. 당사에서 아래와같이 ORDER 하오니 선적바랍니다.

   P.O.NO.08-122(지급선적)                              DEST:S.C
   삼양라면1600CT 삼양라면(멀티)1400CT           계3000CT         40HQ X 1VAN         CBM67.86

   P.O.NO.08-123(지급선적)                              DESTN:S.C
   삼양라면1300CT 이쁜당면500CT 김치라면(20)1000CT 쇠고기면1000CT 파짜모니(멀티)300CT
                                                         계4100CT         40HQ X 1VAN         CBM67.16

   P.O.NO.08-124(지급선적)                              DESTN:S C
   삼양라면2700CT 삼양업라면(6)2000CT 수타업라면(6)1500CT
                                                         계6200CT         40HQ X 1VAN         CBM67.64

   P.O.NO.08-125(P.O.NO.08-122선적후 2주간격)      DESTN:S C
   삼양라면(멀티)1400CT 수타면(멀티)300CT 파짜모니(멀티)300CT 비지티알국수(멀티)180CT
                                                         계2180CT         40HQ X 1VAN         CBM67.73

   * 선적 SCHEDULE 대로 꼭 선적바라며, 차질이 있을시 당사로 통보바랍니다.
   * 12/4 일자 또한의 내용과같이 검사에서 선박이 지연이 많은지 아래 P.O.NO 에 대해 판매에 저력이
   발생하였으니 다음주내로 꼭 선적바랍니다.

   ( P.O.NO.08-112,113,114,110,108 )

2. 아래와같이 "RHEE BROS"ORDER를 통보하오니 선적바랍니다.

   P.O.NO.08-120(P.O.NO.08-119선적후 2주간격)      DESTN:BALTIMORE
   삼양라면550CT 수타면900CT 팔국수(바지락)200CT 김치라면(20)200CT 쇠고기면200CT 해물파타100CT 파짜모니100CT
   삼양라면(멀티)200CT 수타면(멀티)150CT 비지락팔국수(멀티)100CT 김치라면(멀티)100CT 해물파타(멀티)100CT
   안뉘김면(멀티)200CT 수뉴판첨50CT 삼양업라면(6)400CT 왕칭구100CT 사또밥100CT
                                                         계3150CT         40HQ X 1VAN         CBM67.875

3. 아래와같이 "EFOOD"(LA) ORDER를 통보하오니 선적바랍니다.
   ( E S Food )
   P.O.NO.08-127(4주후선적)                            DESTN:LA
   삼양라면1500CT 파짜모니500CT 수타면150CT 삼양라면(멀티)250CT 파짜모니(멀티)100CT 수타면(멀티)100CT
   안뉘김면(멀티)100CT 삼양업라면(6)400CT 광구100CT 사또밥100CT
                                                         계3800CT         40HQ X 1VAN         CBM67.47

SAMYANG0003344

4. 아래와 같이 "WANG GLOBALNET(ATLANTA)" ORDER을 통보하오니 선적바랍니다.
( Wang Global )

P.O.NO.OB-128(4차분 선적)                    DESTN:ATLANTA
쌍양라면1000CT 짜짜로니200CT 쇠고기면100CY 수타면150CT 김치라면(20)100CT 환장라면50CT 빨국수(바지락)100CT
안휘라면(일티)50CT 포장마차우동50CT 해물파티50CT 삼양라면(일티)100CT 쇠고기면(일티)100CT 수타면(일티)100CT
짜짜로니(일티)50CT 된장라면(일티)50CT 삼양컵라면(6)200CT 수타컵라면(6)200CT 왕구80CT 양방구75CT 사또밥50CT
                                          계2835CT           40피트 X 1VAN        CBN87.48

5. "라면가격" 관련사항입니다.

1) 당사 FAX(11/14자) 2항에서 요청드린 라면가격 인하건에 대해, 귀사 FAX(11/27자) 감사히 잘 접수하였습니다.
통보하신 내용대로 실시하여 주시기 바랍니다. 감사드립니다. 12월에 지속 될사 TWAY 하요 >
2) 통보하여 주신 가격으로 각 거래선에 통보한 결과, 많이 미흡하다고 하오니 추후, 추가 인하에 대해 재 검토바랍니다.
(참고로 농심의경우 한국에서 수입하고 있는 전제품 소비유와 라면제품에 대해 11/1자 10% 인하 수입되고 있으며, 팔도라면,
오뚜기의 경우 15% 인하 수입되고 있습니다.)

SAMYANG0003345

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California          )
                             )          S. S.
Los Angeles County           )

     I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the pages of **8 documents with bates numbers as below** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation.  I declare under penalty of perjury that the foregoing is true and correct.

### Detailed Description of Translations

1.  SAMYANG0003340
2.  SAMYANG0003344-45
3.  SAMYANG0002848-51
4.  SAMYANG0002776
5.  SAMYANG0002717
6.  SAMYANG0001066-68
7.  SAMYANG0019241
8.  SAMYANG0002986-87

Executed on November 1, 2017

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848

# EXHIBIT 32

High = ENI

| ARRIVAL DATE | QUANTITY | CONSIGNEE | NOTIFY PARTY | REMARKS |
|---|---|---|---|---|
| 11-10-07 | 2,560 | SEOHAE FISHERY | SEOHAE FISHERY | |
| 11-12-07 | 3,570 | SEOHAE | SEOHAE | |
| 11-12-07 | 3,570 | SEOHAE | SEOHAE | |
| 12-01-07 | 3,570 | SEOHAE | SEOHAE | |
| 12-14-07 | 3,300 | SEOHAE | SEOHAE | |
| 01-17-08 | 3,550 | SEOHAE | SEOHAE | |
| 01-17-08 | 3,650 | SEOHAE | SEOHAE | |
| 02-03-08 | 3,550 | SEOHAE | SEOHAE | |
| 02-03-08 | 3,650 | SEOHAE | SEOHAE | |
| 02-20-08 | 3,700 | SEOHAE | SEOHAE | |
| 02-20-08 | 3,800 | SEOHAE | SEOHAE | |
| 02-28-08 | 3,700 | SEOHAE | SEOHAE | |
| 02-28-08 | 3,900 | SEOHAE | SEOHAE | |
| 03-10-08 | 3,700 | SEOHAE | SEOHAE | |
| 03-10-08 | 3,800 | SEOHAE | SEOHAE | |
| 03-21-08 | 3,800 | SEOHAE | SEOHAE | |
| 03-31-08 | 3,500 | SEOHAE | SEOHAE | |
| 04-16-08 | 2,740 | SEOHAE | SEOHAE | |
| 04-16-08 | 3,500 | SEOHAE | SEOHAE | |
| 04-24-08 | 3,500 | SEOHAE | SEOHAE | |
| 05-03-08 | 3,500 | SEOHAE | SEOHAE | |
| 05-03-08 | 2,740 | SEOHAE | SEOHAE | |
| 05-03-08 | 2,550 | SEOHAE | SEOHAE | |
| 05-03-08 | 3,450 | SEOHAE | SEOHAE | |
| 06-12-08 | 3,310 | SEOHAE | SEOHAE | |
| 06-28-08 | 1,800 | SEOHAE | SEOHAE | |

SY000185

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | ADDRESS:7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | ADDRESS:7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONGSIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| TGHU9008165 | SOUP BASE 2,560 CTNS OF INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY07002 FOODSTUFF |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REWARD |
| VOYAGE | 0388E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710537149 |
| ARRIVAL DATE | 2007-11-10 |
| QUANTITY | 2560 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 22,537 / 10,244 |
| CBM | 67 CM |
| HOUSE VS MASTER | |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|
| TGHU9008165 | N/M | N/M | THE SAME | THE SAME | THE SAME |

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2)COLUMBIA, MD21046TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2)COLUMBIA, MD21046TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONGSIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| TEXU5346490 | INSTANT NOODLES 3,570 CTNS OF INSTANT NOODLES W/SOUP BASE @ INVOICE NO. OTSY07004 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DEVELOP |
| VOYAGE | 0299E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710554035 |
| ARRIVAL DATE | 2007-11-12 |
| QUANTITY | 3570 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 21,718 / 9,872 |
| CBM | 67 CM |
| HOUSE VS MASTER | |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|
| TEXU5346490 | N/M | N/M | THE SAME | THE SAME |

SY000187

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. 印 | 7194, OAKLAND MILLS ROAD (BAY 1&2)COLUMBIA, MD21046TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. 印 | 7194, OAKLAND MILLS ROAD (BAY 1&2)COLUMBIA, MD21046TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. 印 | 876-618, JEONGWANG-DONGSIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| TGHU8153805 | INSTANT NOODLES 3,570 CTNS OF INSTANT NOODLES W/SOUP BASE @INVOICE NO.OTSY07003 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DEVELOP |
| VOYAGE | 0299E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710552059 |
| ARRIVAL DATE | 2007-11-12 |
| QUANTITY | 3570 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 21,718 / 9,872 |
| CBM | 67 CM |
| HOUSE VS MASTER | |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|
| TGHU8153805 | N/M | N/M | THE SAME | THE SAME |

SY000188

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD (BAY 1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD (BAY 1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO., | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| TGHU8153805 | INSTANT NOODLES 3,570 CTNS OF INSTANT NOODLES W/SOUP BASE @INVOICE NO.OTSY07003 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PHILIPPINES |
| VESSEL | SUN RIGHT |
| VOYAGE | 0391E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710552059 |
| ARRIVAL DATE | 2007-12-01 |
| QUANTITY | 3570 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 21,718 / 9,872 |
| CBM | 67 CM |
| HOUSE VS MASTER | |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|
| TGHU8153805 | N/M | N/M | THE SAME | THE SAME |

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO., | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| GVCU5038808 | INSTANT NOODLES 3,300 CTNS OF INSTANT NOODLES W/SOUP BASE @ INVOICE. NO. OTSY07005 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DECENT |
| VOYAGE | 0393E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710567854 |
| ARRIVAL DATE | 2007-12-14 |
| QUANTITY | 3300 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,734 / 10,788 |
| CBM | 66 CM |
| HOUSE VS MASTER | |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|
| GVCU5038808 | N/M | N/M | THE SAME | THE SAME |

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| INKU2254048 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY07007 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RESULT |
| VOYAGE | 0308E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710608917 |
| ARRIVAL DATE | 2008-01-17 |
| QUANTITY | 3550 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,262 / 11,028 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000191

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC.  | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| EMCU9216786 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY07006 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RESULT |
| VOYAGE | 0308E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710617851 |
| ARRIVAL DATE | 2008-01-17 |
| QUANTITY | 3650 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,592 / 11,178 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000192

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| INKU2254048 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY07007 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| ADDRESS | NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REACH |
| VOYAGE | 0400E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710608917 |
| ARRIVAL DATE | 2008-02-03 |
| QUANTITY | 3550 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,262 / 11,028 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. 🐟 | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. 🐟 | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. 🐟 | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| EMCU9216786 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY07006 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REACH |
| VOYAGE | 0400E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040710617851 |
| ARRIVAL DATE | 2008-02-03 |
| QUANTITY | 3650 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,592 / 11,178 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000194

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618 JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| XINU8093021 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08004 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REWARD |
| VOYAGE | 0313E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800028057 |
| ARRIVAL DATE | 2008-02-20 |
| QUANTITY | 3700 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,439 / 10,654 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618 JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| GVCU5021889 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08003 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REWARD |
| VOYAGE | 0313E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800011006 |
| ARRIVAL DATE | 2008-02-20 |
| QUANTITY | 3800 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,588 / 10,722 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| IMTU9037563 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08002 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REFINE |
| VOYAGE | 0403E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800015621 |
| ARRIVAL DATE | 2008-02-28 |
| QUANTITY | 3700 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,439 / 10,654 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000197

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| TGHU8148223 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08001 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REFINE |
| VOYAGE | 0403E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800007131 |
| ARRIVAL DATE | 2008-02-28 |
| QUANTITY | 3900 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,133 / 10,515 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

| CONTACT INFO | | |
|---|---|---|
| Type | Name | Address |
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618 JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

| PRODUCT DETAILS | |
|---|---|
| Container No. | Description Area |
| XINU8093021 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08004 |

| TRANSIT DETAILS | |
|---|---|
| Property | Value |
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RADIANT |
| VOYAGE | 0405E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800028057 |
| ARRIVAL DATE | 2008-03-10 |
| QUANTITY | 3700 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,439 / 10,654 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

| OTHER INFO | |
|---|---|
| Container No. | Marks and Numbers Area |

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD 21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618 JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| GVCU5021889 | INSTANT NOODLES W/SOUP BASE @INVOICE NO. OTSY08003 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RADIANT |
| VOYAGE | 0405E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800011006 |
| ARRIVAL DATE | 2008-03-10 |
| QUANTITY | 3800 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,588 / 10,722 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

## CONTACT INFO

| Type | Name | Address |
| --- | --- | --- |
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194 OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194 OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
| --- | --- |
| IMTU9088386 | INSTANT NOODLES INVOICE NO. OTSY08005 |

## TRANSIT DETAILS

| Property | Value |
| --- | --- |
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REACH |
| VOYAGE | 0317E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800042122 |
| ARRIVAL DATE | 2008-03-21 |
| QUANTITY | 3800 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,588 / 10,722 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
| --- | --- |

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| EMCU9374312 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08006 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DIADEM |
| VOYAGE | 0319E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800050249 |
| ARRIVAL DATE | 2008-03-31 |
| QUANTITY | 3500 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,002 / 10,910 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| TCNU9100140 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08008 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DIVINE |
| VOYAGE | 0321E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800072102 |
| ARRIVAL DATE | 2008-04-16 |
| QUANTITY | 2740 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 25,494 / 11,588 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| UGMU9002792 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08007 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DIVINE |
| VOYAGE | 0321E |
| US PORT | LOS ANGELES, CALIFORNIA |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800070029 |
| ARRIVAL DATE | 2008-04-16 |
| QUANTITY | 3500 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,002 / 10,910 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 – CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194,OAKLAND MILLS ROAD(BAY1&2) COLLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| EMCU9374312 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08006 |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER REFINE |
| VOYAGE | 0411E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800050249 |
| ARRIVAL DATE | 2008-04-24 |
| QUANTITY | 3500 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,002 / 10,910 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

SY000205

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA,INC. | 7194,OAKLAND MILLS ROAD (BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| UGMU9002792 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08007 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RADIANT |
| VOYAGE | 0413E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800070029 |
| ARRIVAL DATE | 2008-05-03 |
| QUANTITY | 3500 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,002 / 10,910 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000206

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL)410-381-6427 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| TCNU9100140 | INSTANT NOODLES W/SOUP BASE INVOICE NO. OTSY08008 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RADIANT |
| VOYAGE | 0413E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800072102 |
| ARRIVAL DATE | 2008-05-03 |
| QUANTITY | 2740 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 25,494 / 11,588 |
| CBM | 67 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

SY000207

## CONTACT INFO

| Type | Name | Address |
|------|------|---------|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194, OKLAND MILLS ROAD (BAY 1&2) COLUMBAI, MD21046 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194, OKLAND MILLS ROAD (BAY 1&2) COLUMBAI, MD21046 |
| SHIPPER | ONE TRADING CO. | 876-618, JEONGWAG-DONG, SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---------------|------------------|
| CBHU9955564 | INSTANT NOODLES W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|----------|-------|
| CARRIER | BNXC - BINEX LINE CORPORATION |
| | ADDRESS 200 N SEPULVEDA BLVD #1610 EL SEGUNDO CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | HANJIN ELIZABETH |
| VOYAGE | 0109E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCBELONY804050 |
| ARRIVAL DATE | 2008-05-03 |
| QUANTITY | 2550 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 26,136 / 11,880 |
| CBM | 69 CM |
| HOUSE VS MASTER | H |
| MASTER BILL OF LADING | COSU6008886741 |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---------------|------------------------|

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC. | 7194, OKLAND MILLS ROAD (BAY 1&2) COLUMBAI, MD21046 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC. | 7194, OKLAND MILLS ROAD (BAY 1&2) COLUMBAI, MD21046 |
| SHIPPER | ONE TRADING CO., 13DONG | 324HO 994-5, WONGOK-DONG, DANWON-GU, ANSAN-SI, KYUNGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| GVCU5256590 | INSTANT NOODLES W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | BNXC - BINEX LINE CORPORATION |
| | ADDRESS 200 N SEPULVEDA BLVD #1610 EL SEGUNDO CA, 90245 |
| | CONTACT NO.: 3104168600 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | HANJIN ELIZABETH |
| VOYAGE | 0109E |
| US PORT | NEW YORK, NEW YORK |
| FOREIGN PORT | PUSAN |
| COUNTRY OF ORIGIN | SOUTH KOREA |
| PLACE OF RECEIPT | BUSAN, KOREA |
| BILL OF LADING | BNXCBELONY804052 |
| ARRIVAL DATE | 2008-05-03 |
| QUANTITY | 3450 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 23,800 / 10,818 |
| CBM | 68 CM |
| HOUSE VS MASTER | H |
| MASTER BILL OF LADING | COSU6008886740 |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|
| | - |

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC | 7194, OAKLAND MILLS ROAD(BAY1&2) COLUMBIA, MD21046 TEL) 410-381-6427 |
| SHIPPER | ONE TRADING CO | 876-618, JEONGWANG-DONG SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| TGHU8007781 | INSTANT NOODLES |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER DE LUXE |
| VOYAGE | 0418E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800093011 |
| ARRIVAL DATE | 2008-06-12 |
| QUANTITY | 3310 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 25,615 / 11,643 |
| CBM | 68 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|
| TGHU8007781 | N/M N/M THE SAME |

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | SEOHAE FISHERY USA, INC | 7194, OAKLAND MILLS ROAD (BAY1AND2)COLUMBIA, MD21046 TEL:410-381-6427 |
| NOTIFY PARTY | SEOHAE FISHERY USA, INC | 7194, OAKLAND MILLS ROAD (BAY1AND2)COLUMBIA, MD21046 TEL:410-381-6427 |
| SHIPPER | ONE TRADING CO | 876-618, JEONGWANG-DONG, SIHEUNG-SI, KYEONGGI-DO, KOREA |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| FSCU9941676 | INSTANT NOODLES W/SOUP BASE |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | EGLV - EVERGREEN LINE |
| | ADDRESS NO 163 SEC 1 HSIN-NAN ROAD LUCHU HSIAN TAOYUAN HSIEN 338 |
| | TAIWAN |
| | CONTACT NO.: 8863312320 |
| SHIP REGISTERED IN | PANAMA |
| VESSEL | EVER RADIANT |
| VOYAGE | 0421E |
| US PORT | BALTIMORE, MARYLAND |
| FOREIGN PORT | COLON |
| COUNTRY OF ORIGIN | PANAMA |
| PLACE OF RECEIPT | PUSAN |
| BILL OF LADING | EGLV040800111710 |
| ARRIVAL DATE | 2008-06-28 |
| QUANTITY | 1800 CTN |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 24,394 / 11,088 |
| CBM | 66 CM |
| HOUSE VS MASTER | |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|
| FSCU9941676 | N/M N/M THE |

SY000211

SEOHAE FISHERY



President **Brandon Lee**
이 승 훈

leeshusa@gmail.com
Cell: 443.807.3520
Tel: 410.962.8218
Fax: 410.962.8217
2000B Washington Blvd., Baltimore, MD 21230



Asian Food & Housewares
Export and Import Distributors

SY000212

# EXHIBIT 33

Confidential

# *Samyang Foods Co., Ltd.*

Address 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea
Home Page : http://www.samyangfood.co. kr
E-mail : gongwook@hotmail.com
Telephone : +82-2-940-3340-4, 940-3292
Facsimile : +82-2-919-6180

*Refax*

| | |
|---|---|
| To : S. C. CONTINENT CORPORATION | Date: NOV. 29, 2011. |
| Attn. : President Mun Kyung Chun, Managing Director Si Young Lee, | |
| General Manager Woonbae Yeo | Total page(s) :2 |
| From : Overseas Sales Team | including this covering |

Subject: Proposal to normalize the transaction relations in 2012     *Reflecting fax dated*
                                                                                                                      *December 16  9:30*

We wish your company's continued prosperity.

Our company has continuously requested the reduction of price and payment terms since the Lehman Brothers situation in 2008, but your company has continued to postpone responding to our request using the status of special relations, stating the reasons of uncertainty of the U.S. economy and weakening international competitiveness. Our company has reached a situation where we have to stop export to U.S. if there is any further delay in reduction of price and payment terms. A company has a duty to generate profit and pay dividend to shareholders. However, it is impossible to generate profit in the transaction with your company due to deficit export. This is to notify the reduction and change in the terms of transaction with your company in 2012 as below under the principle of international transaction and in consideration of the equity with other exclusive agents in other countries for your reference.

1) Price: Our export price is the same all over the world based on cost and expected exchange rate. However, export to your company is made at the 15% discounted price ($6.60 based on Samyang ramyun 20X) from the base export price of this company (Samyang Ramyun 20X base price $7.60), which is provided at short of the cost of this company for your special relations. Therefore, this company will normalize all the prices for shipping from January 1, 2012 to the base price of this company in order to establish a more reasonable transaction order in the practice of transaction with your company.

2) Payment terms: Currently, export is made to all the overseas agents of this company at 100% T/T payment before shipping or L/C AT SIGHT. Currently your company has been changed from the existing T/T IN ADVANCE & L/C AT SIGHT condition to 90 days DA due to the recession of the U.S. economy and the MFN of special relations, but we would like to reduce to the previous payment terms as of January 1, 2012 and ask for your cooperation. Our company has received correction instructions many times due to transaction equity with other agents and through ex officio investigation by the Fair Transaction Committee and audits of Tax Offices, but for transaction safety of your

SAMYANG0002848

Confidential

SAMYANG0002849

Confidential

company, in order to minimize the problems from sudden change in payment terms, we have gradually proceeded with minor reduction in 2010 and 2011 and we believe that we have entered the stage where we can minimize the risk even if we change the payment terms now.

3) Therefore, we will issue PRO-FORMA INVOICE normally regarding the container ordered after January 1, 2012 and will ship when the payment is confirmed. Therefore, please pay as scheduled for the unpaid amount as of December 31, 2011 to match the 3 months after shipping terms after accounting audit.

Thank you.


Sincerely,
Bonghoon Kim/Gong-wook Kim
Head of Sales Department, Samyang Food Co., Ltd. /Overseas Sales Team leader (Acting)


CC.
_____
SAMYANG FOODS, *a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit*

SAMYANG0002850

Confidential

| Approval | Person in charge | Head of Dept | President | Chairman |
|---|---|---|---|---|
| | | | Arbitrary Decision | Arbitrary Decision |

SAMYANG0002851

# *Samyang Foods Co., Ltd.*

Address : 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea

Home Page : http://www.samyangfood.co.kr

E-mail: gongwook@hotmail.com

Telephone : +82-2-940-3340~4, 940-3292

Facsimile : +82-2-919-6180

*Refax*

To : S.C CONTINENT CORPORATION

Attn. : 전문경 사장님, 이시영 상무님, 여운배 부장님

From : 해외영입팀

Date : NOV. 29, 2011.

Total page(s) : 2

including this covering

Subject : 2012 년 거래 관계 정상화를 위한 제안

귀사의 일익 번창하심을 기원드립니다.

당사에서는 **2008** 년 리먼브라더스 사태이후 가격 및 결제 조건의 환원을 지속적으로 요청드렸으나, 귀사에서는 미국 경제의 불확실성 및 국제 경쟁력 악화를 이유로 당사의 요청을 특수관계의 지위를 이용 계속해서 미루어 오셨으나, 당사에서는 더 이상 가격 및 결제 조건의 환원을 미룰시 미국으로의 수출을 전면 중단할 수밖에 없는 지경에 이르렀습니다. 기업은 이익을 창출하여 주주들에게 배당금을 지급하여야하는 의무가 있습니다. 그러나 귀사와의 거래는 적자 수출로 인한 기업 본연의 이익창출이 불가능한바 아래와 같이 **2012** 년 에 귀사와의 거래에 있어 다른 국가의 독점 **AGENT** 와의 형평성 및 원가 상승 및 국제 거래 원칙상 아래와 같이 조건을 환원 및 변경을 통지 드리오니 업무에 참조 하시기 바랍니다.

1) 가격 : 당사의 수출가격은 원가 및 예상 환율에 의거 전세계 동일한 가격으로 수출되어지고 있습니다. 그러나 귀사의 수출가격은 특수관계의 최혜국 대우로 당사의 기준 수출가(삼양라면 20 입 기준이 $7.60)에 15% 할인된 (삼양라면 20 입기준 $6.60) 가격에 수출되어지고 있는바, 당사의 원가에 못 미치는 가격으로 수출을 하고 있습니다. 이에 당사에서는 **2012** 년에 귀사의 거래관행에 보다 합리적인 거래 질서를 확립코자 2012 년 1 월 1 일부터 선적되는 모든 가격을 당사의 기준가로 정상화 시키고자 합니다.

2) 결제 조건 : 현재 당사의 모든 해외 **AGENT** 는 선적전 **100% T/T** 결제 이거나 **L/C AT SIGHT** 로 수출되어 지고 있습니다. 현재 귀사는 기존 **T/T IN ADVANCE & L/C AT SIGHT** 조건에서 미국 경기의 불황 및 특수관계의 최혜국대우로 **90 DAYS DA** 라는 거래로 변경이 되었으나, 기존의 결제조건으로 **2012** 년 **1** 월 **1** 일부터 환원코자 하오니 협조 당부 드립니다. 당사에서는 다른 **AGENT** 와의 거래 형평성 및 이로 인한 공정위의 직권조사 및 세무서 감사등을 통한 시정 지시를 여러 차례 받아왔으나, 귀사의 거래안전을 위하여

SAMYANG0002848

SAMYANG0002849

Confidential

감작스러운 결제 조건 변경으로 문제 발생을 최소화 하고자 **2010** 년, **2011** 년 미수축소를 점차 진행하여 이제는 결제 조건변경을 하여도 그 리스크를 최소화 할 수 있는 단계에 접어 들은 것으로 판단됩니다.

3) 이에 **2012** 년 **1** 월 **1** 일이후 발주되는 컨테이너에 대하여 정상적으로 **PRO-FORMA INVOICE** 를 발행하고, 결제가 확인된 후에 선적토록 하겠습니다. 그러므로 **2011** 년 **12** 월 **31** 일자 미수에 대해서는 회계감사를 거쳐 선적일로부터 **3** 개월 조건에 맞게 일정대로 결제 부탁드립니다.

감사합니다.

김봉훈 / 김공욱 배상
삼양식품 영업본부장 / 해외영업팀장(대)

cc

*SAMYANG FOODS, a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

SAMYANG0002850

Confidential



SAMYANG0002851

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                             )       S. S.
Los Angeles County           )


    I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the pages of **8 documents with bates numbers as below** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation.  I declare under penalty of perjury that the foregoing is true and correct.

### Detailed Description of Translations

1. SAMYANG0003340
2. SAMYANG0003344-45
3. SAMYANG0002848-51
4. SAMYANG0002776
5. SAMYANG0002717
6. SAMYANG0001066-68
7. SAMYANG0019241
8. SAMYANG0002986-87

Executed on November 1, 2017

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

# EXHIBIT 34

Confidential

# *Samyang Foods Co., Ltd.*

Address: 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea
Home Page: http://www.samyangfood.co.kr
E-mail: gongwook@hotmail.com
Telephone: +82-2-940-3340-4, 940-3292
Facsimile: +82-2-919-6180

---

To: S.C. CONTINENT CORPORATION                          Date: MAY 04. 2012
Attn: President Mun-kyung Chun, Managing Director See-young Lee,                          Total page(s): 1
    Sr. Manager Woon-bae Yeo                          including this covering
From: Overseas Sales Team
Subject: Regarding the price increase & existing accounts receivable and sale of the distribution rights.

We wish your company all the best.
Regarding your company's official letter via fax dated 3/19/2012, please see below for our reply.

1) Price: Regarding the request for delay of the price increase until 9/30/2012 (price has been increased twice for other clients in January 2010 and August 2011), upon review by our company, we would like to increase it as of June 1, 2012; please give us your feedback. This is because upon the investigation of our company by Fair Trade Commission, due to the special relationship between our company and your company, we are required to report to the Fair Trade Commission the plans and outcome of prompt actions to deal with the unfair trade activities concerning the special relation. We anticipate we would be subject to an order of actions if these measures are not taken, so we ask for your cooperation since it is the minimal measure taken in regards to this matter.

2) Regarding accounts receivable: Since we received your company's statement that you would send us $50,000 per month as stated in your March 19th letter, we confirmed that the amount promised was deposited in March and April.   However, as of today the outstanding accounts receivable is $539,960.60, so if we proceed according to the letter, the accounts receivable will remain for another 10 months (up until February 2013).   Such is part of the Fair Trade Commission's investigation as referenced in Section 1), so appropriate actions are required, such as putting collateral against the accounts receivable.   Please review measures concerning the collateral of any kind toward the accounts receivable and notify us in writing.

3) Regarding the sale of the distribution rights: In regards to our company's purchase of your company's distribution rights, both sides have come close to agreeing $1 million for the purchase price; however, please provide us your feedback on the increased portion of the amount in consideration of the U.S. taxation. In addition, we believe that sufficient explanation is needed in regards to the main entity of the distribution rights being transferred from SY USA to S.C. continent, and whether or not there are any rights and the relationship in regards to shares. This is an important part when preparing the TERMINATION AGREEMENT, so documents summarizing your company's position about this matter and objective supportive evidence are required. Thank you.

Sincerely,
Bong-hun Kim/ Gong-wook Kim
Samyang Foods, Director of Sales / Overseas Sales Team Leader (deputy)
cc

---

*SAMYANG FOODS,* *a Ramen manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

SAMYANG0002986T

Confidential

| Approval | Person in charge | Branch manager | Director | |
|---|---|---|---|---|
| | //signature// | //signature// | //signature// | |

SAMYANG0002987T

# *Samyang Foods Co., Ltd.*

Address : 82-9, Hawolgok 1-dong, Songbuk-gu, Seoul, 136-131, Republic of Korea

Home Page : http://www.samyangfood.co.kr

E-mail:, gongwook@hotmail.com

Telephone : +82-2-940-3340~4, 940-3292

Facsimile : +82-2-919-6180

**To : S.C CONTINENT CORPORATION**

**Attn. :** 전문경 사장님, 이시영 상무님, 여운배 부장님

**From :** 해외영업팀

**Subject :** 가격인상 & 기존 미수 및 판권 매각 관련.

**Date :MAY. 04, 2012.**

**Total page(s) : 1**

**including this covering**

귀사의 일익 번창하심을 기원드립니다.

귀사의 **2012.3.19** 일자 fax 공문 관련 아래와 같이 회신 드리오니 참고 하시기 바랍니다.

1) 가격 : **2012** 년 **9** 월 **30** 일까지 유예 요청 하신 가격인상 관련(기타거래선의 가격이 **2010** 년 **1** 월, **2011** 년 **8** 월 **2** 차례인상), 당사에서 검토한 결과 **2012** 년 **6** 월 **1** 일부터 인상하고자 하오니 의견 주시기 바랍니다.   이는 당사에 대한 공정거래위원회의 조사 결과 귀사와 당사는 특수 관계이므로 특수관계인에 대한 불공정 거래행위에 해당하여 신속한 조치에 대한 계획 및 결과를 공정거래위원회에 통보하여야 하고, 이에 대한 조치 미이행시 조처위계가 예상되는바, 이에 대한 최소한의 조치 이오니 협조 바랍니다.

2) 미수관련 : 귀사의 **3** 월 **19** 일자 공문에 매월 **$50,000** 불씩 송금 하시겠다는 의견을 접수하고, **3** 월, **4** 월 약속하신대로 금액이 입금된 것을 확인하였습니다. 그러나 금일 현재 미수금이 **$539,960.60** 이므로 공문대로라면 향후 **10** 개월(**2013** 년 **02** 월까지)간 미수금이 유지되어야 하는바, 이는 1)항의 공정거래위원회의 조사 내용 중에 포함되어 있어 미수금에 대한 담보 등의 적절한 조치가 필요 합니다. 어떤 형태로든 미수금에 대한 담보 조치를 검토 후 서면 통보 바랍니다.

3) 판권 매각 관련: 귀사 판권의 당사 매각 금액에 대해 **$100** 만불에 의견 접근을 보았으나, 미국쪽 세금 관련 금액이 상향 조정 된 부분에 대한 의견을 주시길 바랍니다. 또한 판권의 주체가 **SY USA** 에서 **S.C continent** 로 이관된 부분과 권리 유무관계와 지분관계에 대한 충분한 설명이 필요한 것으로 생각됩니다. 이는 **TERMINATION AGREEMENT** 작성시 중요한 부분으로 이에 대한 귀사의 입장정리 문서와 객관적인 입증 자료들이 필요합니다.   감사합니다.

김봉훈 / 김공욱 배상

삼양식품 영업본부장 / 해외영업팀장(대)

cc

*SAMYANG FOODS, a Ramen Manufacturer with a proud history of 40 years' tradition based on Honesty and Credit.*

SAMYANG0002986



SAMYANG0002987

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California          )
                             )          S. S.
Los Angeles County           )


    I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the pages of **8 documents with bates numbers as below** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation.  I declare under penalty of perjury that the foregoing is true and correct.

### Detailed Description of Translations

1. SAMYANG0003340
2. SAMYANG0003344-45
3. SAMYANG0002848-51
4. SAMYANG0002776
5. SAMYANG0002717
6. SAMYANG0001066-68
7. SAMYANG0019241
8. SAMYANG0002986-87

Executed on November 1, 2017

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

# EXHIBIT 35

Confidential

MAY-09-2012 17:51 From:

# *S. C. Continent Corporation*

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel: (562) 941-7879   Fax: (562) 946-9915

FAX NO:
DATE: 5/8/2012
TO: Managing Director Bonghoon Kim, Manager Gong-wook Kim
FROM: Managing Director Si Young Lee, General Manager Woonbae Yeo
SUBJECT: Business related

Matters related to your company's FAX dated May 4.

1. Price:  As we requested via our FAX, our company's understanding was that price increase was
   suspended up to September 30, but we believe that <u>unilateral notice for price increase starting on
   August 1 is unfair.</u>
   Because this company has lost a lot of markets because we were not able to provide products to the
   market and wholesaler for 3 months <u>from the beginning of the year due to your delay in ramyun
   shipment,</u> and price increase is not proper under this situation, and we believe it is proper to notice at
   least a few months in advance before the price increase. <u>Please consider our company's difficult
   situation and suspend as requested in the official letter before the price increase.</u>

   As to the difficult circumstance that your company was investigated by the Fair Trade Commission,
   our common sense on the contrary is that the Fair Trade Commission is an agency to protect agencies
   and small companies from unilateral act of large companies. We would like to help with your
   difficulty, so if you have <u>an official letter regarding the investigation results of the Fair Trade
   Commission,</u> please send it to us. If there is no official letter, please <u>let us know the department in
   charge at the Fair Trade Commission,</u> and then our company will file a civil petition on whether it
   constitutes unfair trade act and dissolve the disadvantage to your company. Please send us the
   material as soon as possible.
   <u>Please reply whether our Legal Affairs Team may inquire the Fair Trade Commission about your
   company's FAX dated May 4 to verify it.</u>

2. Regarding unpaid amount.  As we notified you through our FAX dated March 19, we accommodated your
   payment terms by changing it <u>from D/A 90 days to L/C at sight,</u> even risking additional burden of
   enormous fund. As we have promised, we have <u>wire transferred $50,000.00 every month,</u> and we
   plan to continue making payment for the unpaid amount every month, so we believe that <u>the
   collateral that your company requested does not apply. This has already been approved by Chairman
   Jung-yoon Chun, and went through additional confirmation by the chairman on May 7, 2012, so
   please understand so that it won't be discussed again in the future.</u>

SAMYANG0002776

MAY-09-2012 17:51 From:

# S. C. Continent Corporation

10316 Norwalk Blvd., Santa Fe Springs, CA 90670
Tel: (562) 941-7879  Fax: (562) 946-9915

FAX NO :

DATE : 5/8/2012
TO : 김동훈 상무, 김광옥 과장
FROM : 이시영 상무, 여운배 부장
SUBJECT : 협연

귀사 5월4일자 FAX 관련 사항입니다.

1. 가격: 당사 FAX 에서 요청드린 바와 같이, 당사는 9월30일 까지 가격인상을 유예하여 주시는 것으로 알고 있었으나,

   6월1일부터 일방적으로 가격 인상 통보는 부당하다고 생각 합니다.

   왜냐하면, 당사는 연초부터 귀사의 라면 선적 지연으로, 3개월 동안 마켓및 WHOLESALER에 제품을 공급하여

   주지 못해, 많은 시장을 잃어버린 상태에서, 가격인상을 적절하지 못하며, 적어도 몇개월 전에 미리 통보한후,

   가격을 인상하는 것이 타당하다고 생각되므로, 당사의 어려운 실정을 감안하시어 가격 인상 이전 공문에

   요청드린바와 같이 유예하여 주시기 바랍니다.

   귀사가 공정거래 위원회로 부터 조사를 받은 어려운 사정에 대해, 당사가 아는 상식으로는, 공정거래 위원회는

   반대로, 대기업이 하청이나 대리점들이 대기업에 일방적인 기업행위로 부터 대리점및 소기업을 보호해주는 기관으로

   알고 있으므로, 귀사의 어려움을 도와 드리려고 하오니 공정거래 위원회의 조사 결과에 대한 공문이 있으시면

   당사로 보내 주시고, 만약 공문이 없으시면 공정거래 위원회의 담당 부서를 알려 주시면, 당사가 불공정 거래

   행위에 해당되는지 민원제기를 하여 귀사의 불이익을 해소할 계획이오니 조속 자료를 보내 주시기 바랍니다.

   당사의 업무면 에서도 확인하고자 공정거래 위원회에 귀사의 5월4일자 FAX 내용을

   공정거래 위원회에 문의 하여도 되는지 회신 바랍니다.

2. 미수관련: 당사 FAX 3월19자 에서 통보 드린바와 같이, 결재 방식을 D/A 00일 에서 L/C at sight 결재조건 변경으로

   당사의 막대한 자금외 추가 부담을 감수하면서 까지 귀사의 결재 조건을 수용한 것이며,

   이미 약속 드린 처음 매월 $50,000.00 씩 송금하여 왔으며, 앞으로도 계속 매월 미수금을

   정리할 계획이니, 귀사에서 요청하신 담보는 해당되지 않는 것으로 사료합니다.

   이는 이미 전창균 회장님의 승인이 있었으며, 2012년 5월 7일 회장님이 추가 확인을 거친 사항임으로

   추후 재 거론 되는일이 없도록 완해 바랍니다.

SAMYANG0002776

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California          )
                            )     S. S.
Los Angeles County          )


I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the pages of **8 documents with bates numbers as below** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation.  I declare under penalty of perjury that the foregoing is true and correct.

### Detailed Description of Translations

1. SAMYANG0003340
2. SAMYANG0003344-45
3. SAMYANG0002848-51
4. SAMYANG0002776
5. SAMYANG0002717
6. SAMYANG0001066-68
7. SAMYANG0019241
8. SAMYANG0002986-87

Executed on November 1, 2017

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848