SUH LAW GROUP, APC
Michael K. Suh (SBN 213855)
E-mail: Micahel@suhlawgroup.com
Edward W. Suh (SBN 265356)
E-mail: Edward@suhlawgroup.com
3810 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323

SEYFARTH SHAW LLP
Eric R. McDonough (SBN 193956)
E-mail: emcdonough@seyfarth.com
Aaron Belzer (SBN 238901)
E-mail: abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Plaintiffs and Counter-Defendants
SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba
S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM YANG (U.S.A), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMYANG FOODS CO., LTD.; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07697 AB (KSx)<br><br>**DECLARATION OF ERIC R. MCDONOUGH IN OPPOSITION TO DEFENDANT SAMYANG FOODS CO., LTD'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Andrew Birotte Jr.<br>Date: December 22, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 7B |
| AND RELATED COUNTER-CLAIMS | |

I, Eric R. McDonough, declare:

1. I am an attorney duly licensed to practice before this Court. I am a Partner with the law firm of Seyfarth Shaw LLP, attorneys of record for Plaintiffs and Counter-Defendants Sam Yang (U.S.A.), Inc. ("SYUSA") and Roypac, Inc. dba S.C. Continent Corporation ("Roypac") (collectively, "Plaintiffs"). I submit this declaration in opposition to the Motion for Summary Judgment filed by Defendant and Counterclaimant Samyang Foods Co., Ltd. ("Samyang Korea"). I make this declaration based on my personal knowledge and, if called upon to testify as to the contents hereto, I could and would competently do so.

2. Attached hereto as **Exhibit A** are true and correct copies of the pertinent pages of the certified transcript of the deposition of Mun-Kyung Chun, which reflect her sworn testimony taken on May 10, 2017 and October 20, 2017.

3. Attached hereto as **Exhibit B** are true and correct copies of the pertinent pages of the certified transcript of the deposition of See-Yong Lee, which reflect his sworn testimony taken on December 21, 2016, June 12, 2017 and September 13, 2017.

4. Attached hereto as **Exhibit C** are true and correct copies of the pertinent pages of the certified transcript of the deposition of Woon-Bae Yeo, which reflect his sworn testimony taken on September 8, 2017.

5. Attached hereto as **Exhibit D** are true and correct copies of the pertinent pages of the certified transcript of the deposition of Michael Jin, which reflect his sworn testimony taken on June 8, 2017.

6. Attached hereto as **Exhibit E** are true and correct copies of the pertinent pages of the certified transcript of the deposition of Seunghyun Kim, which reflect his sworn testimony taken on January 25, 2017 and July 6, 2017.

7. Attached hereto as **Exhibit F** are true and correct copies of Plaintiff and Counter-Defendant Sam Yang (U.SA.), Inc.'s Objections to Plaintiff Samyang Food Co., Ltd.'s Notice of Deposition Under Fed. R. Civ. P. 30(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed on November 15, 2017, at Los Angeles, California.

/s/ Eric R. McDonough
Eric R. McDonough

41968808v.1