1  Ekwan E. Rhow - State Bar No. 174604
      erhow@birdmarella.com
2  Kate S. Shin - State Bar No. 279867
      kshin@birdmarella.com
3  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile:  (310) 201-2110
7
   Attorneys for Defendant and Counter-
8  Claimant SAMYANG FOODS CO., LTD.

9  *(Additional counsel listed on next page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION;<br><br>         Plaintiffs,<br><br>    vs.<br><br>SAMYANG FOODS CO., LTD.; and Does 1 through 20, inclusive,<br><br>         Defendants.<br><br>SAMYANG FOODS CO., LTD.,<br><br>         Counter-Claimant,<br><br>    vs.<br><br>SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; MUN-KYUNG CHUN, and Does 1 through 20, inclusive,<br><br>         Counter-Defendants. | CASE NO. 2:15-cv-07697 AB (KS)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Assigned to Hon. André Birotte, Jr. |

3454278.1

NOTICE OF SETTLEMENT OF ENTIRE ACTION

**SUH LAW GROUP, APC**
Michael K. Suh (SBN 213855)
E-mail: Micahel@suhlawgroup.com
Edward W. Suh (SBN 265356)
E-mail: Edward@suhlawgroup.com
3810 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323
Attorneys for Plaintiffs and Counter-Defendants
SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba
S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN

**SEYFARTH SHAW LLP**
Eric R. McDonough (SBN 193956)
E-mail: emcdonough@seyfarth.com
Aaron Belzer (SBN 238901)
E-mail: abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Attorneys for Plaintiffs and Counter-Defendants
SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba
S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN

3454278.1

NOTICE OF SETTLEMENT OF ENTIRE ACTION

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiffs/Counter-Defendants Sam Yang (U.S.A.), Inc., Roypac, Inc. dba S.C. Continent Corporation, and Mun-Kyung Chun and Defendant/Counter-Claimant Samyang Foods Co., LTD. have reached a settlement in principle of all claims and counterclaims at issue herein and are in the process of preparing the paperwork necessary to finalize such settlement and discontinue the action.

**SUH LAW GROUP, APC**

DATED: December 4, 2017     BY:     */s/ Edward W. Suh*
MICHAEL K. SUH
EDWARD W. SUH
Attorneys for Plaintiffs and Counter-Defendants SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN

**SEYFARTH SHAW LLP**

DATED: December 4, 2017     BY:     */s/ Eric R. McDonough*
ERIC R. MCDONOUGH
AARON BELZER
Attorneys for Plaintiffs and Counter-Defendants SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN

|  |  |
|---|---|
| DATED: December 4, 2017  BY: | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**<br><br>*/s/ Kate S. Shin*<br>EKWAN E. RHOW<br>KATE S. SHIN<br>ASHLEY D. BOWMAN<br>Attorneys for Defendant and Counter-Claimant SAMYANG FOODS CO., LTD. |

1  Attestation: I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.
2
3  Dated: December 4, 2017         By:    */s/ Kate S. Shin*
4                                                            Kate S. Shin
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28