UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Yang (U.S.A.), Inc. et al | Case No.  CV 15-07697-AB (KSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Samyang Foods Company Ltd | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within  **45  days,** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 6, 2017      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE