1 | Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
2 | Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
3 | Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
5 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6 | Attorneys for Defendant and Counter-
    Claimant SAMYANG FOODS CO., LTD.
7
8 | Michael K. Suh (SBN 213855)
    Edward W. Suh (SBN 265356)
    SUH LAW GROUP, APC
9 | 3810 Wilshire Blvd., Suite 1212
    Los Angeles, California 90010
10 | Attorneys for Plaintiffs and Counter-Defendants
     SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba
11 | S.C. CONTINENT CORPORATION; and
     MUN-KYUNG CHUN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>SAMYANG FOODS CO., LTD.; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-07697 AB (KS)<br><br>**STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Assigned to Hon. André Birotte, Jr. |
| SAMYANG FOODS CO., LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; MUN-KYUNG CHUN, and Does 1 through 20, inclusive,<br><br>Counter-Defendants. | |

3475118.1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with the terms of the Parties' Settlement Agreement and Mutual Release, the undersigned Parties, by and through their respective counsel of record, hereby stipulate that the above captioned Action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Pursuant to Civ. L.R. 5-4.3.4(a)(2)(i), I, Kate S. Shin, attest that all signatories listed, on whose behalf this filing is submitted, concur in its content and authorize its filing.

DATED: March 29, 2018

Ekwan E. Rhow
Kate S. Shin
Ashley D. Bowman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Kate S. Shin*_____
Kate S. Shin
Attorneys for Defendant and Counter-Claimant SAMYANG FOODS CO., LTD.

DATED: March 29, 2018

Michael K. Suh
Edward W. Suh
Suh Law Group, APC

By: _____*/s/ Edward W. Suh*_____
Edward W. Suh
Plaintiffs and Counter-Defendants
SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; and MUN-KYUNG CHUN