# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>SAMYANG FOODS CO., LTD.; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-07697 AB (KS)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Assigned to Hon. André Birotte, Jr. |
| SAMYANG FOODS CO., LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>SAM YANG (U.S.A.), INC.; ROYPAC, INC. dba S.C. CONTINENT CORPORATION; MUN-KYUNG CHUN, and Does 1 through 20, inclusive,<br><br>Counter-Defendants. | |

1 | **ORDER GRANTING STIPULATION OF DISMISSAL**

2 | Having considered the Parties' Stipulation of Dismissal, and good cause
3 | appearing, the stipulation is GRANTED. The above-entitled action is hereby
4 | dismissed with prejudice.

5 | IT IS SO ORDERED.

7 | DATED: April 3, 2018

Hon. André Birotte Jr.
United States District Judge